IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUTRA, INC.

        Plaintiff,

v.

ICELAND EXPRESS EHF,

        Defendant.

CIVIL ACTION NO. _____

04cv11360DPW

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff, Sutra, Inc. ("Sutra"), submits the following statement:

Sutra is a privately held company. It has no parent corporation nor any publicly held companies as stockholders.

        Respectfully submitted,

        SUTRA, INC.

        By its attorney,

        _____
        Brett N. Dorny, BBO#628,977
        Law Office of Brett N. Dorny
        321 Church Street
        Northborough, Massachusetts 01532
        508-904-3228
        508-519-9185 Fax

Dated: June 15, 2004