## WAIVER OF SERVICE OF SUMMONS

TO:   Brett N. Dorny, Esq.
      Law Office of Brett N. Dorny
      321 Church Street
      Northborough, Massachusetts 01532

I, ~~Arnthor Halldórsson~~ Sigurður Halldorsson, Managing Director of Iceland Express ehf, acknowledge receipt of your request for waiver of service of summons in the case of Sutra, Inc. v. Iceland Express ehf, case number 04 CV 11360 DPW, in the United States District Court for the District of Massachusetts. I also have received (I) a copy of the complaint in the action, (ii) two copies of this form, and (iii) a means by which I can return the signed waiver to you without cost to me.

I agree to waive service of the summons in the above referenced matter. I (or the entity on whose behalf I am acting) will retain all defenses and objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motin under Federal Rule of Civil Procedure 12 is not served upon you within ninty (90) days after August 27, 2004.

_10/29/04_
Date

_____
~~Arnthor Halldórsson~~ SIGURDUR HALLDORSSON
Managing Director
Iceland Express ehf

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Federal Rule of Civil Procedure 4 requires certain parties to cooperate in avoiding unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

A party's belief that (i) the complaint is unfounded, (ii) the action has been brought in an improper place, or (iii) the action has been brought in a court that lacks jurisdiction over the subject matter of the action or over its person or property, does not constitute good cause for failure to waive service. Parties who waive service of the summons retain all defenses and objections (except any relating to the summons or to the service of the summons) and later may object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must (I) serve, within the time specified on the waiver form, on the plaintiff's attorney or plaintiff prose a response to the complaint, and (ii) file a signed copy of the response with the court. If the response is not served within this time, a default judgment may be taken against that defendant.