IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC.<br><br>　　　　　Plaintiff,<br>v.<br><br>ICELAND EXPRESS EHF,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 04 CV 11360 DPW |

## PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), Plaintiff, Sutra, Inc. ("Sutra"), submits the following certification:

Plaintiff and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SUTRA, INC.

_____
Stephanie Niketic

LAW OFFICE OF BRETT N. DORNY
Attorneys for Sutra, Inc.

_____
Brett N. Dorny

Dated: April 1, 2005