UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

SUTRA, INC., )
)
Plaintiff, )
)
v. )
)
ICELAND EXPRESS, EHF, )
)
Defendant. )

## JOINT STATEMENT

Pursuant to Local Rule 16.1, the Parties hereby submit the following Proposed Agenda for Scheduling Conference, Joint Discovery Plan and Schedule for filing motions:

## I. PROPOSED AGENDA FOR SCHEDULING CONFERENCE

A. The Parties' proposed joint discovery plan and schedule for dispositive motions.

B. The parties have not yet decided whether they will consent to a trial before a Magistrate Judge.

C. Anticipated Motions.

## II. PROPOSED JOINT DISCOVERY PLAN AND SCHEDULE FOR DISPOSITIVE MOTIONS

A. April 21, 2005: The Parties' Initial Disclosures to be completed on or before this date in accordance with Local Rule 26.2(A).

B. May 9, 2005: The Defendant will file its Motion to Dismiss for Lack of Personal Jurisdiction.

 C. January 27, 2006: All discovery, including depositions of non-expert witnesses shall be completed on or before this date.

 D. January 27, 2006: The Plaintiff shall provide expert witness disclosures in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date.

 E. February 24, 2006: The Defendants shall provide expert witness disclosures in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date.

 F. March 31, 2006: Expert witness depositions, if any, shall commence.

 G. April 30, 2006: Close of expert discovery.

 H. May 31, 2006: Dispositive motions to be filed, with oppositions to be filed by June 30, 2006.

 I. July 31, 2006: Final Pretrial Conference and Trial Date to be set by the Court.

## III. MOTIONS

The Defendant anticipates filing a Motion to Dismiss the Complaint for Lack of Personal Jurisdiction.

The Plaintiff may file a Motion to Amend the Complaint as the result of a merger between defendant and another entity.

The parties anticipate filing a Joint Motion for Protective Order relating to disclosure confidential information.

## IV. CERTIFICATION BY COUNSEL

The parties will separately file certifications pursuant to Local Rule 16.1(D)(3).

PLAINTIFF SUTRA, INC.

By its attorney,

*/s/ Brett N. Dorny by MPZ*
Brett N. Dorny, BBO #628977
Law Office of Brett N. Dorny
321 Church Street
Northborough, Massachusetts 01532
(508) 904-3228

DEFENDANT ICELAND EXPRESS, EHF

By its attorneys,

*/s/ Matthew P. Zayotti*
Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: April 6, 2005