UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

|  |  |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**ASSENTED MOTION TO EXTEND TIME FOR DEFENDANT
ICELAND EXPRESS, EHF TO FILE MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

The Defendant Iceland Express, EHF hereby moves for an extension of time, through and including May 13, 2005, for the Defendant to file a Motion to Dismiss for Lack of Personal Jurisdiction. In support of this motion, the Defendant states as follows:

1. Pursuant to the Court's Scheduling Order, the Defendant is required to file its Motion to Dismiss for Lack of Personal Jurisdiction by May 9, 2005;

2. Due to differences in time zones, language and laws regarding sworn statements, Defendant's counsel in Massachusetts and Iceland need additional time to finalize the affidavit(s) in support of Defendant's Motion to Dismiss; and

3. The Plaintiff has assented to this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an order extending time, through and including May 13, 2005, for the Defendant to file a Motion to Dismiss for Lack of Personal Jurisdiction.

1

| DEFENDANT ICELAND EXPRESS, EHF | PLAINTIFF SUTRA, INC. |
|---|---|
| By its attorneys, | By its attorney, |
| */s/ Matthew P. Zayotti* | */s/ Brett N. Dorny by MPZ* |
| Richard B. Kirby, BBO #273600<br>Matthew P. Zayotti, BBO# 638265<br>Keegan, Werlin & Pabian, LLP<br>265 Franklin Street<br>Boston, Massachusetts 02110-3113<br>(617) 951-1400 | Brett N. Dorny, BBO #628977<br>Law Office of Brett N. Dorny<br>321 Church Street<br>Northborough, Massachusetts 01532<br>(508) 904-3228 |

Dated: May 9, 2005