UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

|  |  |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION OF DEFENDANT ICELAND EXPRESS, EHF**

The Defendant, Iceland Express, ehf, hereby moves to dismiss the Plaintiff's Complaint for lack of personal jurisdiction. In support of this motion, and for reasons more fully set forth in the attached Memorandum of Law and Declaration of Gunnar Nielsson filed herewith, the Defendant states as follows:

1. The long arm statute does not authorize personal jurisdiction and, therefore, the Complaint must be dismissed because Iceland Express does not transact any business, contract to supply services or things, or have an interest in any real property, in Massachusetts; and

2. Sutra's Complaint must be dismissed because Iceland Express lacks the requisite minimum contacts with Massachusetts for purposes of satisfying due process requirements.

WHEREFORE, the Defendant, Iceland Express, ehf, respectfully request that this Honorable Court enter an order dismissing the Plaintiff's Complaint for lack of personal jurisdiction.

DEFENDANT ICELAND EXPRESS, EHF

By its attorneys,

_____
Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: May 13, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by hand-delivery - US Mail on ___5/13/05_____.

_____