**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SUTRA, INC.<br><br>      Plaintiff,<br> v.<br><br>ICELAND EXPRESS EHF,<br><br>      Defendant. | CIVIL ACTION NO. 04 CV 11360 DPW |

## DECLARATION OF STEPHANIE NIKETIC

I, Stephanie Niketic, hereby declare as follows:

1. I am a director of Plaintiff Sutra, Inc. ("Sutra")  I make this declaration in opposition to Defendant's Motion to Dismiss.  Unless indicated otherwise, all statements are made of my own knowledge.

2. Sutra is a Massachusetts corporation organized in 1993.  It has a principal office in Newburyport, Massachusetts and facilities in Massachusetts.

3. Sutra created and licenses an airline reservation computer system, called Airkiosk, for the automated processing and management of travel inventory, reservations, check-in, and revenue data on behalf of an airline.  The Airkiosk System is used by airlines to control operations, including making reservations, checking-in passengers at airports, flight control, and revenue collection.  Approximately fifteen airlines utilize the Airkiosk system.

4. For most airlines, the Airkiosk system is an application service provider (ASP) solution.  With an ASP solution, such as Airkiosk, the software and data are hosted on one or more computer servers operated by the ASP.  The software is accessed over the Internet or other network using defined protocols.  For the Airkiosk system, the servers are located in Beverly,

1

Massachusetts.

5.      In early July 2002, Johannes Georgsson contacted me by telephone at my office in Massachusetts.  Similarly, Thorsteinn Gudbrandsson also contacted me in early July, 2002, by telephone at my office in Massachusetts.  Both of these gentlemen requested information regarding the Airkiosk system on an urgent basis.  They indicated that they were starting an airline, to be called Iceland Express, which they hoped to have operational by September 2002.  Following these telephone calls, I corresponded several times during July with both gentlemen by email.  They sent emails to my office in Massachusetts.  Exhibits A-H hereto are true and correct copies of various email correspondence.

6.      On November 7, 2002, Mr. Georgsson again contacted me by telephone at my office in Massachusetts.  During this telephone call, he indicated that Iceland Express was still interested in the Airkiosk system.  He requested a limited demonstration with an external travel agency they would be using.  Following this telephone call, there were various additional communications during November, by email and telephone, between Iceland Express in Iceland and Sutra in Massachusetts.  Exhibits I-M hereto are true and correct copies of various email correspondence during November 2002.

7.      By December 10, 2002, Iceland Express and Sutra had agreed upon the terms of a contract for implementation of the Airkiosk system as an ASP solution for Iceland Express.  The parties executed an Application Service Provider Agreement ("the Agreement") on that date.  A true and correct copy of the Agreement was attached to the Complaint in this action.

8.      Following execution of the Agreement, Sutra began implementation of the Airkiosk system on behalf of Iceland Express.  The time period for implementation requested by Iceland Express, so that it could commence operations, was extremely short, approximately half

2

of the normal time for such work. The short time period required numerous communications between Sutra and Iceland Express, by phone and email, during December 2002 and January 2003.

9.      Part of the implementation process is training of the airline personnel on operation of the Airkiosk system. Iceland Express sent two representatives to Massachusetts for training by Sutra on January 10-13, 2003. Exhibits N-R are true and correct copies of email correspondence between Iceland Express and Sutra regarding the training schedule. Exhibit S is a true and correct copy of the agenda for training.

10.     While Iceland Express was using the Airkiosk system from January to July 2003, it contacted Sutra customer support in Massachusetts, by telephone and email numerous times. Iceland Express contacted customer support significantly more often than other airlines. Additionally, many of the requests related to a portion of Airkiosk system called the Control Agent interface. The Control Agent interface is the part of the program which involves data administration and management.

11.     Also while Iceland Express was using the Airkiosk system, a third party consultant representing Iceland Express contacted Sutra in Massachusetts by telephone seeking information about the structure of the Control Agent interface and the Airkiosk data. Iceland Express also contacted Sutra in Massachusetts by email seeking additional IP addresses for accessing the Control Agent interface.

12.     On June 26, 2003, Sutra detected activity by an external script, a software program designed to access and interact with core systems and data of the Airkiosk System, through the Reservation Control interface provided to Iceland Express. The external script accessed the Reservation Control interface using the ID and password assigned to an Iceland

4

Express employee. The external script corrupted the reservation record data, inventory data, and passenger name lists. Iceland Express admitted that it was responsible for the external script.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of May 27, 2005.

Stephanie Niketic

EXHIBIT A

Jóhannes Georgsson, 12:22 AM 7/4/2002, Seats allocation.xls

```
Return-path: <johannes@pro.is>
Envelope-to: niketic@airkiosk.com
Delivery-date: Thu, 04 Jul 2002 12:12:13 -0400
From: Jóhannes Georgsson <johannes@pro.is>
To: "Stephanie Niketic" <niketic@airkiosk.com>
Subject: Seats allocation.xls
Date: Thu, 4 Jul 2002 00:22:49 +0100
X-MSMail-Priority: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V5.50.4133.2400
```

Hello Stephanie,
It was nice taking to you today.  Attached are some information regarding our flights.
Hope this explanes itself.
Heard that you had some discussions today with our IT people aswell.
I will meet with them tomorrow and we will together contact you.
I appreciate your understanding regarding our time pressure.

Brgds
Johannes

```html
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 5.50.4207.2601" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><FONT face=Arial size=2>Hello Stephanie,</FONT></DIV>
<DIV><FONT face=Arial size=2>It was nice taking to you today.  Attached are
some information regarding our flights.</FONT></DIV>
<DIV><FONT face=Arial size=2>Hope this explanes itself.</FONT></DIV>
<DIV><FONT face=Arial size=2>Heard that you had some discussions today with
our IT people aswell.</FONT></DIV>
<DIV><FONT face=Arial size=2>I will meet with them tomorrow and we will together
contact you.</FONT></DIV>
<DIV><FONT face=Arial size=2>I appreciate your understanding regarding our time
pressure.</FONT></DIV>
<DIV> </DIV>
<DIV><FONT face=Arial size=2>Brgds</FONT></DIV>
<DIV><FONT face=Arial size=2>Johannes</FONT></DIV></BODY></HTML>
```

Attachment Converted: c:\niketic\niketic\Seatsall.xls

EXHIBIT B

Þorsteinn Guðbrands, 12:43 PM 7/4/2002, Questions from IcelandExpress

Return-path: <thorsteinn@hugvit.is>
Envelope-to: niketic@airkiosk.com
Delivery-date: Thu, 04 Jul 2002 08:30:56 -0400
Subject: Questions from IcelandExpress
To: niketic@airkiosk.com
From: "Þorsteinn Guðbrandsson" <thorsteinn@hugvit.is>
Date: Thu, 4 Jul 2002 12:43:33 +0000
X-MIMETrack: Serialize by Router on Office/REK/Hugvit(Release 5.0.8 |June 18, 2001) at
 04.07.2002 12:43:35
Content-Disposition: inline


Hi Stephanie, here are the questions in the attachement

(See attached file: Questions to Sutra Inc.doc)

Með bestu kveðju,
Þorsteinn Guðbrandsson

Þekking - Tristan hf.
Member of the GoPro-Landsteinar Group
Office +354 520 3200 Mobile +354 897 6454
thorsteinn@thekking.is
http://www.thekking.is

Ábyrgð þin varðandi tölvupóst:
Your E-mail responsibilities:
www.thekking.is/tolvupostur
-----------------------------------------------------------------
 Ábyrgð þin varðandi tölvupóst:
 Your E-mail responsibilities:
 http://www.hugvit.is/tolvupostur
-----------------------------------------------------------------


Attachment Converted: c:\niketic\niketic\Question.doc

EXHIBIT C

Þorsteinn Guðbrands, 11:25 AM 7/4/2002, Re: Questions from IcelandExpr

To: "Þorsteinn Guðbrandsson" <thorsteinn@hugvit.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: Re: Questions from IcelandExpress
Cc:
Bcc:
X-Attachments: C:\DOX\AKDOCM\CURRENT\OTHER\AM_2.PDF;

Dear Thorsteinn,

Following are answers to your questions with one attachment to describe the "typical" implementation project, which yours can not be if we are to meet your schedule.

The quotation which I gave to Johannes was also based on a standard implementation. We need to make certain that among your requirements there are no customizations, as this would change the pricing I quoted.

With best regards,

Stephanie

====================================
Questions to Sutra Inc. (AirKiosk)

General info
------------
1.      How many employees are in Sutra?

We have 5 full-time employees, plus contractors.

2.      What is the annual turnover? (Is your last annual report available?)

We are privately held and do not publish financial information.

3.      Ownership?

Sutra is a closely-held private corporation, registered in the Commonwealth of Massachusetts, the owners are Novak Niketic and Stephanie Niketic.

4.      What is the relationship with KLM System Services?

KLM System Services co-markets, non-exclusively, the AirKiosk system, primarily in Europe.

Technical questions
-------------------
1.      Technical specifications of Credit Card handling?

Our interface to your credit card authorization company is built depending partly on the cca company's system/capabilities. We prefer not to store credit card information at all on our ASP servers. The two options for this are: a) redirect cca page to cca company, or b) pass cca info via SSL link in background to cca company without storing the info on our servers. We do store the authorization codes. If the cc numbers must be stored on our servers, the only option we offer for this is MD5 encryption.

2.      What type of client software needs to be installed?

Browsers only (see below).

3.      What are the bandwidth requirements for 25 users (IE office)?

We recommend a minimum of 128kbps. Users of the Control Agent Interface must access this area of the system from a static IP address registered with us.

4.      How is data that needs to be imported into our financial accounting system received?

Our standard implementation includes export in CSV (comma separated values) format for Excel. Any other requirement would be a customization.

5.      What browser types do you support (including versions)?

MS Internet Explorer, Netscape Communicator 4.7. Netscape 4.7 is recommended for Control Agent access due its support of blink tags.

6.      Security regarding on-line booking?

Þorsteinn Guðbrands, 11:25 AM 7/4/2002, Re: Questions from IcelandExpr

Please see credit card question.

7.      Uptime of the system?  We haven't been able to book through Flamingo or the Aruba airlines.

We have a primary dedicated T1 network backed up by a dedicated high-speed DSL network. We do not guarantee % uptime as part of the standard ASP service. Customized network arrangements can be made.

Flamingo Airline's system is run locally by them on server/network in Kenya (Flamingo is a licensee not an ASP user).  If you were unable to reach their self-booking it may have been due to network connection failures into Kenya.

The self-booking sites of AirKiosk ASP users are affected by:  airline policy on how bookings may be confirmed/paid, airline schedule/fares maintenance, cca links.

Regarding Royal Aruban, I am not sure what problem you had, but as they have not complained, doubt it was related to the AK system.  Royal Aruban do not technically allow Hold Confirmation through their website.  To confirm and get a booking reference, you must either call their reservations center to request hold or purchase online by credit card.  Also, RAA are in the midst of preparing for operations start, and may have disabled their self-booking for schedule/fares maintenance.

Following are URLs to reach other operational self-booking sites of AirKiosk ASP system users:

www.tobagoexpress.com (24H confirm bookings only, registered users only)
www.aerocontractors.nu (24H confirm bookings only)
www.evolavia.com (azzurra viaggi, Italian tour operator, cc confirm bookings only)

8.      Multilingual possibilities in the booking machine?

Yes.  This is table-driven through the Control Agent Interface.  The SB interface may have multiple tables, each defining separate text (language) and reference to the images of the language to be supported. Switching between languages is usually accomplished through links on the SB pages.  Azzurra Viaggi's pages, for example, will soon have both Italian and Spanish versions.

9.      3rd party browser layout, how much flexibility do we have, can we control the look of the booking machine?

At this moment, in a standard implementation, you may control the look of self-booking pages through static top banner and left banner images, and define the color of tables within the center of the screen, which is the area reserved for the AirKiosk system's dynamic use.  If you have customized requirements, we should discuss this.  You can see fully customized booking pages at Flamingo Airlines' site.

10.     Confirmation of terms, can we force the users to confirm the terms before they confirm the booking?

Yes.  You can have a link to your terms, with a "I have read and agreed to..." clickable box.  If the box has not been clicked, the user cannot move forward.

11.     Seats available, can the user book specific seats

Not in self-booking.  This can be configured in Internet Agent and Call Center interfaces.

12.     Schema of the booking process, both for sales staff and self booking, all the way to the ticket issuing and sending.

Differs per interface.  Here are some basics of the system's standard operation.

Self-Booking:
Request seat AV through selection of citypair, date, currency, number/type of pax.
Select flight.  Segment and Fare elements automatically created.
Enter Names and P1 contact.  Names and Contact elements automatically created.
Select Method of Payment, cc or 24H hold if allowed.
If cc, link to cca for confirmation.
On successful confirm, PNR locator is returned to customer and a confirmation documented is automatically emailed (email address must be mandatory Contact information for this).  Confirmation document is = e-ticket if booking paid.
Seats are not removed from inventory until booking confirmation.

Internet Agent:
Request seat AV through selection of citypair, date, currency, number/type of pax.
Select flight.  Segment and Fare elements automatically created.
Enter Names and P1 contact.  Names and Contact elements automatically created.
Select Method of Payment, options airline dependent.
Confirm if Hold Booking.

Þorsteinn Guðbrands, 11:25 AM 7/4/2002, Re: Questions from IcelandExpr

Ticket if booking confirmed with Payment element.
Print Itinerary. PI document is = e-ticket if booking paid. PI document may be selected, copied and
pasted into email form for email confirmation to customer.
Modifications allowed to confirmed bookings are airline dependent.
Seats are not removed from inventory until booking confirmation.

Call Center:
Booking creation may begin with AV display or NM creation. GN bookings must begin with group name
creation.
This is an expert-mode, reservations control interface. All elements are created with separate
commands, all modifications are allowed. SAGT duty codes may overbook.
Print Itinerary document(s) = e-ticket if booking paid. PI document may be selected, copied and pasted
into email form for email confirmation to customer.
Seats are removed from inventory during PNR creation, and returned if creation ends in IGNORE.

Ticketing:
In the standard ASP service, all ticketing is electronic, with numbers assigned and issued
automatically by the AirKiosk system. Ticket numbers may be defined to include identifier of the
issuing office. A unique TST is created for every passenger ticketed. The traditional Ticket Stock
method of ticketing (agent assigned ticket numbers and issue control) is available, but not as part of
the standard implemenation.

13.     Demo access to a live demo system, both for self-booking and sales staff.

We can arrange for this to occur next Tuesday. We will give you guest access sign-ins just prior to
the scheduled time and walk you through the system by teleconference.

Functional/Operational questions
--------------------------------
1.     Can you give us step-by-step outline of what needs to be completed at each end and when (a sort
of a project outline)?

Please see the attached document, our standard implementation milestones. Obviously we will be trying
to expedite the process given Iceland Express' operational request. This means that your cutover
system must be based on only essential configuration and will rely on your expert staff being able to
operate most functions, with guides, prior to training. The Expert Command functions of the Call
Center interface are very familiar to anyone accustomed to a mainframe RES environment.

2.     How do we handle training?

Our specific proposal to you is to have 2-3 of your staff come to Boston for one week of training (we
cannot schedule training at your site in the near future). This is a train-the-trainers program. We
will not be able to schedule this training until some time in August.

We do currently have some major scheduling problems overall. Your request has come at a time when we
are in advanced discussions with two larger airlines, and if these become projects, they will also want
to start quickly. Under these circumstances, we will need to schedule projects on a first-come,
first-serve basis.

With regards,

Stephanie


At 12:43 PM 7/4/2002 +0000, Þorsteinn Guðbrandsson wrote:
>
>Hi Stephanie, here are the questions in the attachement
>
>(See attached file: Questions to Sutra Inc.doc)
>
>Með bestu kveðju,
>Þorsteinn Guðbrandsson
>
>Þekking - Tristan hf.
>Member of the GoPro-Landsteinar Group
>Office +354 520 3200 Mobile +354 897 6454
>thorsteinn@thekking.is
>http://www.thekking.is
>
>Ábyrgð þín varðandi tölvupóst:
>Your E-mail responsibilities:
>www.thekking.is/tolvupostur
> ----------------------------------------------------------------------
> Ábyrgð þín varðandi tölvupóst:

Printed for Stephanie Niketic <niketic@airkiosk.com>                                    3

# EXHIBIT D

Þorsteinn Guðbrands, 01:48 PM 7/5/2002, Further questions regarding Ic

Return-path: <thorsteinn@hugvit.is>
Envelope-to: niketic@airkiosk.com
Delivery-date: Fri, 05 Jul 2002 09:34:21 -0400
Subject: Further questions regarding Iceland Express
To: niketic@airkiosk.com
Cc: johannes@pro.is
From: "Þorsteinn Guðbrandsson" <thorsteinn@hugvit.is>
Date: Fri, 5 Jul 2002 13:48:32 +0000
X-MIMETrack: Serialize by Router on Office/REK/Hugvit(Release 5.0.8 |June 18, 2001) at
 05.07.2002 13:47:07


Dear Ms. Niketic,

Thanks for your promt answers yesterday - here are some further questions,
mosty regarding the capabilities of the system.  We will be in touch later
today and I think a phone conference would be a good idea.

1.   Can you split bookings?
2.   Can we Add/delete names in existing booking?
3.   Can you issue invoice for each name in PNR?
4.   Prices for INF (infant) ? can you use one flat fee?
5.   Do you need DOB (Date of birth) in the booking?
6.   CHD bookings at 50% - do you enter DOB in the booking?
7.   Can you manually change the fair for CHD bookings?
8.   Changing a booking against a fee per person ? How is that handled?
9.   Retriving a PNR on the Internet, by name, booking number or segment?
10.  Land services ? Hotel / Car .  How does the system handle that? Are
they loaded as flights.
11.  Group bookings.  Can you inrease/delete names in the PNR or make
additional booking.
12.  Can you issue invoices for each name in the group booking?
13.  Schedule changes.  Are they automatically made to all relevant
flights?  Can the systemm send out e-mails automatically to clients to
advice of changes?
14.  Price update to all PNR. e.g. increase in oil prices or currency
fluctuations?
15.  Waiting list ? how is that handled?
16.  Does the system automatically show the revenue recievd for each
flight?
17.  Do you have a 24H help desk?


with regards,
Þorsteinn Guðbrandsson

Þekking - Tristan hf.
Member of the GoPro-Landsteinar Group
Tel. +354 520 3200 Mobile. +354 897 6454
thorsteinn@thekking.is
http://www.thekking.is

Ábyrgð þin varðandi tölvupóst:
Your E-mail responsibilities:
www.thekking.is/tolvupostur
-------------------------------------------------------------------
 Ábyrgð þin varðandi tölvupóst:
 Your E-mail responsibilities:
 http://www.hugvit.is/tolvupostur
 -------------------------------------------------------------------

EXHIBIT E

Þorsteinn Guðbrands, 10:11 AM 7/5/2002, Re: Further questions regardin

```
To: "Þorsteinn Guðbrandsson" <thorsteinn@hugvit.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: Re: Further questions regarding Iceland Express
Cc: johannes@pro.is
Bcc:
X-Attachments:
```

Dear Thorsteinn,

I notice that the GoPro-Landsteinar Group is a software development company.

Could you please let us know what GoPro-Landsteinar Group's relationship is with Iceland Express, and what interest GoPro-Landsteiner has vav Iceland Express and their possible use of the AirKiosk system?

With regards,

Stephanie

At 01:48 PM 7/5/2002 +0000, Þorsteinn Guðbrandsson wrote:
>Dear Ms. Niketic,
>
>Thanks for your promt answers yesterday - here are some further questions,
>mosty regarding the capabilities of the system.  We will be in touch later
>today and I think a phone conference would be a good idea.
>
>1.   Can you split bookings?
>2.   Can we Add/delete names in existing booking?
>3.   Can you issue invoice for each name in PNR?
>4.   Prices for INF (infant) ? can you use one flat fee?
>5.   Do you need DOB (Date of birth) in the booking?
>6.   CHD bookings at 50% - do you enter DOB in the booking?
>7.   Can you manually change the fair for CHD bookings?
>8.   Changing a booking against a fee per person ? How is that handled?
>9.   Retriving a PNR on the Internet, by name, booking number or segment?
>10.  Land services ? Hotel / Car .  How does the system handle that? Are
>they loaded as flights.
>11.  Group bookings.  Can you inrease/delete names in the PNR or make
>additional booking.
>12.  Can you issue invoices for each name in the group booking?
>13.  Schedule changes.  Are they automatically made to all relevant
>flights? Can the systemm send out e-mails automatically to clients to
>advice of changes?
>14.  Price update to all PNR. e.g. increase in oil prices or currency
>fluctuations?
>15.  Waiting list ? how is that handled?
>16.  Does the system automatically show the revenue recievd for each
>flight?
>17.  Do you have a 24H help desk?
>
>
>with regards,
>Þorsteinn Guðbrandsson
>
>Þekking - Tristan hf.
>Member of the GoPro-Landsteinar Group
>Tel. +354 520 3200 Mobile. +354 897 6454
>thorsteinn@thekking.is
>http://www.thekking.is
>
>Ábyrgð þin varðandi tölvupóst:
>Your E-mail responsibilities:
>www.thekking.is/tolvupostur
> ----------------------------------------------------------------------
> Ábyrgð þin varðandi tölvupóst:
> Your E-mail responsibilities:
> http://www.hugvit.is/tolvupostur
> ----------------------------------------------------------------------
>
>
>
>
>
```

EXHIBIT F

Þorsteinn Guðbrands, 10:11 AM 7/5/2002, Re: Further questions regardin

To: "Þorsteinn Guðbrandsson" <thorsteinn@hugvit.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: Re: Further questions regarding Iceland Express
Cc: johannes@pro.is
Bcc:
X-Attachments:

Dear Thorsteinn,

I notice that the GoPro-Landsteinar Group is a software development company.

Could you please let us know what GoPro-Landsteinar Group's relationship is with Iceland Express, and
what interest GoPro-Landsteiner has vav Iceland Express and their possible use of the AirKiosk system?

With regards,

Stephanie

At 01:48 PM 7/5/2002 +0000, Þorsteinn Guðbrandsson wrote:
>Dear Ms. Niketic,
>
>Thanks for your promt answers yesterday - here are some further questions,
>mosty regarding the capabilities of the system.  We will be in touch later
>today and I think a phone conference would be a good idea.
>
>1.   Can you split bookings?
>2.   Can we Add/delete names in existing booking?
>3.   Can you issue invoice for each name in PNR?
>4.   Prices for INF (infant) ? can you use one flat fee?
>5.   Do you need DOB (Date of birth) in the booking?
>6.   CHD bookings at 50% - do you enter DOB in the booking?
>7.   Can you manually change the fair for CHD bookings?
>8.   Changing a booking against a fee per person ? How is that handled?
>9.   Retriving a PNR on the Internet, by name, booking number or segment?
>10.  Land services ? Hotel / Car .  How does the system handle that? Are
>they loaded as flights.
>11.  Group bookings.  Can you inrease/delete names in the PNR or make
>additional booking.
>12.  Can you issue invoices for each name in the group booking?
>13.  Schedule changes.  Are they automatically made to all relevant
>flights?  Can the systemm send out e-mails automatically to clients to
>advice of changes?
>14.  Price update to all PNR. e.g. increase in oil prices or currency
>fluctuations?
>15.  Waiting list ? how is that handled?
>16.  Does the system automatically show the revenue recievd for each
>flight?
>17.  Do you have a 24H help desk?
>
>
>with regards,
>Þorsteinn Guðbrandsson
>
>Þekking - Tristan hf.
>Member of the GoPro-Landsteinar Group
>Tel. +354 520 3200 Mobile. +354 897 6454
>thorsteinn@thekking.is
>http://www.thekking.is
>
>Ábyrgð þin varðandi tölvupóst:
>Your E-mail responsibilities:
>www.thekking.is/tolvupostur
> -------------------------------------------------------------------------
> Ábyrgð þin varðandi tölvupóst:
> Your E-mail responsibilities:
> http://www.hugvit.is/tolvupostur
> -------------------------------------------------------------------------
>
>
>
>
>

EXHIBIT G

Jóhannes Georgsson, 10:20 PM 7/10/200, Moving Forward With AirKiosk S

```
To: Jóhannes Georgsson <johannes@pro.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: Moving Forward With AirKiosk System
Cc:
Bcc:
X-Attachments: C:\DOX\AIRKIOSK\SALES\ICELAND\ICEASP.PDF;
```

Dear Johannes,

Attached is the sample AirKiosk ASP agreement with standard fees for Iceland Express.  We still need to fill in some basic information to complete the agreement, and the fees do not include customizations, which may be needed as we move forward with Iceland Express' implementation.  It is difficult to tell at this stage, and with the information we have, all that you will finally need and want.  (The fees in the contract also do not reflect any MSW for GDS links; if you decide to go ahead with this, we supply the capability but the cost is additional.)

This is how I see the project moving forward to match your schedule:

1.  Complete the agreement and receive your start-up fee payment, by Friday?

2.  We can have your system initialized and loaded with your profiles/schedules/fares and control center/call center offices by end Friday. We will need during this time to be in contact with you or someone else from Iceland Express who is very familiar with how you will operate.

3.  We can have standard self-booking pages operational for 24H hold bookings by Monday a.m., we will need at minimum your logo for branding and basic language for a confirmation document.  To add the cc capability, we need to be in touch with your cc authorization company to build the interface.  Metian say they can handle page redirection, and this is usually the easiest/fastest to implement.

4.  We supply all guides and access to your system upon receipt of the agreement and start-up payment.

5.  Week of July 29 or August 5, train your staff here in Newburyport and discuss in depth your further configuration requirements for Self-Booking, Internet Agents and link to your CKI supplier.

6.  We can work during August to complete your basic system implementation.

The most important thing to getting you up, running and "live" quickly, is that you focus on the basics and allow your staff to become familiar with working in the AK environment.  You can then decide and focus on your priorities for final configuration and any customizing of your implementation.

On September 25-27 we will hold the AirKiosk System User Group meeting in Boston, to which you will be most welcome to send two delegates.

With regards,

Stephanie

EXHIBIT H

Johannes Georgsson, 07:35 PM 7/24/200, Iceland Express

Return-path: <johannes@allrahanda.is>
Envelope-to: niketic@airkiosk.com
Delivery-date: Wed, 24 Jul 2002 15:05:47 -0400
From: "Johannes Georgsson" <johannes@allrahanda.is>
To: "Stephanie Niketic" <niketic@airkiosk.com>
References: <E17QUot-0003PE-00@www.airkiosk.com>
Subject: Iceland Express
Date: Wed, 24 Jul 2002 19:35:25 -0000
X-MSMail-Priority: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V5.50.4133.2400

Hello Stephanie,

Please be informed of the following status of our project.
The flight operation has for various reasons been delayed till the beginning
of November (6th.November)
We have however decided to select your system and we plan to open our sales
office and call center on the 1st of September.
We will though probably start with only the Rek-Cph route and add the
London route to the program on the 3rd of April 2003.
I will contact you for co-ordination after the weekend.
Best regards
Johannes

EXHIBIT I

Jóhannes Georgsson, 10:30 AM 11/7/200, AirKiosk System for Iceland Ex

To: Jóhannes Georgsson <johannes@pro.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: AirKiosk System for Iceland Express
Cc:
Bcc: nn@airkiosk.com
X-Attachments:

Dear Johannes,

It was great to hear from you that Iceland Express is still on its way into the market.  Regarding the issues we discussed this morning:

- Pricing.  We will hold our original offer to Iceland Express ($20,000 start-up, $1,500 monthly minimum, exclusive of any MSW/GDS links) for another 15 days (until November 22).  I will send this through in our now-current ASP agreement when you are ready.

- Internet Agent Interface demo.  We can do this online with your London GSA on Wednesday.  At what time of day would you like to set this up?  (Any time after 08:30 our local time.)

- Project Schedule.  I should know better next week what timeframes we have for implementing your system.

With best regards,

Stephanie

EXHIBIT J

Johannes Georgsson, 08:52 PM 11/22/20, Re: AirKiosk System for Icelan

```
Return-path: <johannes@pro.is>
Envelope-to: niketic@airkiosk.com
Delivery-date: Fri, 22 Nov 2002 16:25:42 -0500
From: "Johannes Georgsson" <johannes@pro.is>
To: "Stephanie Niketic" <niketic@airkiosk.com>
Cc: Sigurður I Halldórsson <sih@simnet.is>,
    "Benedikt K. Magnusson" <bmagnusson@kpmg.com>
References: <E189xIp-00012S-00@www.airkiosk.com>
Subject: Re: AirKiosk System for Iceland Express
Date: Fri, 22 Nov 2002 20:52:34 -0000
X-MSMail-Priority: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V5.50.4133.2400
X-MIME-Autoconverted: from 8bit to quoted-printable by smtp.mmedia.is id gAMKoR022208
```

Hello Stephanie,

First I would like to thank for a very informative online meeting last week.
Tried to call you today but learned that you were on a meeting for the rest
of the day.
As today is the time you gave us I would like to advise you of our progress.
Gulliver has approved your system for booking Iceland Express in their sales
agents organization (through our home page) and that was very important for
us.
Tomorrow is a board meeting of Iceland Express and I will propose and
support using your system for our operation and I look at this as only a
formality.
The action dates approved by the board are as follows.
1/   1. Desember we will move into our office building that will include
head office, tickets counters and telephone sales.
2/   10. Desember we will have had installed our computer equipment and
other functional equipment.
3/   3. January we will open up for full functional business activities.
4/   27. February we will start our flight operation, daily from REK to CPH
r/t and daily from REK to STN r/t (London).

After the formal approval of the board tomorrow we are ready to act in
implementing your system including signatures and down payments.

Please advise if our time schedule can be fitted into your time schedule.

Looking forward to hearing from you as soon as possible and I would very
much like to give status report on this on the board meeting tomorrow.

Best regards
Johannes Georgsson
Managing Director
Iceland Express
tel +354 699 3421


----- Original Message -----
From: "Stephanie Niketic" <niketic@airkiosk.com>
To: "Johannes Georgsson" <johannes@pro.is>
Sent: Friday, November 08, 2002 00:47
Subject: Re: AirKiosk System for Iceland Express


> Dear Johannes,
>
> That's good, looking forward to your confirmation.
>
> Best regards,
>
> Stephanie
>
>
> At 05:53 PM 11/7/2002 -0000, Johannes Georgsson wrote:
> >Thanks a lot Stephanie,
> >We would like to set this up on Wednesday at 8:30 your time. I will have
> >this confirmed from our GSA in London tomorrow and advise you.
> >Best regards
> >Johannes
> >
```

EXHIBIT K

Johannes Georgsson, 07:45 AM 11/23/20, Re: AirKiosk System for Icelan

To: "Johannes Georgsson" <johannes@pro.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: Re: AirKiosk System for Iceland Express
Cc: Sigurður I Halldórsson <sih@simnet.is>,    "Benedikt K. Magnusson" <bmagnusson@kpmg.com>
Bcc:
X-Attachments:

Dear Johannes,

Thank you very much for your message.  I am sorry I was not able to speak to you when you called.

We are very pleased that you have decided to use the AirKiosk system.

I think we will be able to complete your implementation in the timeframe indicated, but to calculate
and propose a schedule I will need to know the specific 1) date in January for your opening of business
and 2) the date in February when you will begin flying.

Could you please send these dates to me?

Separately I will send you an agreement and the standard Implementation Milestones document.  You will
be able to see from this second document what we will need to accomplish to get to your production
cutover; together you and I can go through those steps and discuss how we can "shave" time off of the
standard allowances.

With best regards,

Stephanie


At 08:52 PM 11/22/2002 -0000, Johannes Georgsson wrote:
>Hello Stephanie,
>
>First I would like to thank for a very informative online meeting last week.
>Tried to call you today but learned that you were on a meeting for the rest
>of the day.
>As today is the time you gave us I would like to advise you of our progress.
>Gulliver has approved your system for booking Iceland Express in their sales
>agents organization (through our home page) and that was very important for
>us.
>Tomorrow is a board meeting of Iceland Express and I will propose and
>support using your system for our operation and I look at this as only a
>formality.
>The action dates approved by the board are as follows.
>1/    1. Desember we will move into our office building that will include
>head office, tickets counters and telephone sales.
>2/    10. Desember we will have had installed our computer equipment and
>other functional equipment.
>3/    3. January we will open up for full functional business activities.
>4/    27. February we will start our flight operation, daily from REK to CPH
>r/t and daily from REK to STN r/t (London).
>
>After the formal approval of the board tomorrow we are ready to act in
>implementing your system including signatures and down payments.
>
>Please advise if our time schedule can be fitted into your time schedule.
>
>Looking forward to hearing from you as soon as possible and I would very
>much like to give status report on this on the board meeting tomorrow.
>
>Best regards
>Johannes Georgsson
>Managing Director
>Iceland Express
>tel +354 699 3421
>
>
>
>----- Original Message -----
>From: "Stephanie Niketic" <niketic@airkiosk.com>
>To: "Johannes Georgsson" <johannes@pro.is>
>Sent: Friday, November 08, 2002 00:47
>Subject: Re: AirKiosk System for Iceland Express
>
>

EXHIBIT L

Johannes Georgsson, 08:45 AM 11/23/20, AirKiosk System Agreement, Imp

To: "Johannes Georgsson" <johannes@pro.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: AirKiosk System Agreement, Implementation Milestones
Cc:
Bcc:
X-Attachments: C:\DOX\AIRKIOSK\SALES\ICELAND\ICEASP_2.PDF; C:\DOX\AIRKIOSK\SALES\ICELAND\ICEPLAN.PDF;

Dear Johannes,

Please find attached the agreement and implementation planning document I mentioned in my earlier
email.  As soon as I have some more specific dates from you, we can provide a detailed schedule.

With best regards,

Stephanie



**ASP Implementation Milestones**

*Planning for implementation*
*of an AirKiosk ASP Service*

*For*

**ICELAND EXPRESS**

**November 23, 2002**

This document is the confidential property of
Sutra, Inc.
and subject to contractual non-disclosure provisions.

*This is a guide to the tasks involved in implementation of an AirKiosk ASP-based system. Although each implementation is different, this guide also estimates minimum elapsed times for major project milestones and provides a sample project schedule.*

1.    PRE-PROJECT PHASE ................................................................3

2.    SITE PREPARATION ................................................................3

3.    SOFTWARE INITIALIZATION.......................................................4

4.    SYSTEM CONFIGURATION .......................................................5

5.    TRAINING...............................................................................6

6.    FINAL SYSTEM PREPARATION..................................................6

7.    SYSTEM CUTOVER...................................................................7

8.    SAMPLE PROJECT SCHEDULE .................................................7

This document is the confidential property of
Sutra, Inc.
and subject to contractual non-disclosure provisions.

# 1.    Pre-Project Phase

| Who | Task | Remarks | √ |
|-----|------|---------|---|
|  | PRE-PROJECT |  |  |
| Both | Agreements Signed |  |  |
| Client | Start-up Fee Paid |  |  |
| Both | Project Managers Assigned | Client-side Project Manager must have airline experience and ideally will have airline IT experience. |  |

# 2.    Site Preparation

Client site preparation involves the joint analysis of client requirements for end-user equipment and network connection to the ASP servers, Sutra's recommendations regarding this equipment and connection, and the client's procurement and installation of this equipment and connection. The minimum elapsed time for site preparation is estimated at four weeks. The local availability of equipment and Internet services has a major impact on this milestone.

If client plans to use the Self-Booking interface and does not already have a registered Internet Domain Name (www.xxx.com), this should be included in Site Preparation.

| Who | Task | Remarks | √ |
|-----|------|---------|---|
|  | SITE PREPARATION |  |  |
| Both | Analysis & Planning | Considerations for analysis and planning are:<br>• Bandwidth of Call Center connection to servers<br>• Static IP address for Control Agent access<br>• Call Center PCs and displays<br>• Control Agent PCs and displays<br>• Airport/Outstation terminals and connections<br>• Peripheral Equipment |  |
| Sutra | Equipment & Network Recommendations | Based on client information. |  |
| Client | Procurement |  |  |
| Client | Installation |  |  |

## 3.    Software Initialization

Software initialization normally takes no more than one week following complete availability of client information.

| Who | Tasks | Remarks | √ |
|-----|-------|---------|---|
| | SW INITIALIZATION | | |
| Client | Information Provision. | *See table below.* | |
| Sutra | Information Advice | Sutra will advise as needed to assist in information provision. | |
| Sutra | Initialize AirKiosk software software. | Based on information provided by client, including initial profile, schedule, fares and office loading. | |
| Sutra | Provide preview access to client to initialized system. | Preview access is provided to a maximum of one or two client agents, usually the project manager and/or first control agent. | |

| Who | *Information Provision for* | Remarks | √ |
|-----|-----------------------------|---------|---|
| | SW INITIALIZATION | | |
| Client | Airline Code | Final operational code is requested.  A change in code requires reinitialization which may delay project and incur additional charges. | |
| Client | Initial Flights Profiles | Flights defined by compartment class characters and physical capacity(ies) and nested booking class characters and authorized seat levels. | |
| Client | Initial Schedule | Initial schedule does not have to be operational, but should reflect client routes for training purposes. | |
| Client | Initial Fares | Initial fares do not have to be operational, but should reflect client currency requirements for training and interface configuration purposes. | |
| Client | Initial POS Office & Control Agent | This is usually the client control or call center office, the first control agent is usually the client project manager, if qualified as a RES controller. | |

## 4.    System Configuration

The greatest variables in the duration of System Configuration are the availability of complete client information and external link requirements. System configuration can take as few as two weeks of elapsed time in simple projects, but is more generally estimated at four weeks (for projects not involving MSW), following complete availability of client information.

| Who | Tasks | Remarks | √ |
|-----|-------|---------|---|
| | SYSTEM CONFIGURATION | | |
| Client | Provision of Information | *See table below.* | |
| Sutra | Information Advice | Sutra will advise as needed regarding information provision, including templates or defaults for pattern documents if required. | |
| Sutra | Configure client's AirKiosk system. | Based on information provided by client. | |

| Who | *Information Provision for* | Remarks | √ |
|-----|---------------------------|---------|---|
| | SYSTEM CONFIGURATION | | |
| Client | Branding information | Client logo and other desired graphic elements for use with standard AK Self-Booking and Internet Agent interface pages. | |
| Client | Pattern Document specifications | Pattern documents are automatically generated by the AirKiosk system to incorporate client information with system-generated data, and to meet specific printing requirements, for passenger services. Typically, they are:<br>• Self-book - email confirmation/e-ticket<br>• Internet Agent – itinerary/e-ticket<br>• Call Center – itinerary/e-ticket<br>• Check-In – boarding pass, bag tag | |
| Client | Operational Procedures | Procedures govern system and table settings for such things as Time Limit (hold bookings), payment options, booking limits and mandatory entries, per POS. | |
| Client | Non-GDS/interline external link specifications/requirements. *Links included in the Project must be agreed prior to Project start.* | For credit card authorization links (self-booking interface) and routine data export to external systems. | |
| Client | GDS/interline link specifications *OPTIONAL:* ***Not included in standard implementation.*** | Specifications for GDS or interline MSW. GDS/interline links require client completion of participation agreements before system implementation, and at least two weeks of testing before operational implementation. | |

## 5.    Training

Staff training requires 5 days.

| Who | Tasks | Remarks | √ |
|-----|-------|---------|---|
| | TRAINING | | |
| Client | Training site preparation. | • At least 1 browser-equipped PC per every 2 participants<br>• Internet connection minimum 128Kb with undisturbed access to all Sutra servers (no fire wall interference) including: HTTPD, SFTP, SSH, MAIL<br>• flip chart or white board<br>• LCD projector. | |
| Client | Participant selection and scheduling. | The contracted program is "train-the-trainers" and requires that participants in each section be experienced in the jobs they will be trained to do using the AK system. The senior control agent and helpdesk supervisor should attend all training sections. All training sections must be scheduled contiguously. | |
| Sutra | Provide training documents. | Sutra will provide an electronic copy of all AK guides and any other training material for reproduction and authorized distribution by client. | |
| Sutra | Provide training | Sutra will provide a trainer(s) for all contracted program sections:<br>• Reservations<br>• Check-In<br>• System & Data Control | |

## 6.    Final System Preparation

The greatest variables in final system preparation are the airline's planned operational/system cutover date(s). Because final preparation is the time allowed trained staff to practice system operation and load operational data, a minimum elapsed time of two weeks is recommended.

| Who | Tasks | Remarks | √ |
|-----|-------|---------|---|
| | FINAL SYSTEM PREP | | |
| Sutra | Establish customer support. | Client's authorized User Contacts and Project Manager begin access to AirKiosk Helpdesk services. | |
| Client | Loading of operational data and table entries:<br>• Profiles<br>• Schedules<br>• Fares<br>• Fare Rules<br>• Offices | Loading of operational databases gives client reservations control and call center agents practical experience with system operation before the cutover date. Selected station agents may also practice and assist by using their interfaces to test production data. Sutra highly recommends that reservations control and call center supervisor shadow use of the system begin immediately after training and before the cutover date. | |
| Both | Final System Configuration | Completion of any pending system configuration tasks. | |
| Client | Additional Staff/Agent Training | Training of additional staff and introduction of system to external agents as needed. | |

## 7.    System Cutover

Production use of the system.

| Who | Tasks | Remarks | √ |
|-----|-------|---------|---|
| | CUTOVER to Production | | |
| Client | Cutover | The system is now ready for cutover if there is no migration project. *Assistance with migration is not included in a standard implementation. Assistance if needed must be arranged separately.* | |

## 8.    Sample Project Schedule

| Milestone/Phase | Event | Week(s) |
|-----------------|-------|---------|
| Pre-Project | | 0 |
| Site Preparation | Specification (Both) | 1 |
| Software Initialization | Information Provision (Client) | 1 |
| System Configuration | Information Provision (Client) | 2 - 4 |
| Site Preparation | Procurement & Installation (Client) | 2 - 4 |
| Software Initialization | Completion (Sutra) | 2 |
| System Configuration | Completion (Sutra) | 4 - 7 |
| Training | Staff Training (Both) | 8 |
| Final System Prep | Staff practice, final data loading (Client) | 9 - 10 |
| Cutover | System ready for production use. | 11 |

*Based on minimum estimated elapsed times.*

EXHIBIT M

Johannes Georgsson, 10:10 AM 11/25/20, AirKiosk System for Iceland Ex

To: "Johannes Georgsson" <johannes@pro.is>
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: AirKiosk System for Iceland Express
Cc: Sigurður I Halldórsson <sih@simnet.is>,    "Benedikt K. Magnusson" <bmagnusson@kpmg.com>
Bcc:
X-Attachments:

Dear Johannes,

Thank you.  Now, actually I see that these dates were in your original message (!).

We are assuming that you want to be able to start selling flights on January 3, or certainly as soon as possible thereafter.

We can manage, if we keep things very simple for the immediate cutover, on the following basis:

1.  December 6, 2002 - Contract Signed/Project Start & Formal Scheduling
-------------------------------------------------------------------
Please send by or before this date your Equipment, Schedule, and Fare details so that your system can be immediately initialized with operational data.

2.  December 9-13 - System initialization
------------------------------------------
System initialization on our end; ensuring that your infrastructure to access the system is in place on your end.

3.  December 16-20 - Training at Sutra's site (Massachusetts)
-------------------------------------------------------------
Due to the short time-frame, we will need to hold training here.

We need to talk about the staff you have available for training; they will be responsible for training your other staff and external agents.  We always advise that at least one staff member (usually a Control Agent/HelpDesk Supervisor) be cross-trained in all system areas.

If possible, one of the trainees should be at a level to make POS configuration decisions, to speed up this information flow.

4.  December 23-January 2 - POS configuration
----------------------------------------------
Timing is dependent on information from Iceland Express.  Obviously, due to the holiday season we will all be under the gun.

5.  January 3 - Cutover for Call Center sales
----------------------------------------------
By this date your experienced Call Center staff should be ready to take sales through the Call Center interface of the system.

Your Internet Agent interface could also be in production by this time; you may allow your GSA to use it if you feel you/they are ready for this (and you have agreed with them that they may sell tickets in ways other than a direct cc link to your credit card authorization provider).

Our ability to have your Self-Booking pages ready for the public is tied to a) your complete provision of design and configuration requests very early in the project b) our building and testing of the link with your credit card authorization provider.  This interface tends to bring the most chefs into the kitchen and my guess, from experience, is that the cutover of this interface will go beyond January 3.

6.  January 6-February 21
--------------------------
This period gives us a much healthier time span to finalize system configuration work.  We would want to focus first and immediately on the Self-Booking pages, to have these up and ready for the public early in January, then on your Check-In configuration (you are using our Check-In system?) and on any final configuration needs.

Please let me know if you have any questions or comments about this proposal.

With best regards,

Stephanie


At 11:38 AM 11/25/2002 -0000, Johannes Georgsson wrote:
>
>Hello Stephanie,

EXHIBIT N

Pedja Kos, 02:07 PM 12/30/20, Re: Traing Plan

Return-path: <kos@airkiosk.com>
Envelope-to: niketic@airkiosk.com
Delivery-date: Mon, 30 Dec 2002 14:38:51 -0500
X-Sender: kos@www.airkiosk.com
Date: Mon, 30 Dec 2002 14:07:09 -0500
To: adalsteinnM@icelandexpress.is
From: Pedja Kos <kos@airkiosk.com>
Subject: Re: Traing Plan
Cc: Johannes@icelandexpress.is,nadinet@icelandexpress.is,
 bryndisJ@icelandexpress.is,niketic@airkiosk.com

Dear Adalsteinn,

It is a good thing that Nadine and Bryndis feel comfortable with the AK Call
Center interface and confident that they can train others to use it.
However, the AK system and its full use still requires formal training.
Let's stick to our original plan and normal milestones as much as possible.

Point-of-Sale
-------------

Normal point-of-sale training (Call Center, Internet Agent) is 2 days, and
should still go forward. It is not just the basic operation of the
interfaces which is important, but

a) your Control Agent(s) and Call Center Supervisor(s) need to know how to
manage HelpDesk inquiries from other users, and need to know how the POS
interfaces interact with other areas of the system.

b) we still need to gather configuration information, and to do this quickly
and efficiently we have planned to do this during formal training.
Ad hoc configuration requests, such as Nadine's request regarding SSR codes,
can actually slow down full implementation of the system and begin to cause
complications. (We have several questions about the SSRs requested that we
would like to address during training, for example.)

Control Agent
-------------

Training for this interface is 2 days. This interface involves many
critical areas of the system's ongoing operation and is not an interface
suitable for self-training.

Check-In
--------

If you will be using our AK Check-In module, this will also require specific
training at some point soon.

If you will be using another Check-In system, we need to know the details of
this.

-- Can Nadine and Bryndis, and if available one other qualified staff
(perhaps you?), come to Newburyport next week for 4 days of POS and Control
Agent training?

-- Could you please let us know how AEU will be handling Check-In, so that
we can plan for this one way or another?

AEU's formal training is becoming a matter of some urgency. If you would
like to arrange a conference call on this with Stephanie and me, please let
us know.

Thank you.

Best regards,

Pedja

EXHIBIT O

AdalsteinnM@iceland, 10:51 PM 1/1/2003, AEU Training/POS Configuration

To: AdalsteinnM@icelandexpress.is
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: AEU Training/POS Configuration
Cc: "Johannes Georgsson" <johannes@pro.is>, Predrag Kos <kos@airkiosk.com>
Bcc: nn@airkiosk.com, niketic@airkiosk.com
X-Attachments: C:\DOX\AIRKIOSK\CLIENTS\ICELAND\ICEPLAN.PDF;

Dear Adalsteinn,

We began an already extremely challenging project schedule later than suggested by Sutra, but things
are progressing.  So far,

- Project start, December 10
- AEU data required for system initialization received, December 13
- System initialization completed, December 15, ready for AEU access
- AEU Project Manager (you) assigned, December 16
- First AEU user (Nadine) assigned to access system, December 20
- "Emergency" self- and remote-training on Call Center sales interface, December 20 - 30

No matter how one looks at it, we have all been trying to squeeze into 4 weeks (cut short by major
holidays) what normally requires a minimum of 11 weeks.  The challenges, on both sides, are
substantial.

We understand that Nadine/Bryndis feel confident about using and training others on the use of the Call
Center interface so that initial bookings can be taken, and this is good.

However, the idea of self-training was based only on AEU's scheduling emergency, was only for the Call
Center interface, and only for this interface's initial use.  The AirKiosk system does require that key
staff/trainers go through our formal training.  All of our users, including the larger airlines with
many experienced airline staff, will tell you that this formal training is absolutely essential, and it
is required by us for the system's use.

We recommended that formal training take place in Boston next week, however, we understand it will be
difficult to send Nadine/Bryndis away next week.

Our alternate plan is to have Novak Niketic, Sutra's president and the AirKiosk system's chief
developer visit you from January 8 - 10.

January 8 - Meet with Nadine/Bryndis and Gunnar Nielsson to a) go over the operation of all of the POS
interfaces (Call Center, Internet Agent and Self-booking) and b) go through with Gunnar and you all of
the requirements to complete POS configuration, particularly Self-booking.

January 9 - Meet with Bryndis (and any other staff who will be responsible for Control Agent areas) to
train on the use of the Control Agent interface.  The Control Agent interface involves schedules,
fares, inventory and revenue management; POS control; MIS (including data export); and system tables.

January 10 - Continue Control Agent training, and also meet again with Gunnar and with you to finalize
POS configuration specifications.

One of the advantages of this alternate plan, aside from the fact that you will have Novak there for
three days, is that configuration requirements can be discussed and signed off in the presence of
Johannes.  The face-to-face discussion of POS configuration, with all decision makers present, will be
the fastest, most efficient way to get your Self-booking and Internet Agent interface configuration
completed.

Novak will be able to leave for Iceland on the evening of January 7 with a return to Boston the evening
of January 10.  (He needs the full weekend back at our office to prepare for a trip to Jo-burg the week
of January 13.)

Just by way of background, attached is the original Implementation Milestones document sent to Iceland
Express on November 23 and the original "emergency schedule" sent on November 25.  If you have not had
a chance before this to go through the Milestones document, could you please do this now? It should be
helpful in preparing for training and for POS configuration discussions with Novak.

With our greetings and best wishes to you and all at Iceland Express for a very healthy and prosperous
New Year,

Stephanie

>Date: Mon, 25 Nov 2002 10:10:57
>To: "Johannes Georgsson" <johannes@pro.is>
>From: Stephanie Niketic <niketic@airkiosk.com>
>Subject: AirKiosk System for Iceland Express
>

EXHIBIT P

BryndisJ@icelandexp, 03:39 PM 1/7/2003, AEU Your Visit, Hotel

To: BryndisJ@icelandexpress.is, GunnarN@icelandexpress.is
From: Stephanie Niketic <niketic@airkiosk.com>
Subject: AEU Your Visit, Hotel
Cc: kos@airkiosk.com
Bcc:
X-Attachments:

Dear Bryndis and Gunnar,

Thank Heaven!  We're looking forward to your visit.

Hotel
-----
The Garrison Inn
Brown Square
Newburyport, Massachusetts

In:  Thursday 1/9
Out: Monday 1/13

Room rate:  $91/night
(this is our corporate rate)

Bryndis confirm#:  36011
Gunnar confirm#: 36014

The Garrison Inn is within walking distance of our office.

Boston's Logan airport is about 45 minutes south of Newburyport.  Please give us your arrival details;
we would like to try to pick you up at the airport.

Bring warm clothes, boots, shovels.

With best regards,

Stephanie

EXHIBIT Q

BryndisJ@icelandexp, 09:02 PM 1/7/2003, Re: AEU Your Visit, Hotel

```
Return-path: <BryndisJ@icelandexpress.is>
Envelope-to: niketic@airkiosk.com
Delivery-date: Tue, 07 Jan 2003 16:33:33 -0500
To: Stephanie Niketic <niketic@airkiosk.com>
Cc: GunnarN@icelandexpress.is
Subject: Re: AEU Your Visit, Hotel
From: BryndisJ@icelandexpress.is
Date: Tue, 7 Jan 2003 21:02:29 +0000
X-MIMETrack: Serialize by Router on NotesIEX/IEX(Release 6.0|September 26, 2002) at
 07.01.2003 21:02:29,
         Serialize complete at 07.01.2003 21:02:29
```

Hi Stephanie,


We are also looking forward to meeting you – and finally learning what is
behind this system!!

Flight FI 633, arriving in BOS at 17:50. If you can pick us up that would
of course be great, but if not that´s ok as well – we know you have a
crazy situation!


Kind regards,
Bryndis


```
<br><font size=2 face="sans-serif">Hi Stephanie,</font>
<br>
<br>
<br><font size=2 face="sans-serif">We are also looking forward to meeting
you - and finally learning what is behind this system!!</font>
<br>
<br><font size=2 face="sans-serif">Flight FI 633, arriving in BOS at 17:50.
If you can pick us up that would of course be great, but if not that´s
ok as well - we know you have a crazy situation!</font>
<br>
<br>
<br>
<br><font size=2 face="sans-serif">Kind regards,</font>
<br><font size=2 face="sans-serif">Bryndis </font>
<br>
<br>
```

EXHIBIT R

BryndisJ@icelandexp, 03:51 PM 1/14/200, Sign in

Return-path: <BryndisJ@icelandexpress.is>
Envelope-to: niketic@airkiosk.com
Delivery-date: Tue, 14 Jan 2003 11:22:02 -0500
To: niketic@airkiosk.com
Subject: Sign in
From: BryndisJ@icelandexpress.is
Date: Tue, 14 Jan 2003 15:51:36 +0000
X-MIMETrack: Serialize by Router on NotesIEX/IEX(Release 6.0|September 26, 2002) at
  14.01.2003 15:51:37,
        Serialize complete at 14.01.2003 15:51:37


Dear Stephanie,

Thanks for the weekend and everything.  I just arrived to work an hour ago
- was very tired upon arriving to Iceland at 6 am this morning. I felt
rather bad until I managed to fall asleep on the plain. Today I´m feeling
better, although not quite like I´m supposed to.  It was bad for me to be
sick like this the day we were reviewing the control, but hopefully I will
manage to deal with it anyway.

1) When do you think I will get access to the Control Agent? Gunnar
already sent the IP number, which is 192.168.132.5 for our localnet (not
legal on the Internet) that is NAT-ed out to the internet on
213.220.103.72

2)  Can you force sign in DagmarT@icelandexpress - she can´t do it and me
neither because I don´t have access to the system yet.

3) Regarding the suppressing of TL auto cancel: We have to clear the
system asap - is it possible to make the system do it in nightly system
maintenance next night for bookings made 9., 10., and 11. Jan.  Then
perhaps for bookings made 12. Jan tomorrow.   Hope you understand what I
mean - this should be much easier if possible than to do it manually for
every flight.
Novak was talking about 14 (or 15) bookings though whose creditcards had
been cleared by Bibit but the pax had not received any confirmation. We
would have to take a look at those bookings before you run the systems
maintenance (if it is possible).


Give my best to your family and all at the office.
Best regards,
Bryndis


<br><font size=2 face="sans-serif">Dear Stephanie,</font>
<br>
<br><font size=2 face="sans-serif">Thanks for the weekend and everything.
 I just arrived to work an hour ago - was very tired upon arriving
to Iceland at 6 am this morning. I felt rather bad until I managed to fall
asleep on the plain. Today I´m feeling better, although not quite like
I´m supposed to.  It was bad for me to be sick like this the day we
were reviewing the control, but hopefully I will manage to deal with it
anyway. </font>
<br>
<br><font size=2 face="sans-serif">1) When do you think I will get access
to the Control Agent? Gunnar already sent the IP number, which is 192.168.132.5
for our localnet (not legal on the Internet) that is NAT-ed out to the
internet on 213.220.103.72  </font><font size=3> </font>
<br>
<br><font size=2 face="sans-serif">2)  Can you force sign in DagmarT@icelandexpress
- she can´t do it and me neither because I don´t have access to the system
yet.</font>
<br>
<br><font size=2 face="sans-serif">3) Regarding the suppressing of TL auto
cancel: We have to clear the system asap - is it possible to make the system
do it in nightly system maintenance next night for bookings made 9., 10.,
and 11. Jan.   Then perhaps for bookings made 12. Jan tomorrow.  
Hope you understand what I mean - this should be much easier if possible
than to do it manually for every flight. </font>
<br><font size=2 face="sans-serif">Novak was talking about 14 (or 15) bookings
though whose creditcards had been cleared by Bibit but the pax had not
received any confirmation. We would have to take a look at those bookings
before you run the systems maintenance (if it is possible).</font>

EXHIBIT S

# Iceland Express
## Training Agenda
### January 10 – 13, 2003

Friday, January 10, 2003

- AirKiosk System Overview                  Novak Niketic

- Safe Booking/PNR Handling             Novak Niketic

- Basic Call Center/RES Procedures       Novak Niketic

  - Credit Card Handling
  - Flight Screening/List Handling
  - TSR Handling
  - SSR Handling

- Pattern Documents

  - Review and finalize pattern documents     Predrag Kos

Saturday, January 11, 2003

- AEU Requirements                   Novak Niketic, Predrag Kos,
  Stephanie Niketic

  - Review of SB Page Text
  - RES Changes
    Name Change
    Booking Cancellation Insurance
  - Check-In/Flight Handling
  - GSA Cutover

- Control Agent, MIS                  Novak Niketic

Monday, January 13, 2003

- Control Agent, Schedule/Fares Maintenance   Stephanie Niketic
- Control Agent, Inventory Management      Stephanie Niketic
- Control Agent, Point-of-Sale Control       Stephanie Niketic

- AirKiosk Customer Support Use         Stephanie Niketic/Predrag Kos