IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC.<br><br>      Plaintiff,<br><br>      v.<br><br>ICELAND EXPRESS EHF,<br><br>      Defendant. | CIVIL ACTION NO.  04-CV-11360 DPW |

## MOTION TO CHANGE HEARING DATE

     Plaintiff, Sutra, Inc., hereby moves to change the hearing date on Defendant's Motion to Dismiss to July 13, 2005 at 2:30 pm.  On July 7, 2005, the Court set a date for a hearing on Defendant's Motion to Dismiss for July 27.  However, the undersigned counsel for Plaintiff is accompanying a troop of Boy Scouts to the National Jamboree in Virginia from July 23 to August 3 and will be unavailable on the scheduled date.  Therefore, Plaintiff requests that the hearing be rescheduled to July 13, 2005 at 2:30 pm, a date and time provided by the Court's clerk as an alternative.  Defendant's counsel consented to this motion and the designated date.

                                                                         Respectfully submitted,

Dated:  June 9, 2005

                                                                   Brett N. Dorny
                                                                   Law Office of Brett N. Dorny
                                                                   321 Church Street
                                                                   Northborough, Massachusetts  01532

                                                                   Attorney for Plaintiff

**SO ORDERED:**

_____  **Date:** _____
**Douglas P. Woodlock**
**United States District Judge**