UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

|  |  |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**DEFENDANT ICELAND EXPRESS, EHF's PETITION
PURSUANT TO 28 U.S.C. § 1292(b) FOR CERTIFICATION
FOR APPEAL OF INTERLOCCUTORY ORDER**

The Defendant Iceland Express, EHF hereby petitions this Honorable Court pursuant to 28 U.S.C. § 1292(b) for certification for appeal of the Court's order denying Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. In support of this petition, the Defendant Iceland Express, EHF states as follows:

1. The Court's order in this case denying Defendant's Motion to Dismiss for Lack of Personal Jurisdiction involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal might materially advance the ultimate termination of this litigation. See Donatelli v. National Hockey League, 893 F.2d 459, 461 (1st Cir. 1990) (interlocutory appeal of denial of motion to dismiss for lack of personal jurisdiction).

2. There is substantial ground for difference of opinion regarding the Court's interpretation and application of the Massachusetts Long Arm Statute, Mass. Gen. L. ch. 223A, et seq. in this case, given the recent decision of the Massachusetts Supreme

Judicial Court in <u>Intech, Inc. v. Triple "C" Marine Salvage, Inc.</u>, 444 Mass. 122 (2005) (reversing Appeals Court and holding that defendant did not transact business in Massachusetts where defendant advertised in two trade journals circulated in Massachusetts; negotiated two contracts for sale of amphibious vehicles by telephone; and faxed and mailed invoices and bills of sale to plaintiff in Massachusetts).

3.   An immediate appeal from the Court's order denying Defendant's Motion to Dismiss for Lack of Personal Jurisdiction may materially advance the ultimate termination of this litigation.

WHEREFORE, the Defendant Iceland Express, EHF respectfully requests that this Honorable Court certify its Order denying Defendant's Motion to Dismiss for Lack of Personal Jurisdiction for immediate appeal pursuant to 28 U.S.C. § 1292(b).

DEFENDANT ICELAND EXPRESS, EHF

Respectfully submitted,

*/s/ Matthew P. Zayotti*
Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: August 15, 2005

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand delivery~~ - US Mail on _August 15, 2005_.

*/s/ Matthew P. Zayotti*

---

2