IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUTRA, INC.

                Plaintiff,

v.                                   CIVIL ACTION NO. 04 CV 11360 DPW

ICELAND EXPRESS EHF,

                Defendant.

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S PETITION
FOR CERTIFICATION FOR APPEAL OF INTERLOCUTORY ORDER**

      Plaintiff, Sutra, Inc. ("Sutra"), hereby opposes the petition of Defendant, Iceland Express, ehf ("Iceland Express"), for certification for appeal of the Court's order denying Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. An order should be certified for appeal under 28 U.S.C. §1292(b) only in rare instances involving exceptional circumstances and novel and important issues. *McGillicuddy v. Clements,* 746 F.2d 76, 77 n. 1 (1st Cir.1984). This is not such a case.

      Defendant suggests that an appeal is appropriate due to differences of opinion with respect to a recent case, *Intech, Inc. v. Triple "C" Marine Salvage, Inc.,* 444 Mass. 122 (2005). However, as properly noted in the Court's order denying Defendant's motion, the *Intech* decision does not significantly vary from that of *Droukas v. Divers Training Academy*, 175 Mass 149 (1978). Thus, the *Intech* decision does not indicate a change in the applicable standards for personal jurisdiction, but the application of those standards in a particular case.

      The facts in this case differ significantly from those in *Intech*. As noted by the Court, the present action relates to an year long contract involving continuous interaction by Iceland

2

Express with Sutra in Massachusetts.  It involves the travel to Massachusetts of employees of Iceland Express for training.  Massachusetts law governs the contract allegedly breached.  Therefore, this is not a rare case involving exceptional circumstances for which an interlocutory appeal is appropriate.  Defendant's petition should be denied.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  September 1, 2005 | __/s/  Brett N. Dorny_____<br>Brett N. Dorny, BBO #628977<br>Law Office of Brett N. Dorny<br>321 Church Street<br>Northborough, Massachusetts  01532<br>508-904-3228<br><br>Attorney for Plaintiff |

2