UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ICELAND EXPRESS, EHF, )<br>)<br>    Defendant. **)** | CIVIL ACTION NO. 04-11360-DPW |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties jointly move to amend the scheduling order to extend the time for discovery. A scheduling order was issued by the court in this case on April 15, 2005. Following issuance of that order, Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction. Consideration of Defendant's motion delayed discovery. Therefore, the parties request that the scheduling order be amended to change the dates as follows:

Fact discovery completed by July 28, 2006;

Expert designations and reports due by July 28, 2006 for plaintiffs and August 25, 2006 for defendant, and expert depositions completed by September 29, 2006; and

Dispositive Motions due by October 27, 2006, with responses due by November 27, 2006.

Respectfully submitted.

PLAINTIFF SUTRA, INC.

By its attorney,


___/bndorny/_____
Brett N. Dorny, BBO #628977
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts 01532
(508) 709-0501


DEFENDANT ICELAND EXPRESS, EHF

By its attorneys,


___/mpzayotti/_____
Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated:  January 26, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-11360-DPW |
| v. ) | |
| ) | |
| ICELAND EXPRESS, EHF, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon full consideration, the Joint Motion to Amend the Scheduling Order is hereby GRANTED. The Scheduling Order issued April 15, 2005 is amended as follows:

(1) all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff(s) no later than July 28, 2006, and by the defendant(s) no later than August 25, 2006; expert depositions to be completed by September 29, 2006;

(2) discovery is to be completed by July 28, 2006, unless shortened or enlarged by Order of this Court; and

(3) motions for summary judgment are to be filed by October 27, 2006, after completion of the necessary discovery and responses are due November 27, 2006 and all filings must conform to the requirements of Local Rule 56.1.

SO ORDERED this __ day of January, 2006.

_____
Douglas P. Woodlock
U.S. District Court Judge