UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICELAND EXPRESS, EHF, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11360-DPW |

### [PROPOSED] ORDER

Upon due consideration, Plaintiff's Motion to Compel Initial Disclosures, Answers to Interrogatories, and Production of Documents, and Motion for Sanctions is hereby GRANTED. Defendant, Iceland Express, ehf, is hereby ordered, within seven days of this order:

    1.    To provide the information and documents required by Rule 26(a)(1), F. R. Civ. P.;

    2.    To provide answers to Plaintiff's First Set of Interrogatories;

    3.    To produce the documents responsive to Plaintiff's First Set of Requests for Production of Documents; and

    4.    To pay Plaintiff's costs, including attorneys fees, in bringing the Motion to Compel.

SO ORDERED this ____ day of _____, 2006.

 

_____
Honorable Douglas P. Woodlock
U.S. District Judge