UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC., )<br>)<br>Plaintiff, )<br>) CIVIL ACTION NO. 04-11360-DPW<br>v. )<br>)<br>ICELAND EXPRESS, EHF, )<br>)<br>Defendant. **)** | |

PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES,
ANSWERS TO INTERROGATORIES AND PRODUCTION OF
DOCUMENTS AND MOTION FOR SANCTIONS

Plaintiff, Sutra, Inc. ("Sutra") hereby moves the Court compel Defendant, Iceland Express, ehf ("Iceland Express") to comply with its discovery obligations. Specifically, Sutra moves for an order compelling Iceland Express to supply the disclosures required by Rule 26(a)(1). Sutra further moves for an order compelling Iceland Express to answer Plaintiff's First Set of Interrogatories which were served on February 2, 2006. Sutra further moves for an order compelling Iceland Express to produce the documents responsive to Plaintiff's First Set of Requests for Production of Documents which were also served on February 2, 2006. Finally, Sutra moves for an award of its attorneys fees incurred in bringing the present motion. As set forth in detail in the accompanying Memorandum and Declaration of Brett N. Dorny, Iceland Express has failed to comply with any of its discovery obligations. Accordingly, Sutra's motions should be granted.

Counsel for Plaintiff certifies that he has complied with Local Rule 37.1.

Counsel for Plaintiff has complied with Local Rules 7(a)(2) and 37.1. Counsel for Defendant failed to respond to a request for discovery conference within seven days of a formal written request.

Respectfully submitted,

/s/ Brett N. Dorny
Brett N. Dorny
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts 01532
Tel. 508-709-0501
Fax. 508-519-9185

Attorney for Plaintiff

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 23, 2006.

/s/ Brett N. Dorny
Brett N. Dorny

2