UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

| | |
|---|---|
| SUTRA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ICELAND EXPRESS, EHF, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT ICELAND EXPRESS, EHF'S OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL INITIAL
DISCLOSURES, ANSWERS TO INTERROGATORIES AND
PRODUCTION OF DOCUMENTS AND MOTION FOR SANCTIONS**

The Defendant Iceland Express, ehf hereby opposes s AirWater Corporation and AirWater Patents, Inc. hereby oppose Plaintiff's Motion to Compel Initial Disclosures, Answers to Interrogatories and Production of Documents and Motion for Sanctions. In support of this opposition, the Defendant states as follows:

1. Plaintiff's Motion to Compel Defendant's Initial Disclosures must be denied as moot because the Defendant served its Initial Disclosure Statement on March 23, 2006. See Zayotti Affidavit, Exh. A.

2. Plaintiff's Motion to Compel Defendant's Responses to Interrogatories must be denied as moot because the Defendant has served its Responses to Interrogatories on April 7, 2006. Id. Exh. B.

3. Plaintiff's Motion to Compel Defendant's Production of Documents must be denied as moot because the Defendant has served its Responses to Plaintiff's Request for Documents and nearly two hundred pages of documents responsive to Plaintiff's

requests on April 7, 2006.  Additionally, the Defendant expects and intends to produce the remainder of the responsive documents in its possession, custody or control during the early part of the week of April 10, 2006.  Id., Exh. C and D.

4.  Plaintiff's Motion for Sanctions must be denied as the Defendant has neither acted in bad faith nor intentionally delayed responding to Plaintiff's discovery requests or acted in bad.  On the contrary, the Defendant has been hampered in its ability to respond to Plaintiff's discovery requests by reason of the language barrier and, perhaps more significantly, by virtue of the fact that most, if not all, of the individuals with knowledge of the facts and circumstances that give rise to this litigation are no longer employed by Iceland Express.  Id. at ¶ 6.

WHEREFORE, the Defendants respectfully request that this Honorable Court deny Plaintiff's Motion to Compel to Compel Initial Disclosures, Answers to Interrogatories and Production of Documents and Motion for Sanctions.

DEFENDANT ICELAND EXPRESS, EHF
By its attorneys,

_____
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts  02110-3113
(617) 951-1400

Dated:  April 7, 2006

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by hand-delivery - US Mail on April 7, 2006

_____

2