UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC.,                )<br>                                      )<br>     Plaintiff,              )<br>                                      )<br>v.                                 )<br>                                      )<br>ICELAND EXPRESS, EHF,  )<br>                                      )<br>     Defendant.          **)** | CIVIL ACTION NO.  04-11360-DPW |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Plaintiff, Sutra, Inc. ("Sutra") hereby moves the court for leave to file a Reply Memorandum in support of its motion to compel Defendant, Iceland Express, ehf ("Iceland Express") to comply with its discovery obligations.  Iceland Express opposed Sutra's Motion to Compel as being moot because Iceland Express had served initial disclosures and discovery responses after the filing of the motion.  However, the initial disclosures and discovery responses did not fully comply with the rules or the requests.  Thus, they are insufficient and Sutra's Motion to Compel is not moot.  Plaintiff seeks to file a Reply Memorandum, a copy of which is attached, addressing the issues which remain despite Iceland Express' delayed responses.  Undersigned counsel for Sutra attempted to contact Matthew Zayotti, counsel for Iceland Express several times by telephone on April 17 and 18, 2006, in order to determine whether Iceland Express would agree to the filing of a Reply Memorandum.  He was not available and did not return the phone calls.

        Respectfully submitted,

        s/ Brett N. Dorny  
        Brett N. Dorny, BBO# 628977  
        Law Office of Brett N. Dorny  
        386 West Main Street, Suite 12A  
        Northborough, Massachusetts  01532  
        Tel.  508-709-0501  
        Fax.  508-519-9185  
        bndorny@dornylaw.com

        Attorney for Plaintiff

Dated:  April 18, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 18, 2006.

        s/ Brett N. Dorny  
        Brett N. Dorny