UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUTRA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-11360-DPW |
| v. ) | |
| ) | |
| ICELAND EXPRESS, EHF, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon full consideration, the Joint Motion to Amend the Scheduling Order is hereby GRANTED. The Scheduling Order issued April 15, 2005 and as amended January 30, 2006, is further amended as follows:

1.      All discovery shall be completed by June 30, 2006;

2.      Expert designations and reports due by July 28, 2006 for plaintiffs and August 25, 2006 for defendant, and expert depositions completed by September 29, 2006; and

3       Dispositive Motions due by October 27, 2006, with responses due by November 27, 2006.

SO ORDERED this __ day of April, 2006.

_____
Douglas P. Woodlock
U.S. District Court Judge

5