UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| SUTRA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.  04-11360-DPW |
| v. | ) | |
| | ) | |
| ICELAND EXPRESS, EHF, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon full consideration, the Joint Motion to Amend the Scheduling Order is hereby GRANTED. The Scheduling Order issued April 15, 2005 is amended as follows:

(1) Fact discovery is to be completed by October 27, 2006;

(2) all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff(s) no later than November 24, 2006, and by the defendant(s) no later than December 22, 2006; expert depositions to be completed by January 26, 2007;

(3) motions for summary judgment are to be filed by February 16, 2007, after completion of the necessary discovery and responses are due March 16, 2007 and all filings must conform to the requirements of Local Rule 56.1.

SO ORDERED this __ day of _____, 2006.

_____
Douglas P. Woodlock
U.S. District Court Judge