UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUTRA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.  04-11360-DPW |
| v. ) | |
| ) | |
| ICELAND EXPRESS, EHF, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY

Plaintiff, Sutra, Inc. ("Sutra") hereby moves the Court compel Defendant, Iceland Express, ehf ("Iceland Express") to comply with its discovery obligations.  Specifically, Sutra moves for an order compelling Iceland Express to provide complete answers to Plaintiff's First Set of Interrogatories, served on February 2, 2006, without regard to any objections.  Sutra further moves for an order compelling Iceland Express to produce all documents responsive to Plaintiff's First Set of Requests for Production of Documents, also served on February 2, 2006, without regard to any objections.  Sutra further moves for an order compelling Iceland Express to produce persons to testify on its behalf pursuant to the Deposition Notice of Iceland Express, served on March 27, 2006, and to the extent that Iceland Express has control over the individual deponents – Einar Valdimarsson, Gunnar Karl Nielsson, and Johannes Georgson – whose depositions were also noticed on March 27, 2006.  Sutra further moves that the Court commission Guðrún Hólmsteinsdóttir, an attorney in Iceland, or such other person as the Court may designate, to administer any oath and record the testimony of the deponents.  Finally, Sutra moves for an award of its attorneys fees incurred in bringing the present motion.  As set forth in

1

detail in the accompanying Memorandum and Declaration of Brett N. Dorny, Iceland Express has failed to comply with any of its discovery obligations. Accordingly, Sutra's motions should be granted.

Counsel for Plaintiff has complied with Local Rules 7(a)(2) and 37.1. Several discovery conferences have been held, but Defendant has failed to properly respond to discovery or appear for deposition in accordance with its promises and obligations.

Respectfully submitted,

Dated:  October 27, 2006

_s/   Brett N. Dorny_____
Brett N. Dorny
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts  01532
Tel.  508-709-0501
Fax.  508-519-9185

Attorney for Plaintiff

[sidebar: Counsel for Plaintiff certifies that he has complied with Local Rule 37.1.]

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 27, 2006.

_s/   Brett N. Dorny_____
Brett N. Dorny