UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SUTRA, INC., | ) | |
| Plaintiff, | ) ) ) | |
|  | ) | CIVIL ACTION NO. 04-11360-DPW |
| v. | ) ) | |
| ICELAND EXPRESS, EHF, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon full consideration, Plaintiff's Second Motion to Compel Discovery is hereby GRANTED. Within 14 days of this order, Defendant Iceland Express shall:

    1.    Fully respond to all Interrogatories, without regard to any objections it may have made;

    2.    Produce all requested documents, without regard to any objections it may have made;

    3.    Appear for deposition in Iceland, and produce any of its current employees who have been noticed for deposition, at a mutually agreed upon date and time.

Pursuant to Fed. R. Civ. P. 28(b)(4), Guðrún Hólmsteinsdóttir, an attorney in Iceland, is hereby commissioned to administer an oath and to audibly record the depositions of Iceland Express and its employees.

SO ORDERED this __ day of _____, 2006.

 

_____
Douglas P. Woodlock
U.S. District Court Judge