UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUTRA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICELAND EXPRESS, EHF, )<br>)<br>Defendant. **)** | CIVIL ACTION NO.  04-11360-DPW |

### **PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, Sutra, Inc. ("Sutra"), hereby moves to amend the scheduling order to extend the time for discovery.  A scheduling order was issued by the court in this case on April 15, 2005.  On January 19, 2006, the parties jointly moved to amend the scheduling order in order to extend discovery for an additional six months.  On January 30, 2006, the court amended the scheduling order but limited the extension to three months.  On April 24, 2006, the parties again moved to extend discovery.  At that time, Plaintiff's Motion to Compel Initial Disclosures, Answers to Interrogatories and Production of Documents was pending.  On May 1, 2006, the Court extended fact discovery until June 30, 2006.  On June 30, 2006, the parties again jointly moved to extend fact discovery, which was granted.

At that time of the last motion to extend discovery, Defendant, Iceland Express had agreed to supplement its discovery responses and produce certain people for deposition.  However, in the interim, Iceland Express has failed to supplement is discovery responses or to produce its employees for deposition.

Concurrently with this motion, Sutra is filing a Motion to Compel the outstanding discovery. Nevertheless, discovery is currently scheduled to close on October 27, 2006. Plaintiff's Motion to Compel will not be acted upon nor the discovery completed by such date. Therefore, Sutra respectfully requests that the scheduling order be amended for an additional five months to permit its Motion to Compel to be decided and the discovery obtained. Accordingly, Sutra requests that the scheduling order be amended as follows:

1. Fact discovery shall be completed by March 30, 2007;

2. Expert designations and reports shall be due by April 27, 2007 for plaintiffs and May 25, 2007 for defendant, and expert depositions completed June 15, 2007; and

3. Dispositive Motions shall be due by July 13, 2007, with responses due by August 13, 2007.

Counsel for Iceland Express has stated that he does not oppose an extension of discovery.

        Respectfully submitted.

        PLAINTIFF SUTRA, INC.

        By its attorney,

        __s/ Brett N. Dorny_____
        Brett N. Dorny, BBO #628977
        Law Office of Brett N. Dorny
        386 West Main Street, Suite 12A
        Northborough, Massachusetts 01532
        (508) 709-0501

Dated: October 27, 2006

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 27, 2006.

                                                  __s/ Brett N. Dorny____
                                                  Brett N. Dorny