UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC., )<br>)<br>   Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. 04-11360-DPW |
| v. )<br>) | |
| ICELAND EXPRESS, EHF, )<br>) | |
| Defendant. ) | |

**ORDER**

Upon full consideration, Plaintiff's Motion to Amend the Scheduling Order is hereby GRANTED. The Scheduling Order issued July 11, 2005 is amended as follows:

(1)     Fact discovery is to be completed by March 30, 2007;

(2)     all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff(s) no later than April 27, 2007, and by the defendant(s) no later than May 25, 2007; expert depositions to be completed by June 15, 2007;

(3)     motions for summary judgment are to be filed by July 13, 2007, after completion of the necessary discovery and responses are due August 13, 2007 and all filings must conform to the requirements of Local Rule 56.1.

SO ORDERED this __ day of _____, 2006.


_____
Douglas P. Woodlock
U.S. District Court Judge