UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
SUTRA, INC.,                  )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.  04-11360-DPW
v.                            )
                              )
ICELAND EXPRESS, EHF,         )
                              )
        Defendant.            **)**
_____**)**

### ASSENTED TO MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Sutra, Inc. ("Sutra"), hereby moves to amend the scheduling order to extend the

time for discovery.  A scheduling order was issued by the court in this case on April 15,

2005.  At the parties request, the Court has amended the scheduling order several times.

Under the most recent order, fact discovery was to be completed by March 30, 2007.

However, the parties have been unsuccessful in scheduling defendant's deposition in

Iceland.  It is currently scheduled to commence April 10, 2007.  Accordingly, the parties

request a one month extension of the current scheduling order.  Accordingly, Sutra

requests that the scheduling order be amended as follows:

        1.      Fact discovery shall be completed by April 30, 2007;

        2.      Expert designations and reports shall be due by May 25, 2007 for

plaintiffs and June 22, 2007 for defendant, and expert depositions completed July 15,

2007; and

        3.      Dispositive Motions shall be due by August 17, 2007, with responses due

by September 17, 2007.

Counsel for Iceland Express has consented to this motion.

Respectfully submitted.

PLAINTIFF SUTRA, INC.

By its attorney,


 /s/  Brett N. Dorny
Brett N. Dorny, BBO #628977
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts 01532
(508) 709-0501


Dated:  April 3, 2007


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 3, 2007.


/s/  Brett N. Dorny
Brett N. Dorny