UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
SUTRA, INC.,                )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.  04-11360-DPW
v.                          )
                            )
ICELAND EXPRESS, EHF,       )
                            )
    Defendant.              )
_____)

**ORDER**

Upon full consideration, Plaintiff's Motion to Amend the Scheduling Order is hereby GRANTED.  The Scheduling Order issued December 11, 2006 is amended as follows:

(1)    Fact discovery is to be completed by April 30, 2007;

(2)    all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff(s) no later than May 25, 2007, and by the defendant(s) no later than June 22, 2007;  expert depositions to be completed by July 15, 2007;

(3)    motions for summary judgment are to be filed by August 17, 2007, after completion of the necessary discovery and responses are due September 17, 2007 and all filings must conform to the requirements of Local Rule 56.1.

SO ORDERED this __ day of _____, 2007.

_____
Douglas P. Woodlock
U.S. District Court Judge