UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUTRA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICELAND EXPRESS, EHF, )<br>)<br>Defendant. **)**<br>**)** | CIVIL ACTION NO. 04-11360-DPW |

**PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY**

Plaintiff, Sutra, Inc. ("Sutra") hereby moves the Court compel Defendant, Iceland Express, ehf ("Iceland Express") to comply with its discovery obligations. Specifically, Sutra moves for an order compelling Iceland Express to produce all documents responsive to Request Nos. 5, 6, 9, 17 and 19 of Plaintiff's First Set of Requests for Production of Documents, served on February 2, 2006, which have been improperly withheld. Sutra further moves for an order compelling Iceland Express to produce all documents responsive to Request No. 1 of Plaintiff's Second Request for Production of Documents, served April 30, 2007. Finally, Sutra moves for an award of its attorneys fees incurred in bringing the present motion. As set forth in detail in the accompanying Memorandum and Declaration of Brett N. Dorny and accompanying exhibits, Iceland Express has failed to comply with its discovery obligations. Accordingly, Sutra's motions should be granted.

Counsel for Plaintiff has complied with Local Rules 7(a)(2) and 37.1. A discovery conference was held on June 20, 2007, but Defendant has failed to properly respond to the document requests.

Counsel for Plaintiff certifies that he has complied with Local Rule 37.1.

1

        Respectfully submitted,

Date:  August 4, 2007        _s/   Brett N. Dorny_____
        Brett N. Dorny
        Law Office of Brett N. Dorny
        386 West Main Street, Suite 12A
        Northborough, Massachusetts  01532
        Tel.  508-709-0501
        Fax.  508-519-9185

        Attorney for Plaintiff

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 4, 2007.

        _s/   Brett N. Dorny_____
        Brett N. Dorny

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICELAND EXPRESS, EHF, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-11360-DPW |

**ORDER**

Upon full consideration, Plaintiff's Second Motion to Compel Discovery is hereby GRANTED. Within 14 days of this order, Defendant Iceland Express shall:

1. Fully respond to all Interrogatories, without regard to any objections it may have made;

2. Produce all requested documents, without regard to any objections it may have made;

3. Appear for deposition in Iceland, and produce any of its current employees who have been noticed for deposition, at a mutually agreed upon date and time.

Pursuant to Fed. R. Civ. P. 28(b)(4), Guðrún Hólmsteinsdóttir, an attorney in Iceland, is hereby commissioned to administer an oath and to audibly record the depositions of Iceland Express and its employees.

SO ORDERED this __ day of _____, 2006.

_____
Douglas P. Woodlock
U.S. District Court Judge