UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SUTRA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 04-11360-DPW |
| v. | ) | |
| | ) | |
| ICELAND EXPRESS, EHF, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Upon due consideration, Plaintiff's Third Motion to Compel Discoveryroduction of Documents, and Motion for Sanctions is hereby GRANTED. Defendant, Iceland Express, ehf, is hereby ordered, within seven days of this order to produce all documents responsive to requests Nos. 5, 6, 9, 17, and 19 of Plaintiff's First Set of Requests for Production of Documents and Request No. 1 of Plaintiff's Second Set of Requests for Production of Documents.

SO ORDERED this ____ day of _____, 2007.

_____
Honorable Douglas P. Woodlock
U.S. District Judge

1