# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-11360-DPW |
| v. ) | |
| ) | |
| ICELAND EXPRESS, EHF, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF BRETT N. DORNY IN SUPPORT OF
PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY

I, Brett N. Dorny, hereby declare as follows:

1. I am an attorney for Plaintiff, Sutra, Inc. ("Sutra") in this case. I submit this declaration is support of Plaintiff's Third Motion To Compel Discovery. All statements are made of my own knowledge.

2. On February 2, 2006, I served Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production of Documents on counsel for Iceland Express. Responses were due on March 7, 2006.

3. On March 23, 2006, since Defendant had not provided its initial disclosures, answered the interrogatories, nor produced documents, I filed a Motion to Compel Initial Disclosures, Answers to Interrogatories, and Production of Documents and Motion for Sanctions on behalf of Plaintiff.

4. Defendant served Answers to Plaintiff's Interrogatories and a Response to Plaintiff's Request for Production of Documents on April 7, 2006, the same day that its response

1

to the Motion to Compel was due. Although the responses were filed late, they included numerous objections. Furthermore, the responses were incomplete.

     5.     On April 10 and 11, 2007, I took the deposition of representatives of Iceland Express.

     6.     Exhibit A hereto is excerpts of the transcript of the deposition of Gunnar Karl Nielsson.

     7.     Exhibit B hereto is excerpts of the transcript of the deposition of Omar Orn Olafsson.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: August 4, 2007          ___s/ Brett N. Dorny_____
                                            Brett N. Dorny