**EXHIBIT A**

00001

```
                                        Volume I
                                        Pages 1 to 66
                                        Exhibits: 1 - 6
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
     - - - - - - - - - - - - - - -x
                                    :
      SUTRA, INC.,                  :
                 Plaintiff,         :
                                    :
            vs.                     :  Civil Action No.
                                    :  04-CV-11360 DPW
      ICELAND EXPRESS EHF,          :
                 Defendant.         :
                                    :
     - - - - - - - - - - - - - - -x
```

DEPOSITION OF GUNNAR KARL NIELSSON, a witness called on behalf of the Plaintiff, taken pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure before Carol H. Kusinitz, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Jonsson & Hall Law Firm, Sudurlandsbraut 4, 108 Reykjavik, Iceland, on Tuesday, April 10, 2007, commencing at 12:38 p.m.

PRESENT:

    Law Office of Brett N. Dorny (by Brett N. Dorny,
        Esq.) 386 West Main Street, Suite 12A,
        Northborough, MA  01532 for the Plaintiff.

    Keegan Werlin LLP (by Matthew P. Zayotti, Esq.)
        265 Franklin Street, Boston, MA
        02110-3113, for the Defendant.

              * * * *

00020

```
 1   by a administrator account?
 2       A.   Okay.  Basically the administrator was the
 3   person that could change prices, move seats from one
 4   class to another, and this was just done via that
 5   page, just use that page to do it.  And we could
 6   open and close flights.
 7            And if I remember correctly, this was not
 8   quite ready in the beginning, when we started using
 9   the system, but he finished it under -- sort of just
10   to have us independent and so we didn't have to call
11   him when we wanted to change seats and prices and
12   stuff like that.
13       Q.   You also referred to a consumer account.
14   What was the consumer account?
15       A.   It's basically a consumer interface, where
16   the consumers could go on-line, choose their dates,
17   pick which flights they want to be on, and confirm
18   that, pay for the ticket, and get a confirmation.
19       Q.   Was there one of these short descriptions
20   for the administrator account?
21       A.   No, not in the beginning, because it was
22   very simple.
23       Q.   Was there later a short description of the
24   administrator account?
```

00021

   1     A.   Some of the modules, there was a short
   2  description, especially when more people started
   3  using -- started to use the administrative account.
   4  We had to make up sort of a short description of
   5  what that module did and what people should leave
   6  alone and stuff like that.
   7     Q.   Who made that short description?
   8     A.   Tommy, in most cases, if I remember
   9  correctly.  We are talking about just a few.  And me
  10  and Bryndis did one or two.
  11     Q.   What module did you create a description
  12  for?
  13     A.   I think it was a module that was created
  14  shortly before I left the company, which was sort of
  15  a campaign module where you could have campaigns
  16  displayed on a page through some sort of API
  17  service.  It was -- the only reason why we created
  18  this was because there was some reverse thinking.
  19  So that's why we did it.
  20     Q.   What descriptions did Bryndis create?
  21     A.   Just -- it was just in regards to the
  22  reports.  This was for the other managers so they
  23  could take out reports, what was the sale, you know,
  24  how many seats did they sell today or for a certain

```
00022
     1    period, if I remember correctly.  I think that's the
     2    one she did.
     3         Q.   Do you recall what descriptions Tommy had
     4    done?
     5         A.   No, not specifically.  But I remember
     6    getting some e-mail documents with screen shots.  If
     7    I remember also correctly, very few used it, because
     8    he was just describing something that was very
     9    simple.
    10         Q.   Now, were these descriptions kept
    11    electronically or kept on paper?
    12         A.   They were in every case electronically.
    13    There was no printout, no booklet or nothing like
    14    that.  There was no need to, basically.
    15         Q.   Where were those electronic files stored?
    16         A.   Mostly on -- I think in every case on
    17    e-mail, just sent from person to person.  I think
    18    so.  To the best of my knowledge, on e-mail.
    19         Q.   Were they on e-mail when you left in 2005?
    20         A.   I really don't know.  I cleaned out my
    21    e-mail box from time to time.  I don't know if I
    22    deleted them or not.
    23         Q.   Do you know whether they were on anybody
    24    else's e-mail?
```

```
00023
     1      A.   I'm not sure.
     2      Q.   Did you delete all your e-mail when you
     3   left Iceland Express?
     4      A.   No, didn't.
     5      Q.   Do you know what happened to your e-mail
     6   when you left Iceland Express?
     7      A.   I have no idea.
     8      Q.   As far as you know, was there e-mail on --
     9   your e-mail on the system when you left Iceland
    10   Express?
    11      A.   I guess so.  I had access to my e-mails one
    12   month after I started working for Siminn, just so I
    13   could help out if anything was wrong.  But I really
    14   don't know.  I had a huge mail file, so if they have
    15   deleted it, I wouldn't be surprised.
    16      Q.   But you did not delete it when you left
    17   Iceland Express?
    18      A.   No, I didn't.  But it's not uncommon, let's
    19   say, when I was working at Iceland Express that we
    20   deleted, like, e-mail files for employees that had
    21   left, just to save space.  It was not -- it's not
    22   uncommon.
    23      Q.   Were you ever told that you should not
    24   delete e-mail files?  Did anyone ever tell you not
```

```
00062
     1      Q.   When you say they came in and got a copy of
     2    the system, they got a copy from Iceland Express?
     3      A.   They got a court order to get the copy,
     4    this Swedish lawyer whose name I can't remember.
     5    And we, of course -- he got -- had legal documents
     6    and was escorted by the appointed Icelandic court
     7    authorities, and we of course complied to this
     8    request.
     9      Q.   Now, did he get a copy of object code or a
    10    source code?
    11      A.   That's a good question.  Basically what we
    12    did was we just opened up the main servers with the
    13    password.  They went in, copied, I guess,
    14    everything, and went to that.  We had -- I know that
    15    we had a copy in case -- because Tommy was working
    16    alone, we asked him, and I think it's in the
    17    contract, for the rights to further develop the
    18    system if something happened to him.  So we had a
    19    copy of the source code and the password to that on
    20    one of our servers.  I never took a look at it.  I
    21    never checked if there was a source code there, but
    22    he pointed me to a file saying, "Here's the source
    23    code."
    24           MR. DORNY:  Why don't we take a short
```