# EXHIBIT B

00001

                                    Volume I
                                    Pages 1 to 47
                                    Exhibits:  None
                    UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - -x
                              :
SUTRA, INC.,                  :
            Plaintiff,        :
                              :
        vs.                   :  Civil Action No.
                              :  04-CV-11360 DPW
  ICELAND EXPRESS EHF,        :
            Defendant.        :
                              :
- - - - - - - - - - - - - - -x


          DEPOSITION OF OMAR ORN OLAFSSON, a witness

called on behalf of the Plaintiff, taken pursuant to

Rule 30 of the Massachusetts Rules of Civil

Procedure before Carol H. Kusinitz, Registered

Professional Reporter and Notary Public in and for

the Commonwealth of Massachusetts, at the Offices of

Jonsson & Hall Law Firm, Sudurlandsbraut 4, 108

Reykjavik, Iceland, on Wednesday, April 11, 2007,

commencing at 10:13 a.m.

PRESENT:

    Law Office of Brett N. Dorny (by Brett N. Dorny,

        Esq.) 386 West Main Street, Suite 12A,

        Northborough, MA  01532 for the Plaintiff.

    Keegan Werlin LLP (by Matthew P. Zayotti, Esq.)

        265 Franklin Street, Boston, MA

        02110-3113, for the Defendant.

                    * * * *

00013

1      Q.    Do you have any documentation about your

2    system describing what the menus are or how you use

3    it?

4      A.    There is documentation.  It's not up to

5    date, but I know there is.  We don't use it daily.

6      Q.    And where is that documentation kept?

7      A.    Where?

8      Q.    Where.

9      A.    It's only in electronic form.  It's a

10   document that is kept on our system.

11     Q.    Who created that documentation, do you

12   know?

13     A.    I don't know.

14     Q.    Do you know when it was created?

15     A.    No.

16     Q.    Was it created before you started at --

17     A.    Yes.

18     Q.    You talked about reports.  How many reports

19   are there in the main menu?

20     A.    Again, this is something I don't use daily,

21   but I would guess about five.  But that's a guess.

22     Q.    Who uses those report functions?

23     A.    Mostly yield management, people that are

24   responsible for pricing and routes, choosing routes

00037

```
 1    of stuff.  Then it's kept, unless you need the
 2    space.  Normally it's all kept.  This is how I do
 3    it.  I don't know what happened before me.
 4        Q.   And when Gunnar Karl Nielsson left Iceland
 5    Express, you were the IT manager at that point, were
 6    you not?
 7        A.   Yes.
 8        Q.   Did you keep all of his e-mails?
 9        A.   Normally -- I would have to check.  That's
10    two years ago.  As I said, normally I would have
11    asked him to take all his private e-mail.
12        Q.   What about company e-mails?
13        A.   Should be there, unless -- I mean, this is
14    so long time ago.  It could have been purged because
15    of space problems.  We had some space problems, but
16    I don't -- I really -- I would guess that it's still
17    there, hopefully.
18        Q.   Have you ever been asked to look for
19    Gunnar's e-mails?
20        A.   No.  He did himself, I think, short after
21    he left.  This is two years ago.  I...
22        Q.   Have you ever been asked to look for any
23    documents in connection with this lawsuit?
24        A.   No.  I've tried to find some documents
```

00038

1    myself, mainly some contracts or agreements on

2    paper, but not in our computer system, no.

3        Q.    And why did you try to find contracts or

4    agreements?

5        A.    I just wanted to know more about this

6    ongoing case.

7        Q.    When did you look for those contracts or

8    agreements?

9        A.    This winter we were asked one more time

10   about some numbers, I guess from you guys, and I

11   tried to find something.  Yes.  That was the last

12   time.

13       Q.    Prior to this winter, were you asked for

14   information about this lawsuit?

15           MR. ZAYOTTI:  Are you talking about other

16   than by an attorney?

17           MR. DORNY:  Asked by anybody.  I'm trying

18   to find out what he's been asked to do.  An attorney

19   can ask him to do it.  That's not privileged

20   information.

21           MR. ZAYOTTI:  Sure.

22       A.    This office here has forwarded some

23   requests from you guys.  That's all.

24       Q.    And you received those requests?

00041

1    some conversation on the e-mail, other people's

2    e-mail, but I'm not -- that's not something I read.

3        Q.   Okay.  You've never been asked to look for

4    information on the e-mail, have you?

5        A.   Not myself.  I think there was, long time

6    ago, some requests about communications.  This is

7    something I recall not very well.  Not something I

8    was involved myself.  It may have been somewhere

9    else.  I don't know.  I recall that maybe one or two

10   years ago, some -- not two years.  One and a half

11   year, probably, there were some requests about

12   information.

13       Q.   Was that a request to you?

14       A.   No.  To our former CEO.

15       Q.   And did the former CEO ask you for any

16   information?

17       A.   No, I don't think so.  I think I would have

18   remembered if I was involved myself.  But that was

19   when I heard about this case for the first time.

20       Q.   Who was the former CEO?

21       A.   At that time it was Birgir Jonsson is his

22   name.

23       Q.   You talked before about making changes to

24   the Ticket.NET system and that you would suggest

00042

1    changes to Mr. Wiberg; is that correct?

2        A.   Yes.

3        Q.   Now, would you make those requests in

4    person or in e-mail?  How would you make those

5    requests?

6        A.   Depends on how urgent it is.  I would

7    prefer e-mail so I have some tracking.  Sometimes I

8    do it by phone if it's quite urgent.

9        Q.   Have you made requests by e-mail to Mr.

10   Wiberg?

11       A.   Yes, sure.  Sure.

12       Q.   And has he responded by e-mail to those

13   requests?

14       A.   Yes.  Yes, he has.  I request him to do

15   that, but he doesn't always do that.

16       Q.   Have you ever been requested by someone,

17   either at the company or by one of its lawyers, to

18   look for e-mails that you have relating to the

19   Ticket.NET system?

20       A.   No.

21       Q.   Have you ever been requested by anyone to

22   provide the documentation, those electronic files we

23   talked about earlier, on the Ticket.NET system?

24       A.   I remember a German handling agent asked me

00043

1   for a manual.

2       Q.   And did you provide him a manual?

3       A.   Yes.

4       Q.   Did you provide it electronically or --

5       A.   Yes, I e-mailed it to him.

6       Q.   Now, that manual, did it relate just to the

7   handling agent, or did it relate to many functions?

8       A.   I have never looked at it myself.  It's

9   not... I'm not very much a use-a-manual guy.  It's

10  not a difficult thing to learn, so...

11      Q.   When you said you sent him the manual, was

12  there just one manual or was there more than one?

13      A.   There is only one.  A small description of

14  how you use the system.

15           MR. DORNY:  Let's take a brief break.  I

16  may be just about done.

17           (Brief recess)

18  BY MR. DORNY:

19      Q.   Do you know how much Iceland Express pays

20  Tommy Wiberg for the Ticket.NET system?

21      A.   Initial cost or --

22      Q.   Whatever costs you know about.

23      A.   I have no idea of the initial cost.  Today

24  we pay him for services he does to the system,