UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

| | |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**DEFENDANT ICELAND EXPRESS, EHF'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

The Defendant Iceland Express, ehf hereby moves for summary judgment on all counts of Plaintiff Sutra, Inc.'s Complaint. In support of this motion, and for reasons more fully set forth in the memorandum of law and supporting affidavits filed herewith, the Defendant states as follows:

1. Iceland Express is entitled to judgment as a matter of law on Sutra's claim for misappropriation of trade secrets because Sutra has failed to identify the supposed trade secrets allegedly misappropriated by Iceland Express;

2. Iceland Express is entitled to judgment as a matter of law on Sutra's claim for misappropriation of trade secrets because Sutra's expert disclosure is untimely and fails to specifically identify any trade secrets; and

3. Sutra is entitled to judgment as a matter of law on Sutra's breach of contract claim because such claim is duplicative of its claim for misappropriation of trade secrets.

WHEREFORE, the Defendant Iceland Express, ehf respectfully requests that this Honorable Court enter an order:

1. Dismissing all counts of the Plaintiff Sutra, Inc.'s Complaint;

2. Awarding the Defendant its attorney's fees and costs incurred in defending this action; and

3. Entering such other and further relief as this Honorable Court may deem just and proper.

ICELAND EXPRESS, EHF

By its attorneys,

*/s/ Matthew P. Zayotti*
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: August 17, 2007

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

*/s/ Matthew P. Zayotti*