UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

| | |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**AFFIDAVIT OF MATTHEW P. ZAYOTTI, ESQ. IN
SUPPORT OF DEFENDANT ICELAND EXPRESS,
EHF'S MOTION FOR SUMMARY JUDGMENT**

I, Matthew P. Zayotti, Esquire, do hereby state and depose as follows:

1. I am an associate with the law firm Keegan Werlin LLP, and I am an attorney in good standing of the bar of the Commonwealth of Massachusetts.

2. Attorney Richard Kirby and I represent the Defendant Iceland Express, ehf in connection with the above-captioned action.

3. Attached to this affidavit as <u>Exhibit A</u> are true and accurate excerpts from the transcript of the deposition of Stephanie Niketic as the Rule 30(b)(6) designee of Sutra, Inc.

4. Attached to this affidavit as <u>Exhibit B</u> are true and accurate excerpts from the transcript of the deposition of Iceland Express, ehf's Rule 30(b)(6) designee Gunnar Karl Nielsson.

5. Attached to this affidavit as <u>Exhibit C</u> is a true and accurate copy of email correspondence dated June 25, 2003 by and between Gunnar Karl Nielsson and Novak Niketic.

6. Attached to this affidavit as <u>Exhibit D</u> is a true and accurate copy of email correspondence dated June 30, 2003, by and between Stephanie Niketic and Adalsteinn J. Magnusson.

7. Attached to this affidavit as <u>Exhibit E</u> is a true and accurate copy of email correspondence dated July 10, 2003, by and between Stephanie Niketic and Adalsteinn J. Magnusson.

8. Attached to this affidavit as <u>Exhibit F</u> are true and accurate copies of excerpts of the transcript of the deposition Novak Niketic.

9. Attached to this affidavit as <u>Exhibit G</u> is a true and accurate copy of the contract by and between Iceland Express, ehf and Airline Management Consultants Limited dated November 27, 2003.

10. Attached to this affidavit as <u>Exhibit H</u> is a true and accurate copy of a currency converter website at: www.oanda.com/convert/classic.

11. Attached to this affidavit as <u>Exhibit I</u> is a true and accurate copy of Sutra's responses to Iceland Express, ehf's First Set of Interrogatories.

12. Attached to this affidavit as <u>Exhibit J</u> is a true and accurate copy of Iceland Express, ehf's Fourth Request for Documents. Sutra never responded or objected in any fashion to this document request.

13. Attached to this affidavit as <u>Exhibit K</u> is a true and accurate copy of Iceland Express, ehf's Request for Inspection of the AirKiosk System. Sutra never served any formal response to the request for inspection and never granted access.

14. Attached to this affidavit as <u>Exhibit L</u> is a true and accurate copy of email correspondence from Sutra's counsel to me dated April 24, 2007.

15. Attached to this affidavit as <u>Exhibit M</u> is a true and accurate copy of Sutra's response to Iceland Express, ehf's Third Request for Documents.

16. Attached to this affidavit as <u>Exhibit N</u> is a true and accurate copy of Iceland Express, ehf's Second Set of Interrogatories.

17. Attached to this affidavit as <u>Exhibit O</u> is a true and accurate copy of Sutra's responses to Iceland Express, ehf's Second Set of Interrogatories. Sutra has never supplemented these responses.

18. Attached to this affidavit as <u>Exhibit P</u> is a true and accurate copy of Iceland Express, ehf's Second Request for Documents.

19. Attached to this affidavit as <u>Exhibit Q</u> is a true and accurate copy of Sutra's response to Iceland Express, ehf's Second Request for Documents. Sutra has never supplemented these responses, and Sutra has failed to supplement its document production so as to produce all responsive documents, including but not limited to producing copies of all confidentiality agreements.

20. Attached to this affidavit as <u>Exhibit R</u> is a true and accurate copy of the Report on Comparison between Sutra Airkiosk System and Iceland Express System by Peter Nimerius, produced by Sutra on August 9, 2007.

21. Attached to this affidavit as <u>Exhibit S</u> are true and accurate copies of pages from the websites of Jet2.com, Aero and Tobago Express.

22. Attached to this affidavit as <u>Exhibit T</u> are true and accurate copies of the "AirKiosk Customer", "Frequently Asked Questions", and "About Sutra" pages of the Sutra's website.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___17th___ DAY OF AUGUST, 2007.

_____
Matthew P. Zayotti

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _August 17, 2007_.

_____

---