**EXHIBIT A**

# ORIGINAL

VOLUME I
PAGES: 1-163
EXHIBITS: 1-2

UNITED SATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-11360-DPW

SUTRA, INC.,                                              )
                                                         )
        Plaintiff                                        )
                                                         )
vs.                                                      )
                                                         )
ICELAND EXPRESS, EHF,                                    )
                                                         )
        Defendant                                        )
                                                         )

**DEPOSITION OF SUTRA, INC.,** through its
designee, STEPHANIE N. NIKETIC, a witness called on
behalf of the Defendant, taken pursuant to the
Massachusetts Rules of Civil Procedure, before Karrie
Smith, a Certified Shorthand Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
at Keegan Werlin LLP, 265 Franklin Street, Boston, MA,
on Wednesday, April 25, 2007, commencing at 11:16 a.m.

EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795    (508) 478-0595 (Fax)
leppley@msn.com

1              MR. DORNY:  Objection.

2         You may answer.

3    A.    Yes.

4    Q.    And did Sutra provide the documentation

5    to Iceland Express that's described in

6    Paragraph 2.2E?

7    A.    Yes.

8    Q.    And then consistent with your earlier

9    testimony about providing the system to Iceland

10   Express, did Sutra provide Iceland Express the

11   AirKiosk System?

12   A.    Yes.

13   Q.    And what does that mean providing Iceland

14   Express the AirKiosk System?

15   A.    We host the software on computers that we

16   own.  We provide communication links from those

17   servers with that software to the rest of the world

18   including to Iceland Express staff responsible for

19   operating the system.

20   Q.    So Sutra didn't send Iceland Express a

21   copy of the AirKiosk System software, correct?

22   A.    That's correct.

23   Q.    The AirKiosk System software is and was

24   located on servers in the offices of Sutra; is that

1    correct?

2        A.    Yes.

3        Q.    Okay.  Can I just refer your attention

4    down to Paragraph 2.4.  It's on the next page.  The

5    heading is Maintenance.  And the Subparagraphs A

6    and B of that paragraph there's reference to

7    functional support and technical support.  Do you

8    see where I'm referring?

9        A.    Yes, I do.

10       Q.    Can you tell me what sort of support

11   Sutra was required to provide Iceland Express?

12       A.    Beyond what's stated in the document

13   or -- I'm sorry --

14       Q.    Yes.  Let me ask it another way because

15   it's not a good question.

16            In Paragraph 2.4A it says that Sutra

17   shall provide Iceland Express -- Sutra shall

18   support Iceland's designated AirKiosk user contact

19   in the use of system functions by telephone and

20   electronic mail during U.S. office hours.  What is

21   functional support?

22       A.    Functional support is assisting again

23   expert users with any questions they might have

24   about using the functions provided in the system.

1    Q.    Who would know the answer to that

2    question?

3    A.    Novak Niketic.

4    Q.    Do you have any reason to believe that

5    Sutra ever did provide Iceland Express with copies

6    of the AirKiosk System software, algorithms or

7    source code relating to the AirKiosk System?

8    A.    The source code, I would certainly think

9    not.  Algorithms, someone more technical would have

10   to understand the nature of that question because

11   Iceland Express did have access to the software

12   through user interfaces.

13   Q.    When you say "user interfaces," you're

14   saying that Iceland Express had access to the

15   software through an Internet connection?

16   A.    I'm saying that they, using the Internet

17   as a means of communication, they could access

18   different user interfaces which allowed them to use

19   the software.

20   Q.    Okay.  But you don't have any reason to

21   believe that Sutra provided Iceland Express with a

22   copy of the AirKiosk System software, correct?

23   A.    No, we did not.

24   Q.    Can you describe for me -- we have

1    AirKiosk System?

2         A.    The inventory data is loaded by the

3    airline.  The reservations data is loaded by people

4    making bookings in the system.  The passenger name

5    list data is processed by the system to be in a

6    format usable by airports.

7         Q.    Who puts the passenger list data into the

8    AirKiosk System?

9         A.    The passenger list data is the system's

10   processing of reservations and inventory

11   information to produce data which is usable to

12   airports.

13        Q.    In the case of airlines using the

14   AirKiosk System, does the airline have a right to

15   access all of the information you've just

16   described, that being the reservation data,

17   inventory data and passenger list information?

18        A.    Yes.

19        Q.    And they have the ability to access

20   reservation data, inventory data and passenger list

21   information?

22        A.    Yes, they do.

23        Q.    When you say that the data, the inventory

24   data, passenger list information and reservation

1  me last week, right?

2            MR. DORNY:  Yup.

3       Q.    Just a couple of more questions and then

4  we'll break.

5       A.    I didn't finish answering.

6       Q.    I'm sorry.  Go ahead.

7       A.    In the Internet agent interface, there

8  are what's called GUI functions so that an agent

9  who doesn't really understand expert commands can

10  essentially do the same things by pointing and

11  clicking with a mouse.  The only thing that that

12  agent may not be able to do is look at inventory,

13  but that agent would be able to look at flight

14  lists and to display PNR information.

15            The control agent interface --

16       Q.    Can I just stop you for one second?

17       A.    Okay.

18       Q.    Sorry.  Can you just quickly describe

19  what a PNR is?

20       A.    It is a passenger name record and it's

21  airline terminology for what a reservation is.

22  It's a passenger name record.  It's an airline term

23  for a reservation.

24       Q.    Continue, please.

1    inventory data and passenger list information

2    that's entered into the AirKiosk System is data

3    that an airline would be unable to operate its

4    business if it was unable to access that

5    information; would you say that's correct?

6        A.    Yes.

7        Q.    And there's nothing in the AirKiosk

8    agreement, to your understanding, which says that

9    Iceland Express isn't the owner of data concerning

10   Iceland Express flights that gets entered into the

11   AirKiosk System; is that accurate?

12              MR. DORNY:   Objection.   The document

13   speaks for itself.

14              You may answer.

15       A.    The agreement is silent on

16   Iceland Express's ownership of data.

17       Q.    It's also silent on Sutra's rights in the

18   data, correct?

19       A.    Well, I -- I don't think that is true,

20   no.

21       Q.    Is there a provision in the contract

22   you're relying on?

23       A.    I think I can point to two parts of the

24   agreement.   The first part is in definitions.

1    rights.

2         Q.    Okay.  Is there anything confidential

3    about inventory data concerning Iceland Express

4    flights?

5         A.    The storage and processing of an

6    airline's inventory data in the AirKiosk System is

7    a trade secret and it is confidential.

8         Q.    Okay.  You're talking about the storage

9    and processing of inventory data.  I'm asking you

10   about the raw data.  Is there anything confidential

11   or proprietary to Sutra about raw flight inventory

12   data?

13        A.    I'm really not sure what you're trying to

14   get at, but we internally treat such information as

15   confidential information.

16        Q.    Confidential to whom, to Sutra or to the

17   passenger or to the customer?

18             MR. DORNY:  Objection.

19             You can answer.

20        A.    It's confidential to the airline.

21        Q.    Confidential to the airline, is that what

22   you said?

23        A.    That's what I said.

24        Q.    So earlier I think you said that

1    inventory data consists of the number of seats on

2    flights and classes of seats available; is that

3    accurate?

4         A.    That's accurate.

5         Q.    Is there anything proprietary to Sutra

6    about the number of seats on an Iceland Express

7    flight?

8         A.    No.

9         Q.    Is there anything confidential,

10   proprietary or secret about the classes of seats

11   available on an Iceland Express flight?

12        A.    Yes.

13        Q.    What is confidential or proprietary or

14   secret about the classes of seats available on an

15   Iceland Express flight?

16        A.    The way that we allow that information to

17   be entered into that information and the way that

18   the information is managed and displayed to the

19   space control agents and to reservation agents.

20        Q.    You're describing the management and

21   processing that the AirKiosk System performs?

22        A.    I'm describing the structure of the data.

23        Q.    Okay.  I'm asking you with regard to the

24   raw data, classes of seats available on an

1    Iceland Express flight, is there anything

2    proprietary to Sutra about that information?

3         A.    In the airline industry, there are

4    classes defined generally as a standard which are

5    single alphabetical letter codes which may be used

6    by an airline like Iceland Express.  The use of

7    class codes such as Y or C or A or B is not

8    proprietary to Sutra.

9         Q.    It's proprietary to the airline, correct?

10        A.    It's not proprietary at all.

11        Q.    Okay.  With regard to reservation data,

12   is there anything confidential, proprietary or

13   which you consider a trade secret to Sutra about

14   reservation data?

15        A.    Yes.

16        Q.    Let's break it down.  Is there anything

17   confidential or proprietary to Sutra about the

18   identity of people traveling on Iceland Express

19   flights?

20        A.    No.

21        Q.    Is there anything proprietary to Sutra

22   about the fares paid by people flying on

23   Iceland Express flights?

24        A.    Yes.

1    Q.    What?

2    A.    The structure of the fare data allows for

3    something called point of sales control and that

4    is -- that form of data is proprietary to us.

5    Q.    Point of sales control, can you describe

6    what that means?

7    A.    You have a class-defined inventory called

8    Class A.  You want to sell Class A seats to this

9    guy over here for a hundred dollars but you want to

10   sell them to this guy over here for $110.  Your

11   ability to do that in the AirKiosk System is

12   proprietary to us and it involves training you how

13   to do it and then entering your data in that way

14   and that is proprietary to us.

15   Q.    Okay.  But again --

16   A.    For example.

17   Q.    -- I think what you're describing is how

18   the AirKiosk System manages, manipulates and

19   processes the data.  I'm talking about the data

20   itself.  Is there anything proprietary to Sutra

21   about the cost of an airline ticket for a flight on

22   Iceland Express?

23   A.    Yes.

24   Q.    What?

1          MR. DORNY:  Objection.  Asked and
2     answered.
3          You may answer again.
4     A.    The price is variable depending on
5     specific fare codes invented by Sutra and a fare
6     structure invented by Sutra which makes up the
7     fare, and that's proprietary to Sutra.
8     Q.    Again, you described price codes and fare
9     codes?
10    A.    I'm describing data elements for a fare
11    record.
12    Q.    Okay.  But I don't think that's
13    responsive to my question.  My question is, if a
14    passenger buys a ticket on Iceland Express for
15    $200, you said one of the items of data tracked or
16    included in reservation data is the fare paid?
17    A.    Correct.
18    Q.    Let's say a passenger pays $200 to buy a
19    ticket --
20    A.    Yes.
21    Q.    What is proprietary to Sutra about the
22    dollar amounts that the passenger paid?
23         MR. DORNY:  Objection.
24         You may answer if you understand the

1    question.

2         A.    I'm having a difficult time understanding

3    the question because I know you're not

4    understanding my answer.  The fact that that fare

5    data is in a passenger name record in our system is

6    a result of that fare record being structured in

7    such a way that it can be used by the

8    AirKiosk System, that structure is proprietary to

9    Sutra.

10        Q.    The structure is proprietary?

11        A.    Yes.

12        Q.    Okay.  Do other airlines track fare data,

13   to your knowledge?

14             MR. DORNY:  Objection.

15             You may answer.

16        A.    Who are other airlines?

17        Q.    Any other airlines.

18        A.    As far as I know, most airlines track

19   fare data with great vigor.

20        Q.    Obviously airlines would have to track

21   data concerning the fares that their passengers

22   pay, correct?

23        A.    Yes.

24        Q.    Is there anything proprietary to Sutra

1    concerning the number of people in a person's party

2    flying on an Iceland Express flight?

3         A.    No.

4         Q.    Is there anything proprietary to Sutra

5    about the form of payment for an Iceland Express

6    airline ticket?

7         A.    Again, this is a question of data

8    structure.  Form of payment can include data

9    structures that are unique to the AirKiosk System.

10        Q.    Such as, can you give me some examples?

11        A.    I would defer to Novak Niketic who will

12   answer technical questions.

13        Q.    When you say "form of payment," I presume

14   what you're describing is did someone pay cash, did

15   someone pay using a Visa credit card or an American

16   Express credit card or a MasterCard; is that fair

17   to say?

18             MR. DORNY:  Objection.

19             You may answer.

20        A.    A form of payment refers both to the type

21   of payment, whether it's cash or some sort of

22   credit card or an invoice or various other types of

23   forms of payment which are used in the airline

24   industry, and it also refers to all of the data

1    which makes the form of payment traceable to things

2    such as how was it approved by a credit card

3    company, what agent entered that invoice number so

4    that it can be tracked back to an agent if the

5    invoice isn't paid.  That is something developed by

6    Sutra and it is proprietary.

7        Q.    Is it your understanding that other

8    airlines track the type of data you just described

9    relating to the form of payment?

10       A.    I don't know.

11       Q.    You don't know?

12       A.    I don't know.

13       Q.    Do you have reason to believe that

14   airlines track the form of payment by airline

15   customers?

16       A.    I would have reason to believe that they

17   track the form of payment in a simple form such as

18   cash or credit card, but beyond that I do not know.

19       Q.    When you say that the information that's

20   collected which enables Sutra or an airline to

21   trace back to -- can you repeat what you said about

22   that?

23            MR. DORNY:  Objection.

24            You may answer.

1          A.    If someone has entered the form of

2    payment as an invoice and then also doesn't enter

3    additional information that would allow revenue and

4    accounting to understand how to process the

5    invoice, the AirKiosk System will tell them what

6    agent entered that information so the agent can be

7    contacted and queried on what invoice they're

8    talking about.

9          Q.    So is it accurate to say that what's

10   proprietary to Sutra is the data that's collected

11   which enables the form of payment to be traced back

12   to the payment provider?

13              MR. DORNY:  Objection.

14              You may answer.

15         A.    I'm saying that the amount, the type and

16   structure of data in our form of payment records is

17   proprietary and unique to us.

18         Q.    All right.  Why don't we break it down

19   and you can tell me what the amount, form and

20   structure of the form of payment data payment is in

21   the AirKiosk System?

22         A.    It depends on the form of payment.

23         Q.    So let's use for an example, a credit

24   card payment.  What's the amount of data that gets

1    collected?

2        A.    These are questions that in detail I will

3    say I don't know.  I suggest that you ask

4    Novak Niketic.

5        Q.    Would it be accurate to say that you're

6    not able to describe for me today how the form of

7    payment data that's collected by the

8    AirKiosk System is proprietary to Sutra?

9            MR. DORNY:  Objection.

10            You may answer.

11       A.    I'm just trying to remember your

12   question, is it correct to say -- you are getting

13   into a level of detail which is not my area of

14   expertise.

15       Q.    Okay.  Fair enough.

16            What is proprietary to Sutra about the

17   contact information of passengers traveling on

18   Iceland Express flights?

19       A.    I don't know that there is anything

20   proprietary.

21       Q.    What is proprietary to Sutra about

22   passenger lists of passengers flying on

23   Iceland Express flights?

24       A.    I will defer that question to

1    Novak Niketic.

2         Q.    Is that because you don't know how to

3    answer the question?

4         A.    It's because I feel like I'm saying the

5    same thing over and over again.  The processing of

6    those lists is unique to our system.

7         Q.    When you access -- when one accesses a

8    passenger list on the AirKiosk System, what does

9    one see?

10        A.    It depends on what list you've -- what

11   type of list you've requested.

12        Q.    What types of lists are there?

13        A.    There's something called an XML list.

14   There's something called an LC.  There's an LC dup.

15   It shows you just duplicate passenger names on that

16   flight.  There's an LC contact that shows you the

17   list but in a form which tells you what the primary

18   passenger contact information is.

19             There is something called a PNL which is

20   an IATA format.  There is something called an ADL

21   which is another type of IATA format.  There are

22   passenger lists as presented through our check-in

23   interface.  These lists provide, for example, the

24   ability to look at an electronic ticket sales

1    record and see whether or not the ticket has been

2    used or canceled; that's for fraud verification.  I

3    believe within the things I've described, there are

4    probably several inventions of Sutra involved.

5        Q.    Why don't you tell me what those

6    inventions are?

7        A.    What I would suggest is that the inventor

8    answer that question.

9        Q.    Okay.  I'm here to ask you about your

10    knowledge and I may ask you questions that you

11    don't know the answer to, and if you don't know,

12    that's fine.  And really all I'm here to do is find

13    out what you know, so I'm happy to ask Novak.

14        A.    (Witness nods.)

15        Q.    With regard to accessing data in the

16    AirKiosk System, I think what we've been talking

17    about has been the way in which the data is

18    accessed, correct?

19            MR. DORNY:  Objection.

20            You may answer.

21        A.    We have talked about the way in which

22    data can be accessed, yes.

23        Q.    And I think what you've described to me

24    is -- or I think what you've testified to is that

1    Iceland Express's use of an external script to

2    access information was improper in some way,

3    correct?

4                    MR. DORNY:  Objection.

5                    You may answer.

6        A.    Yes.

7        Q.    I don't think you said that it was

8    improper for Iceland Express to access the

9    information relating to the inventory data, the

10   reservation data or passenger list data; is that

11   correct?

12                   MR. DORNY:  Objection.

13                   You may answer.

14       A.    I said it was proper for Iceland Express

15   to access its data in the ways described by our

16   agreement and through our guides.

17       Q.    Okay.  Is it your understanding that the

18   external script -- strike that.

19                   Is it your understanding that the

20   external script allegedly used by Iceland Express

21   to access data in the reservation, inventory and

22   passenger list portions of the AirKiosk System

23   automated a process by which Iceland Express could

24   have manually accessed the same information through

1    the AirKiosk System?

2              MR. DORNY:  Objection.

3              You may answer.

4         A.    Yes.

5         Q.    And it would have been permissible in

6    Sutra's view for Iceland Express to manually access

7    the inventory data, reservation data and passenger

8    list data through the AirKiosk System?

9         A.    As long as the manual process followed

10   our guides and contract, yes.

11        Q.    Are you able to point me to a specific

12   provision of the AirKiosk agreement that Sutra

13   believes was breached as a result of Iceland

14   Express's alleged use of an external script to

15   access the data we've been discussing?

16        A.    3.3C -- actually, I would go backward a

17   little bit and also say 3.3A.

18        Q.    This is Paragraph 3.3A and C of the

19   AirKiosk agreement under the heading Education?

20        A.    That's correct.

21        Q.    Are there any other provisions?

22        A.    3.4B, 3.4D, 3.4E, 3.5A, 3.5B, 9.2, 9.3.

23        Q.    Is that all of them?

24        A.    That's all of them.

1       A.      I don't know.

2       Q.      You mentioned earlier today that the

3   AirKiosk System was capable of generating various

4   reports of financial information to be used in

5   connection with customer's accounting systems?

6       A.      Yes.

7       Q.      Why would it not be a breach of

8   Paragraph 9.3 for airlines to use reports of

9   financial information generated by the

10   AirKiosk System in connection with other -- or with

11   accounting software systems?

12       A.      It would not be a breach of an airline to

13   properly access that information and use it with an

14   accounting system.

15       Q.      Okay.  So Sutra contemplated anyway that

16   its customers would use data generated by the

17   AirKiosk System in connection with third-party

18   accounting systems, correct?

19       A.      Yes.

20       Q.      That wouldn't have been a breach of the

21   contract?

22       A.      The fact of using properly attained data

23   with a third-party accounting system, no, that

24   wouldn't be a breach of the contract.

1      they're answerable?

2          Q.    I'll do my best to do that.  Sometimes I

3      struggle.

4                What sorts of data did the

5      AirKiosk System produce or what sorts of data was

6      it capable of producing for purposes of use with a

7      third-party accounting software system?

8                MR. DORNY:  Objection.

9                You can answer.

10         A.    The purpose of ticket sales reports was

11     to feed airline accounting systems.  A ticket sales

12     report contains records which are required to

13     calculate revenue from ticket sales so it will

14     include -- and again, if I had prepared for

15     training today, I would have the proper materials

16     and have refreshed myself to be able to tell you

17     everything that might be in a ticket sales report.

18               From memory it includes a ticket.  It

19     includes information on -- it includes the

20     passenger name associated with that ticket.  It

21     includes the PNR locator in which that ticket is

22     stored.  It includes the flight or flights on the

23     ticket.  It includes the fares and the fares basis

24     information for the paid ticket.  It includes the

1    form of payment.  It includes information on who

2    ticketed the PNR.  It includes information on

3    overtime, like if the reservation and ticket were

4    changed there will be additional accounting

5    information about the value of money collected for

6    the change and the payment for the -- form of

7    payment for that change.

8           It breaks down the fare paid between what

9    is called a net fare and what is called add-ons.

10   For example, taxes and other elements of the fare

11   that an airline will have to account for separately

12   because it owes to somebody else, it owes that

13   money to somebody else.

14          If the ticket were ever canceled, the TSR

15   record would reflect that as a negative amount.  If

16   the airline charges credit card fees, which many

17   airlines do, it will include that information.

18          So that is what a ticket sales report

19   does.  It basically collects the relevant revenue

20   information from the system and it puts it in a

21   format that an accounting system can take and use

22   to determine what money did the airline take in

23   that day.

24          An airline is also concerned about

1    something called flown revenue which the system

2    will also produce if the airline is maintaining its

3    database properly.

4         Q.    Okay.  So the information that you

5    described in the ticket sales reports, the ticket,

6    the passenger name, the PNR locator, the flight or

7    flights, fares, the fare bases, form of payment,

8    changes, fare paid, add-ons, whether the ticket was

9    canceled or whether there were credit card fees.

10   All of that information is also contained in the

11   reservation data and inventory data, is it not?

12        A.    No, it's not.

13        Q.    Well, I think earlier you testified that

14   reservation data includes the flight, includes the

15   people flying in the party, includes the name of

16   the person, it includes the fare, it includes

17   ticket information, including the fare paid, the

18   flight booked, other amounts paid, form of payment,

19   status of the ticket whether it's been used, active

20   or canceled.  Isn't that all of the same

21   information you just described which comes out of a

22   sales report, a ticket sales report?

23             MR. DORNY:  Objection.

24             You may answer.

1        A.    An active PNR may not contain all of that

2    data because often parts of that data are

3    historical.  They're recorded in the TSR database

4    specifically.

5        Q.    Ms. Niketic, I'm just going on what you

6    testified to earlier.  You said just now that in

7    ticket sales reports, for instance, it includes the

8    fares and the fare bases.  Is it not true that

9    reservation data includes the fare paid?  Is that

10   not true?

11       A.    That is true.

12       Q.    And in the inventory data -- I'm sorry,

13   when you say fare bases in the ticket sales report,

14   were you referring to the class?

15       A.    It's more than the class.  It also refers

16   to the fare basis.

17       Q.    Which is what?

18       A.    What fare was it in the database.

19       Q.    Okay.  Isn't the fare also included in

20   reservation data?

21       A.    Yes.

22       Q.    Isn't the form of payment, which is part

23   of the ticket sales report, isn't that also part of

24   the ticket information which is part of reservation

1    data?

2        A.    It's part of payment data which is part

3    of reservations data, yes.

4        Q.    And you said that in the ticket sales

5    report it includes information about the fare paid

6    and add-ons.  When you're talking about add-ons,

7    are you talking about -- well, what are you talking

8    about?

9        A.    Well, I think I expressed -- I expressed

10   them as a breakdown of amounts which the airline

11   normally has to pay for something besides the fare.

12   For example, airport taxes when they're included,

13   any other kind of government taxes, anything the

14   airline might want to add-on and include in a fare

15   but which it has to account for separately because

16   usually that money has to be paid to someone else.

17   It is not really money due to the airline.

18       Q.    So in the reservation data under ticket

19   information, you said that ticket information

20   includes the fare paid and other amounts paid.  Is

21   that the same information you just described?

22       A.    In the reservations record, you have a

23   ticket number and I described information that is

24   associated with the ticket and that's in a ticket

1    sales report which we have been talking about.

2         Q.    When you refer to other amounts paid as

3    part of ticket information, what other amounts paid

4    are you talking about, are you talking about taxes

5    and things like that?

6         A.    There's a part of the record which is

7    called a fare and depending on how the airline

8    wants to enter the fare in the system, the fare can

9    be a net amount and then it can have other amounts.

10   And those other amounts, which are separated from

11   the net amount, can also be broken up into many

12   smaller amounts and associated with a code.  For

13   example, an airline might say I want to make sure

14   that I know that this amount is known to be the

15   airport tax, so they'll put a code airport tax next

16   to it, and so that fare element is broken down into

17   components that are understood by the airline

18   accountants so that they can account for revenue

19   efficiently.

20        Q.    So is that a yes?

21        A.    I can't remember your question.

22        Q.    Okay.  In the ticket sales reports, you

23   said that ticket sales reports track the fares, the

24   fare paid and add-ons which may include taxes and

1    other fees?

2         A.    (Witness nods.)

3         Q.    And in reservation data under ticket

4    information, you said that ticket information

5    includes the fare paid and other amounts.  Would

6    the other amounts also be taxes and fees and the

7    like?

8         A.    The fare element is included in the PNR.

9    I'm not sure if it is needed again in this

10   deposition, but I think we're becoming very

11   confused because there's a structure to reservation

12   data and a structure to TSR data and I can prepare

13   for a training session, but I didn't prepare for

14   training today.

15        Q.    Well --

16        A.    I'm sorry.  But you're mixing terms and I

17   cannot answer questions accurately if you are not

18   posing -- I mean, I will just keep saying no

19   because you're posing information to me in an

20   inaccurate way.

21        Q.    I'm asking you a question and I'm just

22   looking for your best answer and I don't think

23   you've answered the question yet.  What are the

24   other amounts that you mentioned that are tracked

1    under ticket information within the context of

2    reservation data?

3        A.    A ticket sales report will include

4    fare --

5        Q.    I'm sorry.  I'm not asking you about

6    ticket sales report.  Let me ask you about

7    reservation data.  You said earlier that

8    reservation data included ticket information and

9    ticket information included the fare paid and other

10   amounts paid.  What are the other amounts paid?

11        MR. DORNY:  Objection.  Asked and

12   answered.  She answered the question.  I'm tired of

13   you characterizing her as not answering a question.

14   She's answered it the best she can.  If you want to

15   ask questions, you ask questions.  You don't need

16   to talk back to the witness --

17        MR. ZAYOTTI:  I'm not talking --

18        MR. DORNY:  You keep saying she's not

19   answering the question.  You've said it's not

20   responsive.  You've been saying it repeatedly

21   throughout this deposition.  You ask your question,

22   you get the answer the best you can.  I'm sorry if

23   you don't understand how the thing is set up but

24   she's answered it several times.

1          MR. ZAYOTTI:  She's not answered the

2     question.

3          MR. DORNY:  She's answered the question.

4          You may answer it again.

5     A.    You're talking about reservation; is that

6     true?

7     Q.    Reservation data.

8     A.    Reservation data, okay.  A reservation

9     record, a PNR is what I'm talking about.  I'm

10    talking about a passenger name record, that's

11    reservations data as generally understood in the

12    airline industry.  It contains certain elements.

13    It contains a PNR locator which is a reference used

14    by the system and then provided to agents and

15    passengers so they have a reference to their

16    reservation.

17          It includes passenger names.  It includes

18    something called segments which to most people

19    would be the itinerary.  It's what flights are in

20    the booking.  It includes fare elements.  It

21    includes contact elements so the airline has a way

22    to reach the passenger, the primary passenger if

23    they need to.  It has a pay element which describes

24    the form of payment.  It has a ticket element which

1    tells everyone what the electronic ticket number

2    is.  In our system, it's an electronic ticket

3    number.

4              In the AirKiosk System it may contain a

5    number of other elements.  But what I've described

6    to you is basically a reservation record.  It's

7    passenger names, itinerary, fares, contact, form of

8    payment, and if it's a ticketed PNR, not all PNRs

9    are ticketed, if it's a ticketed PNR, a ticket

10   number.  Can you please tell me of the elements

11   I've described to you, what is not understood?

12        Q.    How about -- I'll ask you this; is it

13   correct that reservation data includes the fare

14   paid?

15        A.    Yes.

16        Q.    Is it correct that reservation data

17   includes other amounts paid?

18        A.    It may.

19        Q.    And what might those other amounts paid

20   consist of?

21        A.    An airline may, for example, charge for

22   services.  So in the AirKiosk System there would be

23   an additional element called an MCO service element

24   which records what the service provided is and what

1    amount was paid for it.

2            An airline can charge fees on credit

3    cards -- on the use of credit cards or debit

4    cards -- actually, any form of payment it wants to,

5    but most airlines only do it for credit cards and

6    debit cards.  So that fee will be recorded in the

7    pay element of the PNR.

8            If someone wants to change their

9    reservation, the airline may charge them for doing

10   that.  The AirKiosk System produces several

11   elements, new elements in the PNR to record the

12   amounts paid and to track what changes are being

13   made for the integrity for basically all databases

14   in the system.

15       Q.   Would it be possible for reservation data

16   to include taxes paid?

17       A.    If taxes were entered in the fare, then,

18   yes.

19            MR. DORNY:  Why don't we take a brief

20   break.

21            MR. ZAYOTTI:  Sure.

22            (Recess taken 2:42 p.m. - 2:52 p.m.)

23            MR. ZAYOTTI:  Ready to go back on?

24            MR. DORNY:  Sure.

1       A.    It corrupted their PNR's.  It made it

2   impossible for PNL's to be generated accurately

3   which presents security issues at airports.  It

4   essentially made their system unusable until the

5   corruption was repaired.

6       Q.    Okay.  Do you have any understanding as

7   to how use of the external script caused the data

8   to become corrupted?

9       A.    Yes.

10      Q.    Can you describe that for me?

11      A.    The programmer of the script scripted a

12  computer to retrieve and then end the retrieval of

13  data at such high speeds, and not the speeds which

14  the reservation control interface is designed for,

15  which is the speed a normal human agent works, and

16  the data simply became corrupted.

17      Q.    Can you be more specific about the nature

18  of the corruption?

19      A.    PNR's were EOT'd with missing elements.

20      Q.    What does EOT mean?

21      A.    It's an end of transaction.  It's the

22  process by which the record is resaved to the

23  database so that it can be retrieved properly by

24  other system processes or by other agents.

1          Some PNR's became irretrievable to the

2     system or to other agents.  And beyond that, again,

3     I would defer, you know, any kind of description of

4     the corruption to Novak Niketic.

5          Q.    Okay.  Other than Iceland Express's data,

6     was anything else having to do with the

7     AirKiosk System corrupted or damaged as a result of

8     the use of the external script?

9          MR. DORNY:  Objection.

10          You may answer.

11          A.    The process of corrupting the database

12     put such a load on the server and network that had

13     been designed and provided for Iceland Express's

14     proper use that it did cause alarms, which is one

15     of the ways that we detected the corruption.  If

16     you're asking did the script damage our programs,

17     no.

18          Q.    Did the corruption caused by use of the

19     external script cause any interruption in the

20     business of other customers of Sutra?

21          A.    No.  It did, of course, create a

22     unforeseen and unnecessary burden on Sutra's staff

23     on an emergency basis to try to repair the database

24     so that the airline passengers and the entire

1    traveling public were not affected by this.

2         Q.    Was Sutra able to repair the corruption?

3         A.    Yes.

4         Q.    By the way, when Sutra discovered or

5    detected the external script, how did it respond?

6         A.    We shut the interface that was being

7    attacked; we sent urgent e-mails to the management

8    of Iceland Express and to their designated support

9    staff.  We got no response to our e-mailed

10   messages.  We tried to reach the managing director

11   of Iceland Express by phone.  So we went through

12   every effort to contact the airline and to close

13   the access point which was being attacked.

14        Q.    And the access point that you're

15   referring to, was that an access point available

16   for use solely by Iceland Express?

17        A.    It was made available solely for use by

18   Iceland Express.

19        Q.    How long was the AirKiosk System shut

20   down to Iceland Express?

21        A.    I don't recall.  That would be recorded

22   in the correspondence of that day --

23             (Interruption.)

24             MR. ZAYOTTI:  Let's go off record.

1      A.    I don't know.  That is definitely a

2   technical question.

3      Q.    Are you able to tell me the number of --

4   strike that.

5            Were there any agreements reached between

6   Sutra and Iceland Express concerning the work that

7   had to be done to repair the corruption caused by

8   the use of the external script?

9      A.    We asked them for a certain amount of

10  money which they sent to us and then we charged the

11  time it took to repair against that deposit.

12     Q.    Do you recall what the deposit was?

13     A.    I don't recall.

14     Q.    Do you recall whether Sutra refunded any

15  monies to Iceland Express that had been deposited

16  on account of the work that had to be done to

17  repair the corruption of the AirKiosk System?

18     A.    I believe that we credited part of that

19  deposit to amounts they otherwise owed.

20     Q.    Did Iceland Express dedicate any

21  resources other than the amounts that

22  Iceland Express deposited with Sutra to assist in

23  any way in repairing the corruption to the data in

24  the AirKiosk System?

1    that it was experiencing problems in its use of the

2    AirKiosk System?

3        A.    Yes.

4        Q.    What sorts of problems did

5    Iceland Express tell Sutra that Iceland Express was

6    experiencing with the AirKiosk System?

7        A.    What I recall, for the most part, is that

8    they had an inability to understand the data they

9    were downloading from ticket sales reports or even

10   in some cases to properly download the information.

11       Q.    Now, the data you're talking about that

12   Iceland Express said it was having problems

13   understanding and/or downloading from the ticket

14   sales reports, is that the data that

15   Iceland Express would have been using or was trying

16   to use with its third-party accounting software

17   system, to your knowledge?

18       A.    To my knowledge, that is why they would

19   download that data is to use it for accounting

20   purposes.

21       Q.    And did they ever say what it was about

22   the data that they were having trouble

23   understanding?

24       A.    Not in such a coherent way that we could

1          MR. ZAYOTTI:  That would be great.

2          MR. DORNY:  There's several copies in the

3    stuff including ones you produced to us.

4          MR. ZAYOTTI:  So we do have it.

5          MR. DORNY:  You do have it in several

6    places, but we'll find another one -- I just didn't

7    have a chance to do it this morning.

8          MR. ZAYOTTI:  No problem.

9          Q.   What's your recollection of the alleged

10    breaches that were set forth in the notice of

11    breach we've just been discussing?

12          A.   My recollection is they were very similar

13    to a recitation of what we went through today in

14    terms of what we believe their breaches were and

15    it's centered on the fact that they had developed a

16    program through reverse engineering to improperly

17    access the system and were not forthcoming in why

18    they did it or how they did it or what they were

19    doing with their reverse engineering efforts.

20          Q.   Did Sutra and Iceland Express reach an

21    agreement concerning the termination of the

22    AirKiosk agreement?

23          A.   Yes.

24          Q.   And was that agreement memorialized in

1    writing somewhere?

2        A.    Yes.

3        Q.    Was that memorialized in the form of

4    correspondence or some other sort of agreement?

5        A.    Correspondence.

6        Q.    So it was set forth in the terms of a

7    letter?

8        A.    In a correspondence that was sent via

9    e-mail.

10       Q.    Was it an exchange of e-mails?

11       A.    Yes.

12       Q.    There isn't some formal contract which

13   sets forth all the terms and rights of the parties

14   concerning the termination of the AirKiosk

15   agreement; is that right?

16       A.    There is a memorialization of an

17   agreement that we came to with them by talking on

18   the phone and by exchanging correspondence.

19       Q.    I think that answers my question.

20             Was there also an agreement reached

21   concerning the migration of data from the

22   AirKiosk System to Iceland Express's new system?

23       A.    That was the same agreement.

24       Q.    Okay.  And again, that was memorialized

1    certain format, that we would send it to them, that

2    they could put it into their new system, that they

3    would have some time to tell us if they saw any

4    problems or ask any questions, and that they would

5    have access to the control agent portion of the

6    system up to a certain time during which it was

7    their responsibility to continue downloading their

8    TSR data.

9         Q.    You wouldn't have any recollection on

10   what the dates were?

11        A.    I don't.

12        Q.    And when you say dates, you're referring

13   to dates by which Sutra was agreeing to deliver the

14   PNR data?

15        A.    That's correct.

16        Q.    Did Sutra, to your recollection, adhere

17   to the agreement that was reached between Sutra and

18   Iceland Express concerning the migration of data?

19        A.    Yes, we did.

20        Q.    After the dates by which Sutra agreed to

21   provide migration data, did Iceland Express notify

22   Sutra that Sutra was still in possession of

23   PNR -- active PNR data that had not been provided?

24        A.    They notified us that they wanted

1    archived or historic PNR data which we had not

2    agreed to provide.

3        Q.    And did Sutra eventually provide archived

4    PNR data?

5        A.    I would have to look.  I don't recall.

6        Q.    When was the AirKiosk agreement

7    ultimately terminated?

8        A.    It was within July of 2003.

9        Q.    The agreement was terminated sometime

10    after Sutra provide the migration data?

11        A.    I would need to check.

12        Q.    Okay.  And it's Sutra's understanding

13    that Iceland Express began using an airline

14    reservation system known as ticket.net, correct?

15        A.    That's our understanding.

16        Q.    Have you ever used ticket.net?

17        A.    Has Sutra ever used ticket.net?

18        Q.    You personally.

19        A.    Have I personally ever used ticket.net,

20    no.

21        Q.    Has anyone employed by Sutra, to your

22    knowledge, ever used ticket.net?

23        A.    May I ask you for a clarification here?

24        Q.    By all means go ahead and ask.

1    him when the people responsible for this activity

2    was a company we knew and which we had an agreement

3    with.

4        Q.    Is it not your understanding that

5    Tommy Wyberg is the individual that has designed

6    and is now marketing the ticket.net system?

7        A.    That's our understanding.

8        Q.    The ticket.net system which Sutra is

9    alleging incorporates misappropriated portions of

10   the AirKiosk System; is that right?

11       A.    That's right.

12       Q.    By the way, when you refer to the

13   information that was accessed by the external

14   script, that's the very same information that

15   Iceland Express accessed regularly on a manual

16   basis; isn't that right?

17       A.    I didn't see the output of the script so

18   I couldn't answer that question.

19       Q.    So you don't know?

20       A.    I don't know.

21       Q.    Specifically what features of the

22   AirKiosk System is Sutra claiming were

23   misappropriated by Iceland Express?

24       A.    Because we have had no information from

1    Iceland Express about the system they are using, it

2    is almost impossible for us to answer that

3    question.

4         Q.    Well, let me ask you this.  What features

5    of the AirKiosk System does Sutra contend are trade

6    secrets, proprietary or confidential?

7         A.    Everything about the AirKiosk System is

8    subject to trade secrets, the structure of the

9    data, the way that the interfaces work, the way

10   that the processes works, the reports created, the

11   way that the data is downloaded are all proprietary

12   and provided only to people who have signed an

13   agreement to use it under terms of confidentiality

14   and protection.

15        Q.    Is it your belief that there are not

16   other airline reservation software systems that

17   perform the same or similar functions as the

18   AirKiosk System?

19        A.    Is that a negative question?  The

20   negative questions sort of mess me up.  I don't

21   know if that's a yes or a no.

22        Q.    Sure.

23             Do you believe there are other airline

24   reservation software systems on the market today

1    which have the same or similar features that the

2    AirKiosk System has?

3        A.    There are many reservations systems that

4    are on the market today.  To what extent each may

5    or may not have features similar to the

6    AirKiosk System, it's something I don't have

7    prepared or necessarily know.

8        Q.    All right.  So give me an example, if you

9    could, of one feature of the AirKiosk System that

10   Sutra contends is a trade secret or is proprietary

11   or confidential?

12       A.    The system that we provide is protected

13   by an agreement in terms of its secure private

14   interfaces, the way that it stores data, the way

15   that it structures data and the way that it

16   processes data.  I cannot give you one example of

17   necessarily a process or a data structure or

18   anything else as compared to the way other systems

19   operate.

20           But what I can say is that

21   Iceland Express was not allowed to use the system

22   for any other purpose than to operate their airline

23   and they were not allowed to provide information

24   about the AirKiosk System to third parties for any