**EXHIBIT R**

# 1 Report on comparison between Sutra Airkiosk system and Iceland Express system

## 1.1 Introduction and definition

This report compares the administrative functions of the Iceland Express internet booking system and the Sutra Airkiosk booking system. The versions of the systems compared are:

- Iceland Express – write off from system's administrative functions as of autumn 2004.
- Sutra Airkiosk – Manuals off the system version from spring 2003

As an extra addition to the comparison the administrative functions of the GoodJet system are included (origin of the Iceland Express system as defined in court rule from Sweden in 2007).

To assist the analysis with correct timings and a history of occurred events, two appendices are included:

- Appendix 1 - Regarding Iceland Express System
- Appendix 2 – Emails from Mr Tommy Wiberg

## 1.2 Comparison approach

Below is listed most of the administrative functions in the three systems: Goodjet, Sutra Airkiosk and Iceland Express.

After that, I have compared the functions to find both similarities and non-similarities in order to establish whether or not system functions have been copied from Sutra Airkiosk to the Iceland Express system.

I have then used a method call "Golden nuggets", where I have not compared to whole systems but instead focused on comparing certain parts of the systems. These parts are picked according to the rule that some functions are always present in an internet booking engine for airline travel and thus not possible to compare, and therefore I have focused on parts which aree not common functionality but has a distinct added business value.

## 1.3 Summary

In the Goodjet system from late 2002 and early 2003 there is a small set of administrative functions. Most of the administrative work has been done directly into the system database.

Notably, in the Goodjet system very little airline business terminology is used.

A court order in Sweden 2007 decided that the Iceland Express system was a copy of the Goodjet system, so therefore it is fare to conclude that the Iceland Express system had a very limited set of administrative functions from the start.

As shown in Appendix 1 and 2, during March 2003, Mr Tommy Wiberg was in the process of selling the Goodjet system to Iceland Express.

Report on Comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

The Iceland Express system analyzed in autumn 2004 contains a full blown administrative interface where all aspects of the system configuration and system reporting is done through a web interface. In these functions many airline specific phrases and function are used: PNL, ADL, PNR, SSR, UM, load factor, WC, Group bookings, Block space, Child and Infant discounts, etc.

The Sutra Airkiosk system as of spring 2003 contains a very rich administrative interface where all aspects of the system configuration can be done via web interfaces and/or expert commands (green screen). The Sutra Airkiosk system was used by Iceland Express until the summer 2003. The Sutra Airkiosk system contains all those functions listed above that were introduced into the Iceland Express system after the Goodjet system was copied.

Our assessment is that by using the Sutra Airkiosk system, Iceland Express built up a set of user requirements and work practices. When they moved from Sutra Airkiosk to the current Iceland Express system in the summer 2003, the established user requirements and work practices formed the basis for further developing the Iceland Express system as copied from the Goodjet system. During the spring 2003, Mr Tommy Wiberg had administrative access to the Sutra Airkiosk system via staff in Iceland Express.

Our conclusion as indicated in Item 1-4 below and through the events described in Appendix 1 and 2, is that parts of the administrative functions from Sutra Airkiosk were directly copied into the Iceland Express system and parts were not directly copied but instead influenced by the functionality in the Sutra Airkiosk system. By having full administrative access to the Sutra Airkiosk system, Iceland Express and Mr Tommy Wiberg were in a position to copy functionality and workflows and incorporate these into the new Iceland Express system, either directly or indirectly.

# 2   Comparison

## 2.1  Item 1

First item for comparison was the route and fare management. The Goodjet system had a basic setup function where aircrafts, city pairs, departure/arrival times, frequencies, PNL addresses were defined. Fares for a route are also defined in this function without any additional functions attached.

**Iceland Express**
Routes and fares – routes and yield, update routes, create new routes, delete route
- Add route:
  - Route number
  - Reported number
  - Via airports
  - Locked
  - Yield schema
  - Load factor goal
  - PNL address(es) and settings for sending
  - Send ADL frequency
  - Time zones

- o Bookings allowed from date
- o Bookings allowed to date
- o Fares applicable
- Fares
  - o FC
  - o Class
  - o Seats
  - o Currencies
  - o Valid from
  - o Valid to
  - o Agents and ID only
  - o ID only
  - o Accounting
  - o Campaign
  - o Fees
  - o Child discount percentage
  - o Infant discount percentage

**Sutra Airkiosk**

Control Agent Interface – Schedules. Fares and Inventory
- Schedules
  - o Flight profiles – seating capacity and sales levels, with booking classes connected to fare classes
    - Classes
    - Nested classes
    - Capacity
    - Max seats per nested class
    - Available seats
    - Sold number of seats
    - Other
  - o Schedule Initialization File
    - Airline Code
    - Number
    - Effective date
    - Discontinue date
    - Frequency
    - Origin
    - STD
    - TCI
    - Dest
    - STA
    - TCI
    - Equi
    - Class
    - Stop
    - Legs
    - Profile
  - o Schedule create
    - Airline code

Report on comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- Schedule effective date
- Status
- Link to file
    o Schedule change
    o Import Schedule
- Fares
    o Initialization file
        - Airline code
        - Segment
        - Effective date
        - Discontinue date
        - Fare ID
        - Pax Type
        - Currency
        - Fare OW
        - Fare RT
        - Fare Class
        - Refund
        - Validity
        - Advance purchase
        - Min stay
        - Max stay
        - Tax
        - CHD discount
        - INF dixcount
    o Find fare
    o Fare rules – can be attached to any fare class

**Conclusion**

In terms of handling booking classes and routes, the Sutra Airkiosk system is much more advanced than either Iceland Express or the Goodjet system. The Iceland Express system in turn has improved many functions especially for fares since the Goodjet system.

The Iceland Express fares contain functions such as:
    o Class
    o Seats
    o Currencies
    o Valid from
    o Valid to
    o Child Discount
    o Infant discount

These functions could very well be influenced by the Sutra Airkiosk since this system contains all normal fare functions used in the airline industry. It suggests that the some of the functions used by Iceland Express at the time they used the Sutra Airkiosk system were of such value that they had to be implemented in the Iceland express system as well. However, the Iceland Express system is not a clean and full copy of Sutra Airkiosk in this respect, rather influenced by.

## 2.2  Item 2

The second item to compare is the functions dealing with load factor, alerts, inventory and yield management.

**Iceland Express**
- Load
  - Search criteria
  - Date
  - Flight number
  - Day
  - Sold and %
  - Goal %
  - Diff %
  - Sold ISK
  - Goal ISK
  - Diff  ISK
  - Full ISK
  - Free ISK
  - Lock Unlock

- Auto yield – yield schemas and rules
  - Schema rules
    - Schema name
      - Time to departure action
        - Days action
        - Hours action
      - Cabin ration in % action
      - Cabin diff since last checkpoint %
      - Cabin diff since last week %
      - Cabin diff since last month %
      - New fare/% change
      - Minimum fare
      - Maximum fare
      - Action with values
        - Move num seats
        - Up class
        - Down class
        - Up all
        - Down all
        - Lock route
        - Unlock route
        - Close class
        - Open class
    - Action
    - Comparison
    - Load factor
    - LF difference
    - Value
    - From class

- To class
- Currency
- Delete

**Sutra Airkiosk**
- Inventory Management
    - Alert calendar – shows per day on a monthly basis what flights have reached critical load factors
        - Month overview – status displayed for each day of the month
        - Day overview – shows the inventory status for all flights for a day
        - Flight details – where class allotments, add nested classes, change total capacity

**Conclusion**

In the Goodjet system, terms like load factor and alerts where not present. The Sutra Airkiosk system contains an inventory management function where alerts are shown per flight and day when load factors become critical. The Iceland Express system has both a load report that among other things show load factors and alerts, and an auto yield function where automatic action is taken based on certain predefined criteria (yield schemas).

The conclusion is that it is fair to say that the Iceland Express system has been strongly influenced by the Sutra Airkiosk system for the handling of functions such as load factor, alert reports, goals, etc. The Sutra Airkiosk system does not contain any automatic system for yield management which the Iceland Express system does, but the Sutra Airkiosk Inventory management function allows the administrator to manually take almost the exact same actions. So, also on this function, it seems likely that the Iceland Express system is strongly influenced by the functions from the Sutra Airkiosk system, but that the Iceand Express system has chosen a different approach to handling this functionality.

## 2.3  Item 3

The Iceland Express system contains a System configuration tool where system wide configuration is handled. None of these functions existed in the Goodjet system in a web interface but was instead done directly in the system database.

The Sutra Airkiosk system contains a System wide configuration tool as part of the Control Agent Interface Tables.

**Iceland Express**
- System – aircraft, currencies, languages, etc
    - Aircraft
        - Aircraft
        - Description
        - Capacity
            - Max UM
            - Max WC
            - Max infants
            - Max dogs

Report on comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

**Sutra Airkiosk**
- POS
  - DEP – department codes
  - DOX – pattern documents, such as confirmation emails and messages
  - Services – SSR and OSI codes displayed and allowed in the booking system, and for exchange with other external reservations systems
  - Titles – system wide

**Conclusion**

The concept of SSR's was not present in the Goodjet system and has been introduced afterwards in the Iceland Express system. Terminology for SSR's in the Iceland Express system very much resembles that used in the Sutra Airkiosk system. Terms like UM and WC is part of the general airline lingua, but must have been brought into the Iceland Express system influenced and possibly copied from the Sutra Airkiosk system.

Somehow, the Iceland Express system has developed many functions for a System wide configuration tool, which has strong similarities to how the Sutra Airkiosk system is set up. Our assessment is that this part of the Iceland Express system has been strongly influenced by the Sutra Airkiosk system.

## 2.4  Item 4

Group bookings and block space functions. Both systems contain similar types of functionality for handling groups and blocks of space for multiple flight dates.

**Iceland Express**
- Groups
  - Add new group
  - Edit group
  - Add passenger details
  - Add flight details
  - Status: new, offer sent, reply requested accepted, rejected, tickets assigned, case closed
  - Responsible
  - Assigned to

- Block admin
  - Routes from
  - Routes to
  - Routes from date
  - Routes to date
  - Weekdays
  - Move seats
    - Fare class
    - From class
    - To class
    - Change fare
    - Lock class

* Unlock class

**Sutra Airkiosk**
Airkiosk RCX
* GN – group bookings, where the first step is to create a group name, contact and segments
* GRP – function for creating group bookings and block seats on a range of flights for a specified time period

**Conclusion**
The Goodjet system does not contain any functionality for booking groups or block space. The Iceland Express system has quite advance functions for doing these services. The Sutra Airkiosk system also contains functions for both booking a group and for booking groups on the same flight over a specified time period.

Somehow, the concept of group bookings and block space was brought into the Iceland Express system. Whether this comes from the Sutra Airkiosk system directly or from the requirements from Iceland Express after they had been using the Sutra Airkiosk system is hard to establish.


# 3   Iceland Express

See full list of Admin functions in the Iceland Express system, in attached document.

Below follows a full list of the administrative functions in the Iceland Express system. This list was created in late autumn 2004.

* Booking – call center agent booking functionality, with same features a public UI plus a standby queue and a sales rep comments
* Offers
* Conditions – terms and conditions text
* Logout
* My Profile
* Sales report – search criteria and output
  * Flights from date
  * Flights to date
  * Bookings from date
  * Booking to date
  * Client origin
  * Payment method
  * Show only paid bookings?
  * Show only new sales?
  * Include details
  * + more options
  * Report columns: sold tickets, currency, ticket fare, rebook fare, cancel insurance, booking fee, tax 1-3, total
* Cashier report

- Review change – call center agent functionality, functions to make changes. Same as the internet public interface except that there are additional functions.
  - Action items – event log with requests for actions
  - Buttons for commands: send confirmation email, cancel booking, refund, extra services, remove booking, resend to accounting system, etc.
  - Report columns on bookings made
  - Possibility to add extra to or change or cancel already created bookings
- Registers
  - Accounting – accounting schemas, add new records
  - Content – adverts, campaigns, page texts, page content
  - Fees – fee schemas, fees admin, add new fees, delete fees, UM fee, name change fee, discounts, over weight fee, animals fee, etc
  - Routes and fares – routes and yield, update routes, create new routes, delete route
    - Add route:
      - Route number
      - Reported number
      - Via airports
      - Locked
      - Yield schema
      - Load factor goal
      - PNL address(es) and settings for sending
      - Send ADL frequency
      - Time zones
      - Bookings allowed from date
      - Bookings allowed to date
      - Fares applicable
    - Fares
      - FC
      - Class
      - Seats
      - Currencies
      - Valid from
      - Valid to
      - Agents and ID only
      - ID only
      - Accounting
      - Campaign
      - Fees
  - Agents – agent ids, agent fares, allotments, new agents, all handling of agents sales (more detail available but not listed here)
  - Employees – ID travel (more detail available but not listed here)
  - System – aircraft, currencies, languages, etc
    - Aircraft
      - Aircraft
      - Description
      - Capacity
        - Max UM

- o Max WC
- o Max infants
- o Max dogs
- • Registration
- • Delete aircraft
  - ▪ Currencies
  - ▪ Languages
- o Gift certificates (more detail available but not listed here)
- o Auto yield – yield schemas and rules
  - ▪ Schema rules
    - • Schema name
      - o Time to departure action
        - ▪ Days action
        - ▪ Hours action
      - o Cabin ration in % action
      - o Cabin diff since last checkpoint %
      - o Cabin diff since last week %
      - o Cabin diff since last month %
      - o New fare/% change
      - o Minimum fare
      - o Maximum fare
      - o Action with values
        - ▪ Move num seats
        - ▪ Up class
        - ▪ Down class
        - ▪ Up all
        - ▪ Down all
        - ▪ Lock route
        - ▪ Unlock route
        - ▪ Close class
        - ▪ Open class
    - • Action
    - • Comparison
    - • Load factor
    - • LF difference
    - • Value
    - • From class
    - • To class
    - • Currency
    - • Delete
- o Groups
  - ▪ Add new group
  - ▪ Edit group
  - ▪ Add passenger details
  - ▪ Add flight details
  - ▪ Status: new, offer sent, reply requested accepted, rejected, tickets assigned, case closed
  - ▪ Responsible

Report on comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- Assigned to
- o Flight reports
  - Search criteria
  - Cabin class
  - Seats
  - Sold and %
  - Free and %
  - Number of tickets
  - Value
  - Rate
  - Fare changes
  - Class changes
  - + many more
- o Load
  - Search criteria
  - Date
  - Flight number
  - Day
  - Sold and %
  - Goal %
  - Diff %
  - Sold ISK
  - Goal ISK
  - Diff ISK
  - Full ISK
  - Free ISK
  - Lock Unlock
- o Block admin
  - Routes from
  - Routes to
  - Routes from date
  - Routes to date
  - Weekdays
  - Move seats
    - Fare class
    - From class
    - To class
    - Change fare
    - Lock class
    - Unlock class
- o Block admin 2 and 3 are searchable and report variants of the Block admin
- o Delays
  - Flight number
  - Date
  - Close route
  - Move to date
  - Send SMS
  - No rebook fees
  - Create gift certificates

Report on comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- Message to passengers
  o Sales reports in other currencies
  o Booking pattern, reports both in number and percentages
    - Search criteria
    - Flight number
    - Route
    - Total
    - Same day
    - 1 day before
    - 2-6 days before
    - Same week
    - 1-2 weeks before
    - Same month
    - 1-3 months before
  o X baggage
  o Pax figures report
    - Search criteria
    - Sold seats
    - Standby
    - Adults
    - Children
    - Infants
    - UMNR
    - WC
    - Blind
    - Animals
    - Other
  o Pax list per flight and date
    - Pax number
    - Booking reference
    - Name
    - Gender
    - Seat pref
    - Class
    - Phone
    - Boarded
    - SSR info
    - Warnings
    - Commands
  o Agents reports
  o Statistics report
    - Search criteria
    - Sold tickets
    - Ticket fare
    - Rebook fee
    - Cancel insurance
    - Booking fee
    - Taxes
    - Total
    - Payment methods

Copyright © Nim&Sten AB                                       2007-08-06

Report on comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- Agent number
- Company
  - o Flight revenues
    - Search criteria
    - Date
    - Number
    - Sold tickets
    - Boarded
    - No shows
    - Fares
    - Rebook fares
    - Booking fees
    - Cancel insurance
    - Taxes
    - Total
    - Amount

# 4   Functions in Sutra Airkiosk

Airkiosk RC GUI:
- Availability – AV command, specify orig, dest and date. N command to remove seat from inventory,
- Seats
- Names – NM command, Passenger type
- Contact – CT command, telephone, email, address
- Remark – RMK command, free text
- Display PNR – E/R command
- Ignore – IG command
- Cancel PNR – X PNR command
- Fares – FD command for fare display for selected flights, FR for Fare rules.
- Time limit – TL command
- Payment – PAY command
- PNR for ticketing
- Ticket – TSR command, currently open ticket stock report
- END EOT/Clear AAA – E command
- Schedule – SK command

Airkiosk RCX:
- WHO – agent id
- DATE – date and time in system
- CAL – display calendar
- SHOW – Display PNR SHOW recloc
- SHOA – Display archived PNR
- CLS – Clear screen
- HELP
- PNR elements:
  - o NM, GN – Group name
  - o CT

Report on comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- o AV, N
- o FARE
- o PAY
- o TKT
- o TL
- o SSR, OSI
- o RMK
- o BO – booking owner
- o Record locator
- GN – group bookings, where the first step is to create a group name, contact and segments
- GRP – function for creating group bookings and block seats on a range of flights for a specified time period

Airkiosk MIS:
- TSR number (date and time stamp of the TSR)
- Ticket number
- Fare/MCO amount
- Currency
- Tax amount
- Form of payment
- Ticketing agent identification (office and agent id)
- Passenger name
- PNR locator
- Flight number
- Flight segment
- Flight date
- Fare basis

Internet Agent
- PNR
  - o Itinerary
  - o Names
  - o Contact
  - o Remark
  - o Service
    - Add SSR such as MAAS, UMNR, WCHR.
  - o Display AAA
- EOT
  - o On hold
  - o Payment/ticket
  - o Change
  - o Documents
  - o Split
  - o Cancel PNR
  - o Clear AAA
- Agency Man.

- o Search
- o List
- o Ticket Sales
- o Office Profile

Control Agent Interface
- • Tables
  - o Airkiosk Configuration tables
    - ▪ A/C – define equipment and seat map
      - • Define code for aircraft type configuration and the define compartments and seat maps for that configuration
    - ▪ CC Gateway
    - ▪ Change fee per currency for MCO Segment Change
    - ▪ Name fee per currency for MCO Name Change
    - ▪ CLASSES
    - ▪ CUR_DEFAULT
    - ▪ DEP
    - ▪ DOX
    - ▪ DUTY-AREAS
    - ▪ DUTIES
    - ▪ DUTY
    - ▪ DRS
    - ▪ FLIGHTS
    - ▪ PROFILES
    - ▪ REGIONS
    - ▪ SERVICES
    - ▪ AIRPORTS
    - ▪ TITLES
  - o Call center – settings only used for the RC interface
    - ▪ C-TITLES
    - ▪ C-FOP – allowed form of payments
    - ▪ C-CONTACT
  - o Internet Agent
    - ▪ A-FOP
    - ▪ A-SETTUP
    - ▪ E-CONTACT
    - ▪ A-TITLES
  - o Internet Self Booking
    - ▪ I7-CURRENCY
    - ▪ E-DOX
    - ▪ I7-FOP
    - ▪ I7-PRODUCTS
    - ▪ I7-TITLES
  - o Check In
  - o Industry and Common Standards – basically IATA standards
    - ▪ AIRIMP
    - ▪ CITY
    - ▪ CODES
    - ▪ CODES_X

Report on comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- CURRENCY
- KEYWORDS
- PTC
  o POS
    - DEP – department codes
    - DOX – pattern documents, such as confirmation emails and messages
    - Services – SSR and OSI codes displayed and allowed in the booking system, and for exchange with other external reservations systems
    - Titles – system wide
  o Flight handling configuration
    - PNL/ADL creation to external DCS system, checked against schedule
    - Configured per airport

Control Agent Interface – Schedules. Fares and Inventory
- Schedules
  o Flight profiles – seating capacity and sales levels, with booking classes connected to fare classes
    - Classes
    - Nested classes
    - Capacity
    - Max seats per nested class
    - Available seats
    - Sold number of seats
    - Other
  o Schedule Initialization File
    - Airline Code
    - Number
    - Effective date
    - Discontinue date
    - Frequency
    - Origin
    - STD
    - TCI
    - Dest
    - STA
    - TCI
    - Equi
    - Class
    - Stop
    - Legs
    - Profile
  o Schedule create
    - Airline code
    - Schedule effective date
    - Status
    - Link to file
  o Schedule change
  o Import Schedule
- Fares
  o Initialization file

Report of comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- ▪ Airline code
- ▪ Segment
- ▪ Effective date
- ▪ Discontinue date
- ▪ Fare ID
- ▪ Pax Type
- ▪ Currency
- ▪ Fare OW
- ▪ Fare RT
- ▪ Fare Class
- ▪ Refund
- ▪ Validity
- ▪ Advance purchase
- ▪ Min staty
- ▪ Max stay
- ▪ Tax
- ▪ CHD discount
- ▪ INF dixcount
- o Find fare
- o Fare rules – can be attached to any fare class
- • Inventory Management
  - o Menu calendar – monitor daily flights and flight status
  - o Alert calendar – shows per day on a monthly basis what flights have reached critical load factors
    - ▪ Month overview – status displayed for each day of the month
    - ▪ Day overview – shows the inventory status for all flights for a day
    - ▪ Flight details – where class allotments, add nested classes, change total capacity
  - o Flight open/close – handback and close
    - ▪ Possibility to open, close and cancel flights
    - ▪ All flights in a month or single flights
  - o Flight handback
    - ▪ Monitor check-in and post-departure lists
    - ▪ Update flown flights

# 5  Goodjet

The Goodjet system had a very limited administrative interface consisting of the following functions:

```
..
2004-02-20  12:04        bengt.asp
2002-08-25  00:00        campaign.asp
2002-08-25  00:00        campaignlist.asp
2004-02-20  12:03        consolidate.asp
2002-11-26  00:00        createroute.asp
2004-02-20  12:04         default.asp
2002-12-04  00:00        disturbance.asp
2002-12-05  00:00        disturbance2.asp
```

| | |
|---|---|
| 2002-07-08  00:00 | externalpassengerlist.asp |
| 2002-07-07  00:00 | externalpaxcounter.asp |
| 2002-12-05  00:00 | fixme.asp |
| 2002-12-12  00:00 | fixme2.asp |
| 2004-02-20  11:53 | global.asa |
| 2002-05-02  00:00 | IEStyle.css |
| 2002-01-14  00:00 | logo.htm |
| 2002-12-10  00:00 | mainmenu.asp |
| 2002-01-14  00:00 | NStyle.css |
| 2002-08-16  00:00 | partnerlist.asp |
| 2002-10-30  00:00 | partners.asp |
| 2002-08-06  00:00 | passengerlist.asp |
| 2002-08-29  00:00 | paxcounter.asp |
| 2002-12-03  00:00 | registerpayment.asp |
| 2002-11-19  00:00 | registerpayment2.asp |
| 2002-04-27  00:00 | reports.asp |
| 2002-11-26  00:00 | statistics.asp |
| 2002-11-01  00:00 | tv4.asp |
| 2002-11-25  00:00 | visitors.asp |
| 2002-08-27  00:00 | yieldmanagement.asp |

*The reports.asp contains the following search criteria:*
*if Request.form("Submit3")<>"" then*
*SQL="SELECT " & Fields & " FROM "*
*if instr(Fields,"customers.") then Customers=true*
*if instr(Fields,"bookings.") then Bookings=true*
*if instr(Fields,"tickets.") then Tickets=true*
*if instr(Fields,"seats.") then Seats=true*
*if instr(Fields,"flights.") then Flights=true*
*TblCounter=Customer+Bookings+Tickets+Seats+Flights*
*if Customers then*
*SQL=SQL &" Customers "*
*If Bookings then SQL=SQL & " INNER JOIN Bookings ON Customers.CustomerID = Bookings.CustomerID"*
*If Tickets then SQL=SQL & " INNER JOIN Tickets ON Bookings.BookingNumber=Tickets.BookingNumber"*
*If Seats then SQL=SQL & " INNER JOIN Seats ON Seats.SeatID =*
*Tickets.SeatID"*
*If Flights then SQL=SQL & " INNER JOIN Flights ON Flights.FlightID =*
*Seats.FlightID"*
*Else*

## Here is the Admin menu:

```
case "GREATREE\TV4"%>
        <a href="tv4.asp" target="content">TV4 Statistik</a>  |  
    case "GREATREE\VCARREY"%>
            <a href="externalpaxcounter.asp" target="content">Pax per flight</a> |  
            <a href="externalpassengerlist.asp" target="content">Passenger List</a>  |  
    <%case "GREATREE\VDENIS"%>
            <a href="externalpaxcounter.asp" target="content">Pax per flight</a> |  
            <a href="externalpassengerlist.asp" target="content">Passenger List</a>  |  
    <%case "GREATREE\SERVISAIR"%>
            <a href="externalpassengerlist.asp" target="content">PassengerList</a>  |  
            <a href="externalpaxcounter.asp" target="content">Pax per flight</a>  |  
    <%case "9GREATREE\PAXINFO", "9GREATREE\LFV", "9GREATREE\SSPAR"%>
            <a href="externalpassengerlist.asp" target="content">PassengerList</a>  |  
            <a href="externalpaxcounter.asp" target="content">Pax per flight</a>  |  
    <%case "GREATREE\VERONICAC"%>
            <a href="externalpassengerlist.asp" target="content">PassengerList</a>  |  
            <a href="externalpaxcounter.asp" target="content">Pax per flight</a>  |  
    <%case "GREATREE\TEMPORARY GUEST"%>
            <a href="externalpassengerlist.asp" target="content">PassengerList</a>  |  
            <a href="externalpaxcounter.asp" target="content">Pax per flight</a>  |  
    <%case "GREATREE\INFLIGHTS"%>
            <a href="externalpassengerlist.asp" target="content">PassengerList</a>  |  
            <a href="externalpaxcounter.asp" target="content">Pax per flight</a>  |  
    <%case "9GREATREE\AIRPORTS"%>
            <a href="externalpassengerlist.asp" target="content">PassengerList</a>  |  
            <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
    <%case "GREATREE\ANNBRITTS"%>
```

Report as comparison between Sunka Kiikosk and Iceland Express
Peter Nimerius

```
                              <a href="disturbance.asp" target="content">Förseningsmeddelande/inställt flyg</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  
                              <a href="passengerlist.asp" target="content">Passagerarlista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
              <%case "GREATREE\AHA"%>
                              <a href="passengerlist.asp" target="content">Passagerarlista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
                              <a href="partners.asp" target="content">ÅF-underhåll</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  |  
              <%case "GREATREE\ISABELB"%>
                              <a href="passengerlist.asp" target="content">Passagerarlista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
                              <a href="partners.asp" target="content">ÅF-underhåll</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  |  
              <%case "9GREATREE\KENNETHC", "9GREATREE\GITTAN", "GREATREE\BL", "GREATREE\CAFER",
"GREATREE\LARSF"%>
                              <a href="passengerlist.asp" target="content">Passagerarlista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  |  
                              <a href="statistics.asp" target="content">Statistik</a>  |  
                              <a href="visitors.asp" target="content">Besöksräknare</a>
              <%case "GREATREE\CN", "GREATREE\WIKSTROM"%>
                              <a href="passengerlist.asp" target="content">Passagerarlista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
                              <a href="partners.asp" target="content">ÅF-underhåll</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  |  
                              <a href="statistics.asp" target="content">Statistik</a>  |  
                              <a href="visitors.asp" target="content">Besöksräknare</a>
              <%case "GREATREE\PS"%>
                              <a href="bengt.asp" target="content">Ruttplanering</a>  |  
                              <a href="createroute.asp" target="content">Skapa rutt</a>  |  
                              <a href="disturbance.asp" target="content">Förseningsmeddelande/inställt flyg</a>  |  
                              <a href="yieldmanagement.asp" target="content">Kabinkonfiguration</a>  |  
                              <a href="consolidate.asp" target="content">Slinga</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
                              <a href="passengerlist.asp" target="content">Passagerarlista</a>  |  
                              <a href="statistics.asp" target="content">Statistik</a>  |  
                              <a href="visitors.asp" target="content">Besöksräknare</a>
              <%case "GREATREE\TOMMYW", "" %>
                              <a href="bengt.asp" target="content">Ruttplanering</a>  |  
                              <a href="createroute.asp" target="content">Skapa rutt</a>  |  
                              <a href="disturbance.asp" target="content">Förseningsmeddelande/inställt flyg</a>  |  
                              <a href="registerpayment.asp" target="content">Betalningsregistrera</a>  |  
                              <a href="registerpayment2.asp" target="content">Betalningsregistrera kort</a>  |  
                              <a href="yieldmanagement.asp" target="content">Kabinkonfiguration</a>  |  
                              <a href="consolidate.asp" target="content">Slinga</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
                              <a href="passengerlist.asp" target="content">Passagerarlista</a>  |  
                              <a href="statistics.asp" target="content">Statistik</a>  |  
                              <a href="visitors.asp" target="content">Besöksräknare</a>
              <%case "GREATREE\PAULG", "GREATREE\GOODJETOP" %>
                              <a href="bengt.asp" target="content">Routes</a>  |  
                              <a href="createroute.asp" target="content">Create Flight</a>  |  
                              <a href="disturbance.asp" target="content">Delay msg/cnl flights</a>  |  
                              <a href="yieldmanagement.asp" target="content">Yield</a>  |  
                              <a href="consolidate.asp" target="content">Consolidate</a>  |  
                              <a href="partnerlist.asp" target="content">Dealers</a>  |  
                              <a href="paxcounter.asp" target="content">PAX per flight</a>  |  
                              <a href="passengerlist.asp" target="content">PAX list</a>  |  
                              <a href="statistics.asp" target="content">Statistics</a>  |  
                              <a href="visitors.asp" target="content">Vistors</a>
              <%case else%>
      <%if ucase(Request.ServerVariables("LOGON_USER"))="GREATREE\CLAES"
ucase(Request.ServerVariables("LOGON_USER"))="GREATREE\WALLMAN" then%>
                              <a href="registerpayment.asp" target="content">Betalningsregistrera</a>  |  
                              <a href="registerpayment2.asp" target="content">Betalningsregistrera kort</a>  |  
                              <a href="partners.asp" target="content">ÅF-underhåll</a>  |  
                              <a href="partnerlist.asp" target="content">ÅF-lista</a>  |  
                              <a href="paxcounter.asp" target="content">Pax per flight</a>  |  
                              <a href="passengerlist.asp" target="content">Statistik</a>  |  
                              <a href="statistics.asp" target="content">Statistik</a>  |  
                              <a href="visitors.asp" target="content">Besöksräknare</a>
                              <%end if%>
```

In brief, the functions offered are (translated from above):

- Create Route – i.e. aircraft, city pairs, PNL addresses, frequencies, weekdays, from date, to date, dep time, arrival time
- Delays – insert messages for cancelled or delayed flights

Report of comparison between Sutra Airkiosk and Iceland Express
Peter Nimerius

- Yield – i.e. registration of fares and cabin configuration, the number of seats per flight per fare level
- Register payment – handling of incoming payments
- Consolidate – Check and handle sold out flights
- Partner list – Handling of partners
- Pax per flight – Show the number of passengers per a certain flight or number of flights
- Passenger list – Show the passenger names for a certain flight
- Statistics – Summary report on sales and bookings
- Visitor counter

# 6  Statement of work from Mr Peter Nimerius

## 6.1  CV

A copy of my CV is attached as Appendix 3.

## 6.2  Summary of costs

I am being compensated at the rate of 130 USD per hour for my time in connection with the investigation and this report. The total bill so far is 9880 USD.

## 6.3  Testimonies at trial

In the preceeding four years, I have testified at trial or in deposition in the following cases:

- Case against Mr Tommy Wiberg for infringement of the intellectual property of the Goodjet system owned by GTM AB. I testified in deposition to the attorney and police investigators in the police headquarters in Gothenburg in April 2004.

## 6.4  Signature

This report was investigated and written by Mr Peter Nimerius. Additionally, Mr Fredrik Hallberg assisted in the investigation as shown in Appendix 1.

This report was finalized on 6th August 2007.

Peter Nimerius
IT Architect and owner of Nim&Sten AB (Ltd)

- Yield - i.e. registration of fares and cabin configuration, the number of seats per flight per fare level
- Register payment - handling of incoming payments
- Consolidate - Check and handle sold out flights
- Partner list - Handling of partners
- Pax per flight - Show the number of passengers per a certain flight or number of flights
- Passenger list - Show the passenger names for a certain flight
- Statistics - Summary report on sales and bookings
- Visitor counter

# 6 Statement of work from Mr Peter Nimerius

## 6.1 CV

A copy of my CV is attached as Appendix 3.

## 6.2 Summary of costs

I am being compensated at the rate of 130 USD per hour for my time in connection with the investigation and this report. The total bill so far is 9880 USD.

## 6.3 Testimonies at trial

In the preceeding four years, I have testified at trial or in deposition in the following cases:

- Case against Mr Tommy Wiberg for infringement of the intellectual property of the Goodjet system owned by GTM AB. I testified in deposition to the attorney and police investigators in the police headquarters in Gothenburg in April 2004.

## 6.4 Signature

This report was investigated and written by Mr Peter Nimerius. Additionally, Mr Fredrik Hallberg assisted in the investigation as shown in Appendix 1.

This report was finalized on 6" August 2007.

Peter Nimerius
IT Architect and owner of Nim&Sten AB (Ltd)

**Regarding Iceland Express System**

The below text describes some of the important information exchanges in meetings and conversations during autumn 2002 and autumn 2004, between Mr Tommy Wiberg, Iceland Express and Mr Fredrik Hallberg.

I, Fredrik Hallberg, was representing in autumn 2002 the company GTM – Global Travel Management AB. At that time there was a new LCC airline in Sweden, GoodJet. I was responsible to establish a new cooperation agreement with GTM and GoodJet regarding distribution of airline tickets. During that period, autumn 2002 until the bankruptcy of GoodJet in January 2003, I had several meetings and conversation with the IT Director Mr Tommy Wiberg who created the airline system by him self, used by GoodJet.

Mr Tommy Wiberg told me that he was very proud of the system but had a lot more to develop, especially in the admin section which was at that time very basic, but functional. Another area, which became more prioritized at GoodJet, was to start new cooperation with external distribution systems and Mr Tommy Wiberg had to "open" up the GoodJet system more widely to external parties. He told me that he had prioritized during 2002 to get the system up and running for the public section and fixing "errors", because it had taken more than 1 year to create the system. This sounded natural because he told me also that he did not know much about the airline business before and the complexity to create a system for an airline. He had only created minor websites before, selling flower on Internet but worked long time with IT development. We became acquaintaned with each other and started to discuss intensively of what we could do together until GoodJet bankruptcy in January 2003.

GoodJet went in bankruptcy and all our meetings where in vain. No cooperation with GTM and GoodJet had started. After a while after the bankruptcy I realized that there might be new business opportunities for GTM to create a new business – selling airline systems. The reason behind this was that I had worked in this specific area – airline inventory system, in SAS – Scandinavian Airline Systems a couple of years before. I contacted Mr Tommy Wiberg 2-3 weeks after the bankruptcy and he was glad to speak with me again (my opinion) and we started to discuss if we could do something together.

Mr Tommy Wiberg and I had a lot of emailing and conversation during February and 17th of March 2003 (As shown in Appendix 2). I have some copies of these email left in my computer. During that time he said that he had a new potential client and he was going to Copenhagen by car several times to catch a flight, he told me. I did not know at that time which this new client/airline was. Afterwards I realized it was Iceland Express he was involved with since Iceland Express only had direct flights from Copenhagen/London direct to Reykjavik. From Gothenburg, where Mr Tommy Wiberg lives, to Copenhagen it is very easy to drive and the cheapest way of getting there, which probably was the reason from Iceland Express who had contracted him at that time.

After the 17th of March when Mr Tommy Wiberg ended our "potential" new cooperation I contacted the bankruptcy estate which had the intellectual property of the the GoodJet system which had not been clear to me before. Two months after that, in May 2003, GTM signed a contract with the bankruptcy estate and GTM had by that time founded the new company Qust Reservations AB which would be responsible to sell the GoodJet system to potential client.

I was now transferred from GTM to the new company Qust Reservations AB and responsible for the GoodJet system. We developed the system and did a lot of analysing, which was necessary to understand how the system was constructed. We contracted an Indian development company in Bangalore and an IT expert in airline system Mr Peter Nimerius based in Stockholm, Sweden. In autumn 2003 I went to a travel convention in Sweden where also Iceland Express had some representatives. I asked them what kind of system they used and they were very interested to talk about of their "new system" and gave a demonstration. I notified several similarities to the GoodJet system, now owned by Qust Reservation AB and they also told me, a guy in Gothenburg had developed it and replaced a system called Air Kiosk. The replacement of the two systems took place in June 2003. They told me also after a while that Mr Tommy Wiberg was involved and responsible for the system.

Based on this information I involved Mr Peter Nimerius who made a comparison as well as, IT-persons from the bankruptcy estate (Law firm - Vinge Lawyer AB). Many things happened in spring 2004 to get as much evidence as possible and the Swedish and Icelandic police were there and collected evidence.

In our network we had one person who had a lot of contact persons on Island and started to investigate if we could get a contact with the "right persons" in Reykjavik. After a couple of months we were very successful, one of these persons had become the new CEO for Iceland Express in spring 2004. In June 2004 we signed a contract with Iceland Express with Qust new developed system. The new CEO had discussed with employees and he told me that Mr Tommy Wiberg started the discussions with Iceland Express already in January or February 2003 which is exactly at that time period when I discussed with Mr Tommy Wiberg and he would like to start a new business with me / GTM.

In September 2004 I went up to Reykjavik for the first meeting with Iceland Express and discussed with them how they wanted to run the project together with Qust Reservation AB. I did a walk through / analyse in their admin section for all functions, which was documented. This documentation is in Mr Peter Nimerius report.

Most of this information is also included in the documentation in the suit to Mr Tommy Wiberg, which the Swedish police have used.

Stockholm 1st of August 2007

Fredrik Hallberg

(former Director of Marketing & Sales in GTM and Qust Reservation AB)

# 1 Emails from Mr Tommy Wiberg

## 1.1 EMAIL NUMBER 1 FROM MR TOMMY WIBERG

**Från:** Tommy Wiberg, Innovative Software [32wiberg@telia.com]
**Skickat:** den 4 mars 2003 19:10
**Till:** Fredrik Hallberg
**Ämne:** Innovative Software


Hej!

Min telefon har spökat lite men nu fungerar den...

Här är min adress.

Jag har jobbat som en blå och både admin och "ärendehanteringen" är på plats!

Tyvärr är servrarna nedstängda så jag vet inte riktigt hur vi skall dema, får fundera på det.

Med vänlig hälsning

Tommy

### 1.1.1 Translated

Hi!

My telephone has been malfunctioning but no it works again...

Here is my address.

I have worked very hard and both the admin and customer handling are now ready!

I am afraid that the servers are closed down so I am not sure how to demo the system, will have to think about that.

Best Regards

Tommy


## 1.2 EMAIL NUMBER 2 FROM MR TOMMY WIBERG

**Från:** Tommy Wiberg, Innovative Software [32wiberg@telia.com]

**Skickat:** den 5 mars 2003 11:22

**Till:** 'Fredrik Hallberg'

Fredrik Hallberg & Peter Nimeri

**Ämne:** SV: Innovative Software

**Kategorier:** disclaimer

Hej du!

Jojo, AirKiosk säljs av KLM här och innehåller det mesta, men, baserat på gammal teknik!! Dessutom körs det på Linux (Skalbart=NEJ?!!?!?!)  och IBM AIX (dyrt som bara den och inte direkt skalbart heller!).

Mitt system innehåller allt de pratar om men utan GDS kopplingar. Kiosklösningen för self-service fixar sig lätt med IBM terminaler med pekskärm, kreditkortsläsare och kvittoskrivare – en baggis och bygger på flygbolagets grafiska profil i övrigt. Dessutom har vi en h-s massa mer kul i vårt system!

Skall trixa lite med det sista i morgon där man kan lägga upp sina rutter själv – det finns ett gränssnitt nu, men jag skall lägga om logiken till nya Microsoft.NET där också.

Med vänlig hälsning

Tommy

### 1.2.1  Translated

Hi there!

Yes sure, AirKiosk is sold by KLM here and contains many things, but, is based on old technology! Furthermore it runs on Linus (Scalable=No?!!?!?!) and IBM AIX (really expensive and also not very scalable!)

My system contains everything they talk about but without GDS connections. The kiosk solution for self-service is easy fixed with IBM terminals and touch screens, credit card readers and receipt printers – easily fixed and builds on the airline's graphical profile in other areas. Furthermore, we have a lot more goodies in our system!

I shall work a bit more with the final things tomorrow where you can create the routes yourself – there is an interface now but I shall convert that into Microsoft .NET too.

Best Regards

Tommy

## 1.3  EMAIL NUMBER 3 FROM MR TOMMY WIBERG

**Från:** Tommy Wiberg, Innovative Software [32wiberg@telia.com]

**Skickat:** den 5 mars 2003 17:22

**Till:** 'Fredrik Hallberg'

**Ämne:** SV: Innovative Software

**Kategorier:** disclaimer

Så var detta med ruttgenerering på plats nu också! Självklart kan man bygga ut alla dessa rutiner, men det kommer efter hand och kundbehov.

Kolla gärna in siten nu – den är optimerad för 1024x768 på skärmen men fungerar på 800x600 om man inte är callcenter/internt ansvarig.. Högre upplösning är helt OK också nu. Notera dock att texterna på förstasidan måste bli mer fylliga för att designen skall vara snygg..!

www.greatree.com/xx

Du kan logga in som registrerad kund: tw@goodjet.com och PIN kod 0299

Du kan logga in som administratör: INT21093 och PINK kod 0299

Have fun!

Tommy

## 1.3.1 Translated

So now the create route is there also! Of course all these routines can be extended in due time and on customer demand.

Please check the site now – it is optimized for 1024x768 on the screen but also works on 800x600 if you are not a call center staff or internal admin. Higher resolution also works fine. Please also note that there must be more text on the first page for the design to look good..!

www.greatree/xx

You can log in as a registered customer: tw@goodjet.com and PIN code 0299

You can log in as an administrator: INT21093 and PIN code 0299.

Have fun!

Tommy

## 1.4 EMAIL NUMBER 4 FROM MR TOMMY WIBERG

**Från:** Tommy Wiberg, Innovative Software [32wiberg@telia.com]
**Skickat:** den 10 mars 2003 16:45
**Till:** 'Fredrik Hallberg'
**Ämne:** Light.net SRS v1-0

Jag har markerat det jag idag inte kan, men vi kan utlova inom en vettig tidsram. GDS är det stora minuset för oss, men hur svårt kan det vara??? Helt klart kan vi vara klara till sommaren med allt + massa mer om vi bara får möjlighet att hänga med.

Fråga: kan vi som alternativ ta ett möte med SAS och prata om delägarskap? I så fall skulle det ske genast, men kanske grusar våra offert-möjligheter. Longshot, men skulle gynna alla parter.

**Markeringar**
Rött - strul

Gult - varning, inte helt klart

Sådär 95% fixar vi lätt.

<<...>>

Ring mig när du läst.

031-16 76 90 är mitt hemnummer och jag är hemma nästan jämt.

**För din info**
Jag har ett nytt flygbolag som kommer att köra "ReservationSystem 2.1" och börjar sannolikt flyga med 10 (!) plan i Europa till sommaren. Detta case ligger dock utanför vårt gemensamma företag och hanteras via mitt företag och en extern organisation till 100%. Kanske en bra merit, men nystartat. Således kan vi sedermera kvotera både xyz ltd och Goodjet som kunder eller fd kunder...

Detta projekt är självklart hemligt som f-n men kommer inte att påverka SAS Light. Där utarbetar jag ett betalsystem med ett engelskt payment-fulfilment företag så då har vi klara förbindelser med Debitech, xxxx och snabbt fixat för Paypal och Auriga som jag jobbat med innan.

**Reservation System 2.2**
Min kompis har ett bussbolag (Norge/Sverige/Polen) som också kommer att börja köra med ReservationSystem 2.2 till sommaren. Där kör vi mestadels pb/bg betalningar med OCR eller kk.

Det kommer mera: vi kommer (en grupp intressenter) att börja flyga long haul i vinter och kommer självvklart att vara kunder till vårt gemensamma bolag. Kapacieteten där är 400.000 pax per år. De kommer att kräva en ökad 3e parts produktförsäljning (hotell, hyrbilar, safari/utflykter, väskor, tröjor, reseklockor.....). Det enda som saknas är en investor till - kanalen är klar, systemet är klart och plan på g (ACMI).

Alltså har vi mycket i pipeline och alla dessa projekt är hur kul som helst samt kan ge oss en position i Europa som få...

Tommy

PS!
Alla dessa prooudukter..:
FlightSystem 1.0 startade vi med på Goodjet och slutade med FlightSystem 2.0.
Reservation System 2.1 finns idag och kommer att ersättas av 2.2 som är den första riktiga extrna produkten - SAS m fl kommer att offereras denna.

Namnbytet FlightSystem -> ReservationSystem härrör från omskrivningen till mitt egna system igen.
DS

# 1.4.1 Translated

I have marked the item which are not possible to deliver rigth now, but which can be delivered within a reasonable time frame. GDS is our big missing feature, but how hard it can it be??? It is definitely the case that can be ready before the summer with all of it + a lot more, as long as we are given the opportunity to participate.

Question: is it possible that we as an alternative have a meeting with SAS and suggest co-ownership? If that is the case this should happen at once, but then it might spoil our chances to give an offer. A long shot, but should benefit all parties.

Markings: [Note from Peter Nimerius: section left out, judged not to be of interest for this process]

**For your information**
I have a new airline which will use "Reservation System 2.1" and will start operating with 10 (!) aircrafts in Europe this summer. This case lies outside our common venture and is handled by my own company and an external organization to 100%. Perhaps a good merit, but an upstart. Later we will thus be able to quote both xyz ltd and Goodjet as customers and former customers.

This project is of course very secret but will not affect SAS Light. There I am working with a payment system together with an English payment-fulfilment company and then we will have existing connections with Debitech, xxxx and quickly fixed for Paypal and Auriga which I have previously worked with.

**Reservation system 2.2**
A friend of mine has bus company (Norway/Sweden/Poland) which will start to use ReservationsSystem 2.2 this summer. Mostly using postal/bank payments with OCR or kk.

There is more coming up: we will (a group of people) start flying long haul this winter and this will bring customers into our common venture. Capacity approximately 400.000 pax per year. They will require more third party product sales (hotel, rental cars, safari/excursions, bags, t-shirts, travel watches…..) The only thing missing is one more investor – the channel is ready, the system is ready and aircrafts shortly coming (ACMI).

So, a lot of things are in pipeline and all these projects are extremely exciting and can give us a very good position in Europe…

Tommy

PS!
All these products…:
FlightSystem 1.0 was started on in Goodjet and ended with FlightSystem 2.0.
Reservation System 2.1 is there today and will be replaced by Reservation System 2.2 which is the first really external products – which we will offer to SAS

The name change from FlightSystem -> ReservationSystem is derived from the rewrite to my own system again.

Copyright © Nim&Sten AB                         Page 5                                      2007-08-02

Appendix 2 - Emails from Mr Tommy Wiberg
Fredrik Hallberg & Peter Nimeri

Copyright © Nim&Sten AB

2007-08-02

Last Updated: Friday, 25 May 2007

# CV – Peter Nimerius

## Presentation

*I am 40 years old and live with my wife and four kids in the countryside northwest of Stockholm, Sweden.*

*I have worked for more than 10 years in IT related businesses. I have a broad experience in different roles associated with IT implementation projects, and I am very experienced in project management, acquirement processes, IT-architecture, system analysis and also programming.*

*My role is most often to help organize and manage projects, creating an efficient decision making processes and find ways to quickly address, solve current problems and try and foresee and eliminate future risks.*

Name: Peter Nimerius
Roles: Project Manager, IT-architect, IT-strategist, System analyst, Technical project manager
Experience: More than ten years
Born: 1967

### Examples of assignments (a selection)

| Description | Role |
|---|---|
| Project Manager for SAS web site implementation 2004-2007 | Responsibility for leading the task of implementing SAS new web site and coordinate different functional and technical sub-projects. |
| IT architect in a number of acquirement and development projects in SAS 2001-2003 | Responsible for assisting SAS project managers with technical, functional and methodological guidance in relation to IT projects. Roles as system analyst, requirements writer, solution architect, etc. |
| Integration architect in a number of projects in SAS 1999-2002 | Worked in a department responsible for aid the system development  project with analysis and solutions for integrating systems with SAS back-end systems. |
| System developer in a number of implementation projects in SAS 1998 2002 | System developer in VB, C, Qik, JavaScript, XSLT, etc. |
| Technical advisor and IT architect for Qust 2001-2003 | Assisting Qust with business analysis, technical solution specifications, functional requirements specification, etc. |

## Positions

| Company | Description | Role |
|---------|-------------|------|
| 2005- Nim&Sten AB | Self-owned IT company | IT Consultant |
| 2003-2005 Softronic | IT- and Management-Consulting Agency | IT Architect |
| 1998-2003 Scandinavian IT Group (ex. SAS Data Group) | IT supplier to SAS | IT- and Systems Architect, Business Advisor, System Analyst, Technical project manager, System developer |
| 1996-1997 Stockholm University, Centrre for Pacific Asian Studies | Research center | Responsible to developing a database and web site over Swedish researchers dealing with Pacific Asia |

## Education

| Period | Course and school | Description |
|--------|-------------------|-------------|
| 1997-1998 | System development education, Informator Utbildnings AB | Practical education in system development and project management:<br>- Project management<br>- Infrastructure: Windows och UNIX<br>- Programming: C/C++, VB, Java<br>- Databases: Oracle, SQL Server |
| 1993-1997 | Master Political Science Stockholm University | Final thesis on roots and causes to political corruption in China. |
| 1992-1993, 1995 | Language studies in China, Hangzhou University and Nankai University, Tianjin | Learning Chinese and Chinese culture at two different universities in China. |
| 1990-1995 | Language studies at Stockholm and Gothenburg Universities | Englich 40p Chinese 80p |
| 1983- 1987 | 4-year high school education in technical sciences at Polhemsgymnasiet, Gothenburg | Specializing in electrical engineering |

## Courses

| Period | Description | Length |
|--------|-------------|--------|
| 2001 | System architecture with UML | Precipio, 3 days |
| 2000 | Oracle database with SQL and PL/SQL | Learning Tree, 3 days |
| 1999 | Win32 API | Learning Tree, 3 days |

## Competence / tools

| Subject | Competence / tool |
|---------|-------------------|
| Methodology | RUP, RAD, UML |
| Products | Microsoft.NET, TIBCO, IBM WebSphere |
| System developement tools | Visual Studio/.NET |