**EXHIBIT S**



GO ▶

Case 1:04-cv-11360-DPW    Document 41-8    Filed 08/17/2007    Page 3 of 20



**The low cost airline**

# Step 2 of 5 - Choose flights

The closest available flights to your choices have been displayed.
Please make your selection by clicking on the circle next to the flight you want to book, then click the **'Continue'** button at the bottom of the page.

To view the lowest fares available for a whole month try our <u>low fare FINDER</u>.



### Outward Flights - ROME (Fiumicino) to LEEDS BRADFORD

|  | Fare p.p. | Flight | Date | Departs | Arrives |
|---|---|---|---|---|---|
| ◉ | € 149.64 | LS332 | Thu 16th Aug 2007 | 15:20 | 17:15 |

ⓘ Lowest fares **including** government taxes and airport charges are shown.

**PLEASE NOTE:** All flight times are local and in 24 hour clock. For flights that are very early in the morning (i.e. just after midnight) check-in opens the previous evening 2 hours before the time of your departure. **For example**: A flight at 00:30 on Monday the 23rd departs in the very early hours of Monday morning so check-in opens at 22:30 on the evening of Sunday the 22nd.

When you have selected your flight by clicking the circle next to it, click the **'Continue'** button to see the full price of your booking.

Continue ▶



**Want more options?**

**View fares for a whole month at a glance**

Click the icon to open the low fare Finder and start booking our lowest fares...

POWERED BY

AirKiosk
System



## Jet2.com
### The low cost airline

# Step 3 of 5 - Confirm flight details

### Flights - ROME (Fiumicino) to LEEDS BRADFORD

| Flight | Date | From | To | Departs | Arrives |
|--------|------|------|-----|---------|---------|
| LS332 | 16 August 2007 | ROME (Fiumicino) | LEEDS BRADFORD | 15:20 | 17:15 |

**PLEASE NOTE:** All flight times are local and in 24 hour clock. For flights that are very early in the morning (i.e. just after midnight) check-in opens the previous evening 2 hours before the time of your departure. **For example:** A flight at 00:30 on Monday the 23rd departs in the very early hours of Monday morning so check-in opens at 22:30 on the evening of Sunday the 22nd.

### Pricing

| Outbound flight | per adult/child | |
|-----------------|-----------------|---|
| Fare | € 134.00 | |
| Charges | € 15.64 | |
| **Total** | **€ 149.64** | |
| **Total per adult/child** | **€ 149.64** | |
| **Total for 1 passenger** | **€ 149.64** | |

These are the dates that will be booked for you so please check them carefully. If the flights are correct and you're happy with the price you may proceed with your booking in one of three ways. 1. '*Register*' a new profile 2. '*Sign in*' to an existing profile 3. Click on the '*Confirm details*' button.

Before you continue, please read the **Fare Rules** below carefully.

**Go back a step** ◀          **Confirm details** ▶

### Welcome to My Profile

**New customers**
Registering a profile only takes a few moments. You will be able to store your details for future bookings.

**Existing customers**
If you have setup your profile, please sign in now.

Register          Sign in

### Fare rules

- A booking is valid for carriage solely for the flight to which it relates or to which it has subsequently been changed and accepted by us in accordance with Article 3 of our General Conditions of Carriage for Passengers and Baggage.

- A booking for return flights is, in fact 2 separate flight bookings which, for your convenience, are given a single booking reference.

- Reservations are generally changeable, up to 3 hours prior to departure, subject to payment of 15GBP/ 25EUR/ 35CHF/ 750CZK/ 180NOK/ 90PLN change fee per person per one-way flight. In addition, where a change of person has been made or a date has been changed, any increase between the fare paid and the current available fare per sector at the time of making such a change, will be charged. If the fare has decreased, no refund will be paid.

- Once a booking has been completed, to change dates please use our online facility. For other changes, including changes to names, contact our Call Centre.

- When return flights are booked, a name change may only be made if the name is changed on both flights.

- No route changes are permitted

- Please note that prices available through our Call Centre do not attract the on-line discount. Furthermore, fare prices offered during certain promotions and special offers are only available via our website.

- Infants may fly for a small admin charge per one-way flight provided they sit on the knee of a paying adult who has responsibility for that infant.See Travelling with Children.

- *Jet2.com* is a non-refund airline, save as provided in our Conditions of Carriage for Passengers and Baggage. In these exceptional circumstances, if *Jet2.com* agrees to a refund, an administration fee will be charged.

**Go back a step** ◀          **Confirm details** ▶

POWERED BY
 AirKiosk Systems



**Jet2.com**
The low cost airline

# Step 3 of 5 - Confirm flight details

### Flights - ROME (Fiumicino) to LEEDS BRADFORD

| Flight | Date | From | To | Departs | Arrives |
|--------|------|------|-----|---------|---------|
| LS332 | 16 August 2007 | ROME (Fiumicino) | LEEDS BRADFORD | 15:20 | 17:15 |

**PLEASE NOTE:** All flight times are local and in 24 hour clock. For flights that are very early in the morning (i.e. just after midnight) check-in opens the previous evening 2 hours before the time of your departure. **For example:** A flight at 00:30 on Monday the 23rd departs in the very early hours of Monday morning so check-in opens at 22:30 on the evening of Sunday the 22nd.

Pricing

| Outbound flight | per adult/child |
|-----------------|-----------------|
| Fare | € 134.00 |
| Charges | € 15.64 |
| **Total** | **€ 149.64** |
| **Total per adult/child** | **€ 149.64** |
| **Total per infant** | **€ 10.85** |
| **Total for 3 passengers** | **€ 310.13** |

These are the dates that will be booked for you so please check them carefully. If the flights are correct and you're happy with the price you may proceed with your booking in one of three ways. **1.** '*Register*' a new profile **2.** '*Sign in*' to an existing profile **3.** Click on the '*Confirm details*' button.

Before you continue, please read the **Fare Rules** below carefully.

Go back a step ◄     Confirm details ►

*Welcome to My Profile*

**New customers**
Registering a profile only takes a few moments. You will be able to store your details for future bookings.

**Existing customers**
If you have setup your profile, please sign in now.

Register     Sign in

Fare rules

- A booking is valid for carriage solely for the flight to which it relates or to which it has subsequently been changed and accepted by us in accordance with Article 3 of our General Conditions of Carriage for Passengers and Baggage.

- A booking for return flights is, in fact 2 separate flight bookings which, for your convenience, are given a single booking reference.

- Reservations are generally changeable, up to 3 hours prior to departure, subject to payment of 15GBP/ 25EUR/ 35CHF/ 750CZK/ 180NOK/ 90PLN change fee per person per one-way flight. In addition, where a change of person has been made or a date has been changed, any increase between the fare paid and the current available fare per sector at the time of making such a change, will be charged. If the fare has decreased, no refund will be paid.

- Once a booking has been completed, to change dates please use our online facility. For other changes, including changes to names, contact our Call Centre.

- When return flights are booked, a name change may only be made if the name is changed on both flights.

- No route changes are permitted

- Please note that prices available through our Call Centre do not attract the on-line discount. Furthermore, fare prices offered during certain promotions and special offers are only available via our website.

- Infants may fly for a small admin charge per one-way flight provided they sit on the knee of a paying adult who has responsibility for that infant.See Travelling with Children.

- *Jet2.com* is a non-refund airline, save as provided in our Conditions of Carriage for Passengers and Baggage. In these exceptional circumstances, if *Jet2.com* agrees to a refund, an administration fee will be charged.

Go back a step ◄     Confirm details ►

POWERED BY
**AirKiosk** Systems



# Jet2.com
### The low cost airline

## Step 4 of 5 - Your details

### Passenger Details

Please ensure that all the passenger **names match** those on their **passports** and are **written in full**, not initials. Middle names are not required.

Passenger **names** must be **unique**, if more than one passenger has the same name please contact our Call Centre.

| Name of adult 1 | Title | First Name | Last Name |
|---|---|---|---|
| | MR ▼ | madeup | name |



**Mobility Assistance Bookings**: Please be aware that by selecting 'Wheelchair assistance?' from the search box on the homepage, you can secure an assisted place with your flight booking. More details »

**Age Restrictions**: Please note **children under 14 cannot travel alone**, they must be accompanied by a person of 16 or over.

### Contact information for passengers

| | |
|---|---|
| * Phone contact for lead passenger | 6175551212 |
| Phone contact for lead passenger at destination | |
| * E-mail address for lead passenger | madeupname@aol.co |
| ** Please re-enter e-mail address to confirm | madeupname@aol.co |

**Please note: your booking confirmation will be sent to this email address.**

If the lead passenger is also the payment card holder, please tick this box and your name and email will be copied to the next page to save you time.    ☑

* FIELDS MARKED ARE REQUIRED

** IN THE RARE EVENT THAT WE NEED TO NOTIFY YOU OF CHANGES TO YOUR BOOKING, WE WILL CONTACT YOU VIA THIS EMAIL ADDRESS AND IN EXCEPTIONAL CASES MAY WRITE TO YOU OR MAKE CONTACT VIA TELEPHONE.

When you have entered all passenger names and contact information, click the **'Continue'** button to proceed.

       

**Important:** Changing your booking

If after making your booking you need to make changes to flight dates or the names of passengers flying you may do so, subject to the following conditions:

- **Name changes** are permitted up to 3 hours prior to scheduled departure upon payment of 15GBP/ 25EUR/ 35CHF/ 750CZK/ 180NOK/ 90PLN per name change per flight. In addition, any increase between the fare paid and the lowest available fare at the time of making such a change, will be charged.

- **To change a booking** you must quote the six letter booking reference code and the name of a travelling passenger on this reference. Any such change to a booking will be bound by **Jet2.com**'s terms and conditions. It is therefore important to **safeguard your booking reference.**

- Name changes are not permitted on a booking if a flight sector has been flown.

- Name changes must be made through our Call Centre. Date changes can be made online.

POWERED BY



Case 1:04-cv-11360-DPW    Document 41-8    Filed 08/17/2007    Page 7 of 20



## Jet2.com
### The low cost airline

# Step 4 of 5 - Your baggage details

Please complete the form below to request the number of bags each passenger would like to check-in. **Save 50%** by booking your checked baggage today.

**Hand Baggage Allowance**
1 Bag *(Max 10kg)*
**Checked Baggage Allowance**
Bags up to 18kg *(Over 18kg, excess charges will be applied; Max 25kg)*
View full baggage policy »

### Adult & Child Passengers

| First name | Last name | Baggage |
|---|---|---|
| MADEUP | NAME | 1 Bag |

| | | **Baggage Total** |
|---|---|---|
| | | EUR 8 |

DON'T WORRY IF YOU DO NOT PRE-BOOK ALL YOUR BAGS TODAY. YOU CAN STILL PAY FOR THEM ONLINE, SAVING 50%, OR AT ADDITIONAL COST YOU CAN PAY AT THE AIRPORT.

When you are happy you have selected your baggage for all travelling passengers, click the **'Continue'** button to proceed to the payment page.





**Important:** Baggage information

Please visit our Questions section for further baggage advice and the latest security restrictions.

- It is not possible to use your hand baggage allowance against your checked baggage allowance or vice versa.
- Your hand baggage dimensions must not be in excess of 46x30x23cm *Note: different dimensions to those stated by the DFT, due to size constraints on our aircraft
- Excess baggage will be subject to an additional charge of 5GBP/ 8EUR/ 12CHF/ 250CZK/ 60NOK/ 30PLN per kg
- Information on carriage of outsize and sporting items such as golf bags, snowboards, skis, bicycles & surfboards may be found in our Questions section.

POWERED BY



Case 1:04-cv-11360-DPW   Document 41-8   Filed 08/17/2007   Page 8 of 20

# Jet2.com
### The low cost airline

## Step 5 of 5 - Payment

### Payment Details

| | |
|---|---|
| * Name on card | MADEUP NAME |
| * Type of card | Please select |
| * Card number | |
| * Expiry date | Month  Year |
| * Card Verification Number | |
| **What's this?** | |

### Total amount payable

| | |
|---|---|
| Baggage Total | EUR 8 |
| **Total Payment amount, inclusive of card handling fee** | EUR  157.64 |

### Billing Address

| | |
|---|---|
| * House Name/Number | |
| * Street address | |
| * Town/City | |
| ** Post Code | |
| * Country | United Kingdom |
| * Credit Card Holders e-mail address | madeupname@aol.com |
| * Please re-enter e-mail address to confirm | |

In order to proceed with your booking you must accept our terms & conditions and ensure that all travelling passengers are alerted to their content. ☐

Yes, I would like to receive **Jet2.com/mail** to be one of the first to hear of **promotions, new routes,** and **schedule launches.** ☑

*FIELDS MARKED ARE REQUIRED

** FIELD MARKED IS REQUIRED FOR UK RESIDENTS ONLY

When you are happy that all the information you have entered is correct, click the **'Complete booking'** button **once only** to make payment and finalise your booking. Then wait until your flight booking confirmation with your six letter **booking reference** is displayed on-screen.

[ Go back a step ◄ ]   [ Complete booking ► ]

POWERED BY
AirKiosk Systems

Secured by
thawte
2007-08-15

# Jet2.com
## Cities, Sun & Ski



## Group Bookings

## Group Bookings with Jet2.com

**In a group of 15 or more?**
Why not use our Group Booking service to get great benefits for your party.

- LOW deposit of £25 per passenger.
- Full balance 8 weeks before travel.
- Name confirmation 2 weeks prior to departure.

For your personalised quote, please fill in the form and click on the submit button. Find city breaks, fun in the sun and group bookings to all the top ski and snowboarding resorts.

So whether you are looking for a great deal for the entire family, a place on the slopes to take all your friends, a perfect stag party location or a hen do in the city; find a cheap flight with *Jet2.com*, the low cost airline.

### Group Enquiry

group name

number in group*

name*

phone*

fax

email*

outbound date*

return date*

from*    [ From ▼ ]

to*    [ To ▼ ]

commments

hotel enquiry    ☐

* Required Fields

[ Submit ► ]

# Jet2.com
## Cities, Sun & Ski



**All flight prices one way including taxes and charges from your local airport**

| Great sun deals fm £19.99 | | | | Fun cities fm £14.99 | |
| --- | --- | --- | --- | --- | --- |
| Valencia | £19.99 | Ibiza | £28.99 | Amsterdam | £14.99 |
| Algarve | £28.99 | Majorca | £28.99 | Düsseldorf | £14.99 |
| Alicante | £28.99 | Malaga | £28.99 | Krakow | £14.99 |
| Almeria | £28.99 | Menorca | £28.99 | Prague | £19.99 |
| Barcelona | £28.99 | Murcia | £28.99 | Venice | £19.99 |

**Click HERE for full destination list** ❯

**Click HERE for Jet2holidays.com** fm £79pp ❯

| Valencia ❯ | Travel Extras ❯ | E-Newsletter sign up ❯ |
| --- | --- | --- |
|  Head to Valencia fm **£19.99** one way inc. charges | Great deals on airport parking, travel insurance, hotels, car hire and much more! **GO** ❯ | Register for Jet2.com updates, latest offers and news **GO** ❯ |

POWERED BY
AirKiosk Systems

Jobs | About Us | Terms and Conditions | Carrier Information | Privacy Policy | Website Help | Site map | Subscriptions

© Jet2.com 2002-2007  A subsidiary of Dart Group PLC



 aero
the reliable way to fly

book & pay online just CLICK
www.flyaero.com
www.flyaero.com



CHECK OUT AERO'S NEW SALES DESK AT THE SHERATON HOTELS AND TOWERS, LAGOS WHI

- HOME
- SERVICES
- BOOKINGS
- FLIGHT INFO
- CONTACT US
- ABOUT US
- CAREERS
- LOGIN



Agents Login
Press Releases
Conditions of Carriage
Privacy Policy
FAQS

**Email Subscription**
Enter your email address with us to receive updates on special offers and upcoming monthly newsletter.

[          ] Go!



## Book your Flight ✈ Step 1 - Find Flight



- ▶ View/Change Booking
- ▶ Find Lowest Fares
- ▶ Conditions of Carriage
- ▶ Aero Travel Agents
- ▶ Online Booking Help

| From | To |
|---|---|
| From City ▼ | To City ▼ |

**Departure Date**    **Return Date**
15 ▼  August 2007 ▼    no ▼  just one way ▼

| Adults (12yrs +) | Children (2-11yrs) | Infants (0-1yrs) | Currency |
|---|---|---|---|
| 1 ▼ | 0 ▼ | 0 ▼ | NGN ▼ |

FIND FLIGHTS ▶▶

POWERED BY
AirKiosk Systems

### Welcome to Aero!

This site will give you information on bookings and flight schedules, how to plan, prepare and enjoy your trip. It will also tell you about Aero, our network, fares and special offers.

Aero, The Reliable Way to Fly.

Tickets now on sale (Both online and at the designated ticketing offices) for the following flights:

| | |
|---|---|
| Lagos - Abuja - Lagos | Lagos - Sao Tome - Lagos |
| Lagos - Accra - Lagos | Abuja - Owerri - Abuja |
| Lagos - Benin - Lagos | Calabar - Port Harcourt - Calabar |
| Lagos - Calabar - Lagos | Lagos - Owerri - Lagos |
| Lagos - Enugu - Lagos | Owerri - Malabo - Owerri |
| Lagos - Warri - Lagos | Click here for Flight Schedule[+] |

### News and Events in Aero!





**Fly Aero direct to Port Harcourt City**
Fly Aero from Lagos to Port Harcourt City (NAF Base Airport) on Tuesday, Thursdays and Saturday. Aero still flies to Owerri twice a day.


BRITISH AIRWAYS

**AERO Tickets at British Airways Office in Ikoyi**
You can now make your aero reservations and tickets purchases at the British Airways Office at Plot 5, Queens Drive (NearWaterside), Ikoyi.

### Special Offers and Packages in Aero!


GOLDEN TULIP
ACCRA

**Great Holiday Packages in Accra!**
Check out the great holiday packages in Accra for you and your family brought to you courtesy of Golden Tulip Hotels and Aero... More[+]


DESTINATIONS AND SCHEDULES

aero
the reliable way to fly
NEW FLIGHT SCHEDULE
TWO FLIGHTS
to and from the City of beauty
CALABAR


Fly aero direct from Lagos to atlantic paradise of
Sao Tome


aero reloadable travel card
aero
the reliable way to fly
bookandpayonline
www.flyaero.com
**Travel Solution for Frequent flyers**
• Its safe and secure
• Convenient to use
• Use from home & office...
eTranzact
Click here for your re-loadable application form



**Exciting Rates on Holiday Packages to Sao Tome!**
Introducing a very remarkable and exciting destination in Sao Tome E Principe which is a very beautiful island on the line of the equator.... More[+]



**Tour Packages to Obudu Ranch Resort!**
What gives Obudu Cattle Ranch Resort in Cross Rivers State a paradise-like aura? Could it be the numerous fascinating and... More[+]



**Aero and Nomad Africa Presents Tour Packages!**
Aero and Nomad Africa Tours are inviting you to join us for our weekend and one-week packages to Ghana...More[+]







Passengers should be at the Airport 2 hours to the ETD (Estimated Time of Departure) of an International flight and 1 hour to the ETD (Estimated Time of Departure) of a domestic flight for Check-in.

Please note that the eTicket (Electronic Ticket) is NON-REFUNDABLE and NON-TRANSFERABLE but rebookable before departure date, subject to seat availbility.

**INTERLINE PARTNERS**



**For Questions, Comments & Enquiries**
Call (+234)18996600, 18996601, 18996602, 18996603, 18996604, 18996605, 17751165, 17751168.

*Lines are opened everyday of the week from 0500hrs to 2000hrs (GMT)*



© Copyright 2007 AeroContractors Company of Nigeria Limited. All rights reserved.

**Please choose your departure and destination cities, and desired travel date.**

| FROM | TO | DAY | MONTH | YEAR | DEPARTING TIME |
|------|-----|-----|-------|------|----------------|
| PORT OF SPAIN ▼ | TOBAGO ▼ | 16 ▼ | Aug ▼ | 2007 ▼ | 05:00 ▼ |

**Return flight:** ☑    If ticked please enter return date.    | 16 ▼ | Aug ▼ | 2007 ▼ | 05:00 ▼ |

| Passengers Adults: | 1 | Children: (2 - 11 years) | 0 | Infants: (0 - 24 months) | 0 |

**Select Currency:** TTD Trinidad $ ▼

**Click on "Show Flights" to see flights which match your request.**

Show Flights

## FLIGHT SCHEDULE

**POSTAB**

| Dep. | Arr. | Flight No. | Freq. |
|------|------|-----------|-------|
| 06:00 | 06:25 | 1500 | Daily |
| 07:25 | 07:50 | 1510 | Daily |
| 07:55 | 08:20 | 1516 | Daily |
| 09:00 | 09:25 | 1520 | Daily |
| 09:45 | 10:10 | 1526 | Daily |
| 11:00 | 11:25 | 1530 | Daily |
| 13:15 | 13:40 | 1526 | Daily |
| 15:00 | 15:25 | 1550 | Daily |
| 16:35 | 17:00 | 1560 | Daily |
| 18:15 | 18:40 | 1570 | Daily |
| 19:45 | 20:10 | 1580 | Daily |
| 21:15 | 21:40 | 1590 | Daily |

**TABPOS**

| Dep. | Arr. | Flight No. | Freq. |
|------|------|-----------|-------|
| 06:40 | 07:05 | 1501 | Daily |
| 08:05 | 08:30 | 1511 | Daily |
| 08:40 | 09:05 | 1517 | Daily |

| | | | |
|---|---|---|---|
| **09:45** | 10:10 | 1521 | Daily |
| **10:30** | 10:55 | 1501 | Daily |
| **11:45** | 12:10 | 1531 | Daily |
| **14:00** | 14:25 | 1541 | Daily |
| **15:45** | 16:10 | 1551 | Daily |
| **17:15** | 17:40 | 1561 | Daily |
| **18:55** | 19:20 | 1571 | Daily |
| **20:25** | 20:50 | 1581 | Daily |
| **21:55** | 22:20 | 1591 | Daily |

**EXHIBIT T**

August 2007


**AirKiosk™**
the Internet reservations system and kiosk

News  |  Contact  |  Careers  |

| Home | The AirKiosk System | Customers | FAQ's | About Sutra | Client Login Area | Agent Login |

## Customers





























**AirKiosk™**  Get-Real Technology for Travel™

"AirKiosk" "DepartureKiosk," "AirXML," "AirCashier," and "Get-Real Technology for Travel" are trademarks of Sutra, Inc.
All rights reserved. © Sutra, Inc. 2007.

August 2007



the Internet reservations system and kiosk

| Home | The AirKiosk System | Customers | FAQ's | About Sutra | Client Login Area | Agent Login |

## Frequently Asked Questions

1. What does the AirKiosk system do?
2. How does the AirKiosk system work?
3. Can the AirKiosk system help me if I already have a reservations solution?
4. Is the AirKiosk system a "booking engine?"
5. Is there a limit to the transactions I can process with the AirKiosk system?
6. How do I get the AirKiosk system?
7. What do I need to install the AirKiosk system?
8. Do I need any other software licenses?
9. How long does it take to get started?
10. What support and maintenance is included?



**1. What does the AirKiosk system do?**
The AirKiosk system is an integrated solution for distribution, reservations, inventory management, check-in and revenue management.

Five GUIs provide differentiated user access to inventory and system functions.

***AT-A-GLANCE USER FUNCTIONALITY***

| **Control Agent Interface** | **Call Center Interface** |
|---|---|
| Schedule Create and Change | Full Schedule, AV, Fares display |
| Inventory Management | Full PNR handling for all points of sale |
| Fares | Ticket Stock management |
| Point-of-Sale Control | TSR (Ticket Sales Report) by POS |
| Offices and Agents | Queues |
| Flight Activity Tracking and Alerts | Lists |
| Revenue Management Tools | Passenger Protection and Reaccommodation |
| Sales Statistics and Reports with graphic presentation | **Internet Agent Interface** |
| Customer Loyalty Database | *Private access for travel agents, wholesalers, corporate accounts, other direct channels:* |
| System Tables | You control, at each agent office: |
| Message Switching Control | • AV and Fares display |
| **Check-In Interface** | • PNR, Payment and Ticket handling |
| Lists: PNL, ADL, Standby, Boarded, Service | Agency Management functions |
| Seat map with point-and-click assignment | **Self-Booking Interface** |
| Seat plan by gender for load control | *Public access for Internet consumers:* |
| Online validation of tickets and PNRs | Controlled AV and Fares display |
| Optional boarding pass and bag tag printing | Credit card or T/L hold bookings, or both |
|  | Automatic booking confirmation and e-ticket delivery |

AirKiosk system interfaces and message switching allow you to connect to:

- GDSs
- Other airlines
- Credit Card Authorization bureaus
- Other systems, including external DCS and RM

and any other trading partners with whom you have commercial links.

AirKiosk system inventory management functions support interline and codesharing agreements.

**2. How does the AirKiosk system work?**
The AirKiosk system runs on Linux servers over TCP/IP, based on an N-tier, network-centric architecture. The AirKiosk system can run on multiple logical and physical servers. Processing power and data reside wherever they are most needed and cost-effective.

| Airkiosk System Advantage | Your Benefit |
|---|---|
| Network-centric architecture | • Reliability<br>• System management and maintenance<br>• Rapid application development<br>• Compatibility with multiple OSs |
| Structured data, object and message-based databases | • Response time<br>• Scalability |
| Component application servers | • Shortened development cycles<br>• Maintenance ease<br>• Security |
| Ability to distribute logical servers among multiple, physical servers in a network | • System availability<br>• Reduced communications costs<br>• Security<br>• Tailoring of POS presentations to distinct user groups |
| Ability to use commodity hardware products and a range of processor types and sizes. | • Reduced hardware platform costs<br>• Scalability<br>• Flexibility to use new technology as it becomes available |
| Ability to integrate with legacy systems and access devices. | • Investment protection<br>• Gradual migration capability |

3.  *Can the AirKiosk system help me if I already have a reservations solution?*
Yes. Although the AirKiosk system is a full reservations and inventory management solution, its architecture is flexible enough to allow for integration and cooperative implementations with other systems. This is true whether you own your current reservation solution or are hosted on a third party's system.

For example, you can use the AirKiosk system to make all -- or selected parts -- of your master inventory available to points-of-sale which cannot access your host. The inventory available on the AirKiosk system is sold via AVS Open/Close messages managed by your host.

You can also split your inventory, making selected parts available only through the AirKiosk system and the points-of-sale you have designated for AirKiosk system access.

There are multiple benefits to using the AirKiosk system with legacy solutions:

- Cost-savings on ATO/CTO sales for vendors currently hosted by a third-party.
- Fast, easy (and controlled) introduction of direct sales to corporate accounts, travel agents or consumers, or all of these segments.
- Protection of host resources from excessive, and often unproductive, availability and fare "look ups" generated by Internet sites.
- Lower-cost distribution for special categories of inventory, such as charter flight operations, tour/consolidator operator sales, or discounted products.

These are just a few examples. If you have questions about a specific implementation idea, let us know.

If you are a large vendor with your own reservations host and high-level CRS/GDS participation, read our White Paper "Death by Booking Engine" to understand how the AirKiosk system will help you.

4.  *Is the AirKiosk system a "booking engine?"*
The AirKiosk system can be used as a "booking engine." However, the AirKiosk system is not a "booking engine."

The difference is critical. Unlike "booking engines," the AirKiosk system has fully functional inventory management, booking file, passenger handling, revenue management, and point-of-sale control functions.

To understand more about the difference, download our White Paper "Death by Booking Engine".

5.  *Is there a limit to the transactions I can process with the AirKiosk system?*
AirKiosk system software is scalable. For each AirKiosk system implementation, we specify hardware to handle expected transaction loads. As transaction requirements grow, the AirKiosk system can grow, too. We can determine and configure necessary hardware upgrades whenever they are required.

6.  *How do I get the AirKiosk system?*
There are two options:

**ASP Service**
We host your system on our own server complex. Monthly fees, based on your passenger volume, allow you to use to all system functions and our processing and technical support facilities.

**License Purchase**
A one-time license payment allows you perpetual use of the AirKiosk system on your site. Support and maintenance (including software upgrades) is contracted annually.

7.  *What do I need to install the AirKiosk system?*
If you use our ASP, you only need PCs with browsers for your users and an Internet connection to our servers.

If you are installing the AirKiosk software on your site, you will need:

**Hardware**
One or more servers, depending on your needs. We will help you size, specify and configure the hardware for your installation.

**Software**
Linux operating system
Standard browser software

**Communication**
Internet (ISP) connection

For CCA, GDS and interline connections, you will need appropriate commercial agreements with those entities. The AirKiosk system provides for the physical links.

8. *Do I need any other software licenses?*
NO. The AirKiosk system does NOT require that you license or use TP monitors, RDBMs, MS Windows or other third-party packaged software. All of the functions provided by these "extra layers" in other systems are built into the AirKiosk system software.

9. *How long does it take to get started?*
There are three steps to installing the AirKiosk system, in many cases the entire process can take as few as 6 to 8 weeks.

**Hardware/Network Implementation**
We provision your server and network requirements on our ASP or, if you are installing the AirKiosk software on your site, we help you with planning, specifications and configuration.

**Software Implementation**
We configure the AirKiosk software for your requirements, prepare any customizations required, brand your public interfaces, and load your initial databases and tables.

**Training**
We "train the trainers" in separate programs: System and Database Control, Reservations and Ticketing, Check-In and, if you have purchased a license, System Administration.

10. *What support and maintenance is included?*
We provide both online and telephone support, including expert-level support for your control agents. AirKiosk system users receive standard software upgrades and new releases. We also assist you with system expansions to handle increased transaction volumes.



*AirKiosk*™ Get-Real Technology for Travel™

"AirKiosk" "DepartureKiosk," "AirXML," "AirCashier," and "Get-Real Technology for Travel" are trademarks of Sutra, Inc.
All rights reserved. © Sutra, Inc. 2007.

August 2007


the Internet reservations system and kiosk

News 🖥 | Contact ✉ | Careers 👥

| Home | The AirKiosk System | Customers | FAQ's | About Sutra | Client Login Area | Agent Login |

## About Sutra

### AIRKIOSK SYSTEMS

Our primary business is the AirKiosk system and ASP service, the only travel distribution solution designed for the Internet. The AirKiosk system has functions equal to those of legacy IBM TPF- and Unisys USAS-based mainframe reservations systems, with the added advantages of integrated eCommerce and Revenue Management applications.

The AirKiosk system is the foundation for the AirKiosk Travel Network, an alternate CRS which will allow AirKiosk system users to directly participate in global distribution without the expense of legacy GDS and network fees.



### CONSULTING SERVICES

Custom consulting and development services are now a secondary activity at Sutra. Over the years we have advised such companies as Sabre, Worldspan, Atraxis, ARINC and Perot Systems on new technologies and travel distribution strategies, and provided key development staff to companies such as Lufthansa Consulting and Korean Airlines.

### MILESTONES

| | |
|---|---|
| 1991 | Sutra founded. |
| 1993 | Incorporated in the Commonwealth of Massachusetts. |
| 1994 | World's first distributed client-server airline reservations system, for Shanghai Airlines and Stratus Computer. |
| 1995 | Adaptware™ software, precursor to the AirKiosk™ system platform. |
| 1996 | Development of the AirKiosk system begins. |
| 1998 | Beta installation of the AirKiosk system. |
| 1999 | Commercial installations of the AirKiosk system begin. |
| 2001 | AirKiosk system ASP-based service introduced. |
| 2003 | World's first self-service booking change. |
| 2003 | World's first realtime, calendar-based Low Fare Finder. |
| 2004 | Integrated Revenue Management data collection and mining with instant inventory update. |
| 2004 | AirKiosk Web Content Management system. |
| 2004 | AirKiosk "BizDeals" private web pages and microsites. |
| 2005 | Dynamic XML web links to travel partner inventory. |
| 2005 | AirCashier™ online voucher and money credit management. |
| 2006 | World's first Special Services inventory control for online booking of SSRs such as WCHR. |
| 2006 | AirXML™ API for availability-driven fares and booking from external sites. |
| 2006 | DepartureKiosk™ Internet check-in. |

### OWNERSHIP & PRINCIPALS

Sutra is a closely held private corporation. The company's principals are:

**Novak Niketic**
President. Novak is the architect and principal developer of the AirKiosk system. Novak has 28 years' experience in travel information technology and was one of the chief architects of the first global distribution system, Galileo.

**Stephanie Niketic**
Executive Director. Before founding Sutra, Stephanie was the chief operating officer of the Yankee Group Research, Inc. Stephanie has 26 years' experience in technology market development and consulting.

**Raymond Pete**
Operations Director. Ray joined Sutra as a systems administrator in 2003. Rapidly contributing to the management of the company, he was appointed Operations Director in January 2006. Ray earned his Bachelor of Science degree in computer sciences from the University of Maine.

 **AirKiosk™** Get-Real Technology for Travel™

"AirKiosk," "DepartureKiosk," "AirXML," "AirCashier," and "Get-Real Technology for Travel" are trademarks of Sutra, Inc. All rights reserved. © Sutra, Inc. 2007.