2007-08-16 13:05   FROM: Fax ViaVita HB   TO: 001 617 951 1354   PAGE: 003 OF 005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

| | |
|---|---|
| SUTRA, INC., ) | |
|     Plaintiff, ) | |
| v. ) | |
| ICELAND EXPRESS, EHF, ) | |
|     Defendant. ) | |

## AFFIDAVIT OF TOMMY WIBERG

I, Tommy Wiberg, do hereby state and depose as follows:

1.   I am the Sales Manager of Airline Management Consultants Limited, with a principal place of business at Par House Building, Wickhans KCAY 1, P.O. Box 362, Roadtown, Tortola, Britsh Virgin Islands. I am a citizen of Sweden.

2.   Airline Management Consultants Limited is in the business of developing, marketing, distributing and servicing booking software products for electronic booking of passengers for the airline industry and tourist industry, including the airline reservation software system known as Ticket.net.

3.   In 2001, I personally created an airline reservation software system for an airline formerly known as GoodJET, which went bankrupt in 2002.

4.   After GoodJET went out of business, I created Ticket.net, which is the airline reservation software system currently used by Iceland Express.

5.   Sutra, Inc.'s allegations that I incorporated into Ticket.net trade secrets relating to the Airkiosk system are totally untrue and for many reasons preposterous. Among other things, Ticket.net is based on Microsoft Windows Server, Microsoft SQL

Server for storage, Microsoft Internet Information Services for the web and WebServices for communication with other systems. Ticket.NET is written in HTML and Visual Basic (Visual Studio). This is totally different than the Airkiosk system, which I understand from Sutra's website runs on a Linux/UNIX operating system.

6. Additionally, Ticket.NET is different from most other airline reservation systems, including Airkiosk as far as I can tell. Access to our end user software by the customer, travel agents and members of the public, is accomplished through one single web site interface, and all end users use one single application. Ticket.NET is a flexible and open multi lingual, multi currency system with unlimited classes of seats, priced in unlimited number of currencies and time constraints/ticket rules/terms. Normally this is handled by just a few alpha letters like Y, C, F and so forth, but Ticket.NET uses another approach with numeric classes which in turn may belong to "cabins" like Y (tourist), C (business) and so forth.

7. Contrary to Sutra's allegations in the lawsuit against Iceland Express, Iceland Express never gave me access to, and I have never seen, the Airkiosk system or any related documentation, other than what may have been publicly available on Iceland Express's or Sutra's website and, perhaps, the websites of various airlines that may have been customers of Sutra. By the same token, I have never had access to, nor would I have ever had the ability to access, the Airkiosk software, source code, object code or algorithms because the Airkiosk system is hosted on servers in the United States. I understand that Sutra has acknowledged this fact.

8. My understanding is that the reason Iceland Express decided to change airline reservation systems was that they were having tremendous difficulty obtaining

accurate sales data from the Airkosk system, and they needed to resolve the problem immediately in order to obtain additional funding in the absence of which their start-up operation might not have been able to survive. In light of the serious problems Iceland Express had with Airkiosk, it makes absolutely no sense that I would copy any portions of the Airkiosk system into Ticket.NET so that Iceland Express could turn around and license the same system from me.

7.   In light of my understanding that Sutra has acknowledged that Iceland Express never had access to the Airkiosk system software, source code and the like, I am deeply concerned and suspicious of Sutra's motives for requesting copies of the Ticket.net source code, and of Sutra's motives in general for suing Iceland Express.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ____Thursday____ 16 _____ DAY OF AUGUST, 2007.

_____
Tommy Wiberg

CERTIFICATE OF SERVICE
I hereby certify that this document filed thought the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on