UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

| | |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

### DEFENDANT ICELAND EXPRESS, EHF'S
### MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Defendant Iceland Express, ehf hereby moves for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) in connection with The Defendant Iceland Express, ehf's Memorandum of Law in Support of Motion for Summary Judgment. In support of this motion, the Defendant states that the Statement of Undisputed Facts consists of approximately 26 pages comprised primarily of deposition testimony of the parties, and leave to file excess pages is reasonably necessary for the Defendant to set forth all of the undisputed material facts and its supplemental legal arguments relating thereto, all of which will assist the Court in considering the issues.

WHEREFORE, the Defendant Iceland Express, ehf respectfully requests that this Honorable Court grant the Defendant leave to exceed the page limit set forth Local Rule 7.1(B)(4).

DEFENDANT ICELAND EXPRESS, EHF

By its attorneys,

*/s/ Matthew P. Zayotti*
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: August 17, 2007

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

*/s/ Matthew P. Zayotti*

---