UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

SUTRA, INC., )
  )
  Plaintiff, )
  )
v. )
  )
ICELAND EXPRESS, EHF, )
  )
  Defendant. )

**AFFIDAVIT OF MATTHEW P. ZAYOTTI, ESQ. IN
SUPPORT OF DEFENDANT ICELAND EXPRESS, EHF'S
OPPOSITION TO SUTRA' INC.'S THIRD MOTION TO COMPEL**

I, Matthew P. Zayotti, Esquire, do hereby state and depose as follows:

1. I am an associate with the law firm Keegan Werlin LLP, and I am an attorney in good standing of the bar of the Commonwealth of Massachusetts.

2. Attorney Richard Kirby and I represent the Defendant Iceland Express, ehf in connection with the above-captioned action.

3. On April 10 and 11, 2007, the depositions of Iceland Express's Rule 30(b)(6) designees, Gunnar Karl Nielsson, Matthias Imsland and Omar Olafsson, were conducted in Iceland.

4. Although I suggested to Sutra's counsel prior to the April 30, 2007 Status Conference that we jointly request the Court to extend discovery through May 31, 2007, in part, so that Iceland Express could try to arrange for Tommy Wiberg, the individual who created Ticket.net and allegedly incorporated therein the unspecified trade secrets of

Sutra, to voluntarily appear for a deposition, Sutra's counsel insisted on April 30, 2007 as the discovery deadline.

5.   Attached to this affidavit as <u>Exhibit A</u> are true and accurate copies of excerpts from the transcript of the deposition of Gunnar Karl Nielsson.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ____20th____ DAY OF AUGUST, 2007.

_____
Matthew P. Zayotti

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on ____August 20, 2007____.
_____.

2

# EXHIBIT A

```
                                                          1

                                        Volume I
                                        Pages 1 to 66
                                        Exhibits: 1 - 6


             UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


- - - - - - - - - - - - - - - -x
                                :
 SUTRA, INC.,                   :
            Plaintiff,          :
                                :
       vs.                      :   Civil Action No.
                                :   04-CV-11360 DPW
 ICELAND EXPRESS EHF,           :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

     DEPOSITION OF GUNNAR KARL NIELSSON, a
witness called on behalf of the Plaintiff, taken
pursuant to Rule 30 of the Massachusetts Rules of
Civil Procedure before Carol H. Kusinitz, Registered
Professional Reporter and Notary Public in and for
the Commonwealth of Massachusetts, at the Offices of
Jonsson & Hall Law Firm, Sudurlandsbraut 4, 108
Reykjavik, Iceland, on Tuesday, April 10, 2007,
commencing at 12:38 p.m.


PRESENT:

    Law Office of Brett N. Dorny (by Brett N. Dorny,
       Esq.) 386 West Main Street, Suite 12A,
       Northborough, MA  01532 for the Plaintiff.

    Keegan Werlin LLP (by Matthew P. Zayotti, Esq.)
       265 Franklin Street, Boston, MA
       02110-3113, for the Defendant.



                       * * * *
```

                                                                    4

1                         P R O C E E D I N G S
2                         GUNNAR KARL NIELSSON
3    a witness called for examination by counsel for the
4    Plaintiff, having been satisfactorily identified by
5    the production of his passport and having promised,
6    before the Notary Public, to tell the truth, was
7    examined and testified as follows:
8                         DIRECT EXAMINATION
9         BY MR. DORNY:
10        Q.    Would you state you your full name, please.
11        A.    Gunnar Karl Nielsson
12        Q.    By whom are you currently employed?
13        A.    Siminn.
14        Q.    What are your responsibilities at Siminn?
15        A.    I am the manager for ICT solutions.
16        Q.    When did you join Siminn?
17        A.    1st of June, 2005.
18        Q.    Prior to Siminn, by whom were you employed?
19        A.    By Iceland Express.  I think actually
20   that's not the firm name.  I think it's Island
21   Express.
22        Q.    When did you join Iceland Express?
23        A.    I was among the first employees when the
24   company started.  I think it was the 1st of January,