# EXHIBIT A



VOLUME I
PAGES: 1-163
EXHIBITS: 1-2

UNITED SATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-11360-DPW

```
_____
                                   )
SUTRA, INC.,                       )
                                   )
        Plaintiff                  )
                                   )
vs.                                )
                                   )
ICELAND EXPRESS, EHF,              )
                                   )
        Defendant                  )
_____)
```

**DEPOSITION OF SUTRA, INC.,** through its designee, STEPHANIE N. NIKETIC, a witness called on behalf of the Defendant, taken pursuant to the Massachusetts Rules of Civil Procedure, before Karrie Smith, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at Keegan Werlin LLP, 265 Franklin Street, Boston, MA, on Wednesday, April 25, 2007, commencing at 11:16 a.m.

EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795   (508) 478-0595 (Fax)
leppley@msn.com

```
 1        A.    (Witness nods.)
 2        Q.    Configure the system?
 3        A.    (Witness nods.)
 4        Q.    I think I may have missed something.  The
 5   next thing I have in my notes is train airline
 6   staff.  Was there some other --
 7        A.    Configuration includes branding certain
 8   interfaces of the system as appropriate with the
 9   airline's own logo or graphic information.
10        Q.    Okay.  Training airline staff, providing
11   the system, and supporting users --
12        A.    Expert-trained users.
13        Q.    Supporting expert-trained users; is that
14   how you worded that?
15        A.    Yes.
16        Q.    What sort of training was Sutra obligated
17   to -- strike that.
18              What is your understanding of the
19   training that Sutra was obligated to provide
20   Iceland Express under the AirKiosk agreement?
21        A.    Sutra allows for up to four airline
22   employees who are already experienced generally in
23   the functions they will be using the
24   AirKiosk System for to come to our facility in
```

1  Massachusetts for five days of hands-on training,
2  during which time we also provide user guides.
3      Q.   The five days of training you referred
4  to, are those five days of training spent on
5  different topics?
6      A.   They're spent on covering all areas of
7  the system.  So in the sense that there are
8  different areas of the system, you might say those
9  are different topics.
10     Q.   I can probably do this better by asking
11 you to take a look at Section 2.2 of the AirKiosk
12 agreement.  Are you there?
13     A.   I am.
14     Q.   Do you see under where it says 2.2
15 Subparagraph A, Training For Reservations?
16     A.   I see that.
17     Q.   Okay.  And also by the way, it says Sutra
18 shall train a maximum number of three Iceland staff
19 on the subject of reservations.  Did I read that
20 correctly?
21     A.   Yes, you did.
22     Q.   So it was actually a maximum number of up
23 to three Iceland Express employees and not four,
24 correct?

1    A.    This agreement says that.  I'm sure if
2  they had come up with four people, we would have
3  trained four people as we have done for other
4  airlines.
5    Q.    Okay.  But Sutra, under the contract,
6  wasn't obligated to do that, correct?
7    A.    No.
8    Q.    And the last sentence in Paragraph 2.2A
9  states, The duration of the training shall be two
10 days.  Do you see that?
11   A.    I see that.
12   Q.    So does that mean, I take it, Sutra would
13 provide two days of training on the subject of
14 reservations?
15   A.    That's what it says.
16   Q.    And then if you go to the next page,
17 Subsection B where it says, Training For Systems
18 and Data Control, the last sentence of that
19 paragraph says, The duration of the training shall
20 be two days?
21   A.    (Witness nods.)
22   Q.    So I take it there were going to be two
23 days of training on the subject of system and data
24 control?

```
 1          A.     That's what it says.
 2          Q.     And then the fifth day that you were
 3   referring to is described in Paragraph 2.2C,
 4   Training for Check-in, the duration of the training
 5   shall be one day.  So that's the total five days of
 6   training; is that correct?
 7          A.     That's correct.
 8          Q.     And did Sutra provide the training
 9   described in the contract?
10          A.     Sutra provided the training to the extent
11   that the company would provide trainees.
12          Q.     When you say to the extent that the
13   company would provide trainees, are you referring
14   to Iceland Express?
15          A.     I am.
16          Q.     Did Iceland Express provide trainees?
17          A.     Yes.
18          Q.     And how many trainees did Iceland Express
19   provide?
20          A.     Two.
21          Q.     Do you remember who they were?
22          A.     Gunnar Nielsson and a woman named
23   Bryndis.  I cannot recall her last name.
24          Q.     If I said the name Jonsdottir, would that
```