```
 1   ring any bells?
 2        A.   Well, just about everybody in Iceland is
 3   named something daughter or son.
 4        Q.   So the answer, I take it, is no, that
 5   really doesn't help.
 6        A.   It is in documentation, but I just don't
 7   recall exactly what kind of daughter she was.
 8        Q.   Okay.  But in any event, it was Gunnar
 9   Nielsson and someone by the name of Bryndis?
10        A.   Someone's daughter.
11        Q.   And these individuals you referred to
12   were Iceland Express employees?
13        A.   As far as I know, yes.
14        Q.   And did these two individuals participate
15   in the five days of training described in the
16   AirKiosk agreement?
17        A.   No.
18        Q.   How many days of training did they
19   participate in?
20        A.   As I recall, they were here for three
21   days.
22        Q.   Were those three days spent covering the
23   three areas of training generally or did you omit
24   one subject or how did you do the training?
```

```
 1            MR. DORNY:  Objection to form.
 2            You may answer.
 3       A.   We tried to cover all the training in
 4  three days.
 5       Q.   Was that -- strike that.
 6            Did Iceland Express and Sutra come to an
 7  understanding prior to the time of the training
 8  that Iceland Express was going to send two
 9  employees for three days of training?
10       A.   Could you repeat the question.
11       Q.   Sure.
12            Did Sutra know before the training began
13  that Iceland Express was going to send
14  Gunnar Nielsson and Bryndis for three days of
15  training?
16       A.   Yes.
17       Q.   Did Sutra object to providing only three
18  days of training to Iceland Express?
19       A.   Yes.
20       Q.   And what was Iceland Express's response
21  to Sutra's objection?
22       A.   To provide trainees only for three days.
23       Q.   And Sutra ultimately allowed two Iceland
24  Express employees to receive three days of
```

```
 1    that it was experiencing problems in its use of the
 2    AirKiosk System?
 3         A.   Yes.
 4         Q.   What sorts of problems did
 5    Iceland Express tell Sutra that Iceland Express was
 6    experiencing with the AirKiosk System?
 7         A.   What I recall, for the most part, is that
 8    they had an inability to understand the data they
 9    were downloading from ticket sales reports or even
10    in some cases to properly download the information.
11         Q.   Now, the data you're talking about that
12    Iceland Express said it was having problems
13    understanding and/or downloading from the ticket
14    sales reports, is that the data that
15    Iceland Express would have been using or was trying
16    to use with its third-party accounting software
17    system, to your knowledge?
18         A.   To my knowledge, that is why they would
19    download that data is to use it for accounting
20    purposes.
21         Q.   And did they ever say what it was about
22    the data that they were having trouble
23    understanding?
24         A.   Not in such a coherent way that we could
```

```
 1    seem to permanently help them.  For example, if
 2    they said we can't download it, we would download
 3    it for them without a problem.
 4         Q.   Did Iceland Express ever express to Sutra
 5    that it was having trouble getting its bookkeeping
 6    in order as a result of the difficulties it was
 7    experiencing with the sales report data?
 8         A.   The only time I recall hearing that was
 9    after they had breached the agreement.
10         Q.   When would that have been?
11         A.   After they had breached the agreement.
12         Q.   I'm saying when was that, when did they
13    breach the agreement?
14         A.   That we became aware of was in June 2003.
15         Q.   So in June 2003 you're referring to the
16    time when Iceland Express used an external script?
17         A.   Yes.
18         Q.   So after use of the external script,
19    Iceland Express advised Sutra that it wasn't
20    getting its books to add up; is that right?
21         A.   I can't recall exactly what language they
22    used.  The correspondence has been produced.
23         Q.   What is your recollection?
24         A.   I don't recall.
```