```
 1    AirKiosk System was consistent with what
 2    Iceland Express's credit card authorization
 3    providers was given?
 4         A.    No, we would not.
 5               MR. DORNY:  Objection.
 6               THE WITNESS:  Sorry.
 7               MR. DORNY:  That's okay.
 8         Q.    Now, you indicated that the AirKiosk --
 9    strike that.
10               You indicated that Iceland Express and
11    Sutra reached an agreement concerning the migration
12    of data from the AirKiosk System to
13    Iceland Express's new airline reservation system,
14    correct?
15         A.    Yes.
16         Q.    Do you remember what the terms of that
17    agreement were?
18         A.    Exactly, no.
19         Q.    Can you tell me generally what was agreed
20    to?
21         A.    Generally it was what we consider a
22    standard migration agreement.  We agreed on some
23    dates.  We agreed that we would take active PNR
24    data, that we would compile it in a file of a
```

```
 1    certain format, that we would send it to them, that
 2    they could put it into their new system, that they
 3    would have some time to tell us if they saw any
 4    problems or ask any questions, and that they would
 5    have access to the control agent portion of the
 6    system up to a certain time during which it was
 7    their responsibility to continue downloading their
 8    TSR data.
 9         Q.   You wouldn't have any recollection on
10    what the dates were?
11         A.   I don't.
12         Q.   And when you say dates, you're referring
13    to dates by which Sutra was agreeing to deliver the
14    PNR data?
15         A.   That's correct.
16         Q.   Did Sutra, to your recollection, adhere
17    to the agreement that was reached between Sutra and
18    Iceland Express concerning the migration of data?
19         A.   Yes, we did.
20         Q.   After the dates by which Sutra agreed to
21    provide migration data, did Iceland Express notify
22    Sutra that Sutra was still in possession of
23    PNR -- active PNR data that had not been provided?
24         A.   They notified us that they wanted
```