# EXHIBIT B

```
 1      Q.    -- of that program?
 2      A.    Not the source code.
 3      Q.    What do you mean by it retrieved the
 4   relationship of the data?
 5      A.    The relationship of data meaning the
 6   structure of the data as stored in AirKiosk system.
 7      Q.    And where is the PNR data stored?
 8      A.    In the AirKiosk system.
 9      Q.    But the AirKiosk system is composed of
10   different components.  Correct?
11      A.    Yes.  I mean, define components?  But yes.
12      Q.    I'm going to be looking to you to define
13   components because you're the expert on this.  To
14   use a term that I've heard and seen in the
15   correspondence, there are different modules that
16   comprise the AirKiosk system.  Is that right?
17      A.    Modules, programs, data storage,
18   communication part.  A complex system.
19      Q.    Sure.  You said that the external script
20   retrieved the relationship or the structure of the
21   data as it is stored in the AirKiosk system.  How
22   did it do that?
23      A.    No, I said -- When you said PNR contained
24   only data, I said it contains also the structure,
```

```
 1  the way the data is stored internally.
 2      Q.   Okay.  So tell me what the external script
 3  got after it was used.  What did it retrieve?
 4      A.   At least these two components.
 5      Q.   The data itself?
 6      A.   The data itself and how the data is
 7  organized within the AirKiosk system.
 8      Q.   So the data consisting of passenger names
 9  and things of that nature.  Correct?
10      A.   The data consisting of -- Well, passenger
11  name is one information, but there are a lot of
12  information in PNR.
13      Q.   Sure.  Flight, fare paid?
14      A.   Not all are user-oriented.  There is also
15  system-oriented information.
16      Q.   What other kinds of data, other kinds of
17  system-oriented information is in the PNR?
18      A.   Registering access to PNR.
19      Q.   What do you mean by that?
20      A.   Registering who belongs to record, for
21  example.
22      Q.   So the external script also retrieved the
23  identity of the person who created the record?
24      A.   That was also in PNR.  That is also in
```