# EXHIBIT C

# AIRKIOSK SYSTEM
# APPLICATION SERVICE PROVIDER AGREEMENT

between

## SUTRA, INCORPORATED

and

## ICELAND EXPRESS ehf

TABLE OF CONTENTS:

ARTICLE 1 DEFINITIONS .................................................................................................. 2
ARTICLE 2 ACTIVITIES TO BE PERFORMED BY SUTRA ........................................... 3
ARTICLE 3 ACTIVITIES TO BE PERFORMED BY ICELAND ...................................... 6
ARTICLE 4 ACTIVITIES TO BE PERFORMED BY BOTH PARTIES ........................... 8
ARTICLE 5 FINANCE ........................................................................................................ 9
ARTICLE 6 PAYMENT ..................................................................................................... 10
ARTICLE 7 DURATION ................................................................................................... 11
ARTICLE 8 TERMINATION ............................................................................................ 11
ARTICLE 9 TRADE SECRETS, CONFIDENTIALITY .................................................. 12
ARTICLE 10 WARRANTY, LIABILITY ......................................................................... 12
ARTICLE 11 FORCE MAJEURE ...................................................................................... 13
ARTICLE 12 SEPARATE ARRANGEMENTS ................................................................ 13
ARTICLE 13 LEVEL OF SERVICES ............................................................................... 14
ARTICLE 14 CONTENTS OF THE AGREEMENT ......................................................... 14
ARTICLE 15 ASSIGNMENT ............................................................................................ 14
ARTICLE 16 NOTICES ..................................................................................................... 15
ARTICLE 17 DISCLOSURE OF TERMS & CONDITIONS ........................................... 15
ARTICLE 18 WAIVER ...................................................................................................... 15
ARTICLE 19 APPLICABLE LAW .................................................................................... 16

1.  SUTRA, INCORPORATED
    93 High Street
    Newburyport, Massachusetts 01950, U.S.A.
    (hereinafter referred to as: "SUTRA")

    and

2.  ICELAND EXPRESS ehf
    Sudurlandsbrant 24
    108 Reykjavik, ICELAND
    (hereinafter referred to as: "[ICELAND]")

(hereinafter collectively referred to as the "Parties")

Whereas ICELAND wishes to connect to and use SUTRA's Computerized Inventory and Sales Management System (known within SUTRA as "*AIRKIOSK*") which is a Reservations System as generally understood within the world of air transportation.

Whereas SUTRA is entitled and prepared to connect ICELAND, as ICELAND is owned and constituted on the date of this Agreement, to *AIRKIOSK* and provide for ICELAND's use of *AIRKIOSK* as an Application Service Provider (ASP) based, or hosted, service.

Whereas both parties wish to incorporate the terms and conditions concerning this connection in an agreement (hereinafter referred to as "Agreement"),

THE PARTIES DO HEREWITH AGREE AS FOLLOWS

## ARTICLE 1 DEFINITIONS

1.1   U.S. OFFICE HOURS

Monday to Friday from 08:30 to 17:00 Eastern U.S. Time

1.2   AIRKIOSK SYSTEM

SUTRA's Computerized Reservations, Inventory Control and Check-In software which is comprised of Programs (see 1.3 "Programs) developed by and proprietary to SUTRA. *AIRKIOSK* is a trademark of SUTRA.

1.3   PROGRAMS

Proprietary computer software and related technology developed by SUTRA and as modified by additions thereto or deletions therefrom from time to time.

1.4   *AIRKIOSK* DATA

*AIRKIOSK* Data consists of data related to ICELAND's inventory and reservations such as but not limited to schedules, fares and equipment details, as used in the *AIRKIOSK* System.

1.5   *AIRKIOSK* DATABASE

*AIRKIOSK* Database is the database of the *AIRKIOSK* System in which the *AIRKIOSK* Data is stored.

1.6   PROJECT

The Project is the implementation of a single *AIRKIOSK* ASP partition, connection at one ICELAND site in Reykjavik and consists of a start date and an end date.

The Project does not include message switching, or other links or operations, between *AIRKIOSK* and third-party systems unless specifically provided for in this Agreement.

1.7   ICELAND STAFF

ICELAND Staff are those people employed by ICELAND with permanent hire status, rather than people with temporary, consultant or other non-permanent or non-employee status.

## ARTICLE 2 ACTIVITIES TO BE PERFORMED BY SUTRA

### 2.1　PREPARATION

**A.　PROJECT**

SUTRA shall assist during the implementation and cutover period of ICELAND's use of *AIRKIOSK* facilities.

Such assistance consists of the following activities:
a. Project management;
b. Connection support (advising ICELAND Staff in selecting and installing equipment and communications facilities used to access the *AIRKIOSK* system);
c. Provision of the necessary operating infrastructure in the SUTRA host ASP system (server and network facilities, system initialization);
d. Initial loading of relevant data and configuration of interfaces in the *AIRKIOSK* system;
e. Provision of interface(s) to one online credit card authorization provider, to be contracted by ICELAND subject to SUTRA's agreement.

Additional implementation and cutover support can be made available to ICELAND on terms and conditions to be mutually agreed and against costs as mentioned in Article 5.3 of this Agreement.

**B　CUTOVER DATE**

SUTRA shall endeavor to enable ICELAND to use *AIRKIOSK* ("Cutover") on the date planned, subject, among other things, to ICELAND's timely provision of adequate and reliable connection facilities, timely provision of required relevant data and configuration information, and the timely availability of ICELAND staff to be trained. Both Parties shall correspond on a regular basis and shall exchange all information required to meet the planned cutover date.

### 2.2　EDUCATION

Education consists of train-the-trainers programs for ICELAND Staff experienced in performing the duties relevant to their training in the use of the *AIRKIOSK* system.

**A　TRAINING FOR RESERVATIONS**

SUTRA shall train a maximum number of three (3) ICELAND Staff on the subject of Reservations. The location of the training shall be SUTRA's office or one location provided by ICELAND, to be determined by mutual agreement between the Parties.
The duration of the training shall be two (2) days.

**B    TRAINING FOR SYSTEM AND DATA CONTROL**

SUTRA shall train a maximum number of three (3) ICELAND Staff on the subject of System and Data Control.
The location of the training shall be SUTRA's office or one location provided by ICELAND, to be determined by mutual agreement between the Parties.
The duration of the training shall be two (2) days.

**C    TRAINING FOR CHECK-IN**

SUTRA shall train a maximum number of three (3) ICELAND Staff on the subject of Check-In.
The location of the training shall be SUTRA's office or one location provided by ICELAND, to be determined by mutual agreement between the Parties.
The duration of the training shall be one (1) day.

**D    USED LANGUAGE**

The English language shall be used in SUTRA courses mentioned in Article 2.2.

**E    DELIVERY OF DOCUMENTATION**

SUTRA shall provide to ICELAND the following current versions of documentation in electronic format:

1. Control Agent Interface Guide
2. Call Center Interface GUI Functions Guide
3. Call Center Interface Expert Command Guide
4. Internet Agent Interface Guide
5. Check-In Interface Guide

All documentation is published in the English language.

ICELAND shall have the right to translate and/or reproduce the heretofore mentioned documentation supplied by SUTRA for its own internal use only, without prejudice to Article 9 of the Agreement. SUTRA shall from time to time modify the relevant *AIRKIOSK* documentation as a result of new developments in *AIRKIOSK* as mentioned in Article 2.4.

## 2.3    SYSTEM USE

**A    PROVISION OF *AIRKIOSK***

*AIRKIOSK* is provided to ICELAND complete and as is in commercial use. SUTRA shall provide updates to the Programs from time to time to maintain the provision of *AIRKIOSK* as is in commercial use.

**B    CONCURRENT USER ACCESS TO THE SUTRA HOST COMPUTER**

The service provisioned to ICELAND under this Agreement supports in normal operation up to 100 concurrent users of ICELAND data and functions.