C.     INVENTORY DATABASE

The service provisioned to ICELAND under this Agreement supports up to 200,000 seats per year in inventory.

D.     LINKS TO THIRD-PARTY SYSTEMS

The service provisioned to ICELAND under this Agreement supports a link to one online credit card authorization provider, to be contracted by ICELAND subject to SUTRA's agreement.

E.     "POWERED BY AIRKIOSK"

The AIRKIOSK system is provided to ICELAND with the "Powered by AIRKIOSK systems" legend and logo visible and as positioned by SUTRA within all Internet interfaces.

## 2.4 MAINTENANCE

A     FUNCTIONAL SUPPORT

SUTRA shall support ICELAND's designated *AIRKIOSK* User Contact in the use of system functions by telephone and electronic mail during U.S. Office Hours.

B     TECHNICAL SUPPORT

SUTRA shall support ICELAND's designated *AIRKIOSK* User Contact for questions on the subject of system availability and performance by electronic mail and telephone during U.S. Office Hours and, in emergencies, by telephone 24 hours per day, 7 days per week. SUTRA shall give advice with regard to system problems as encountered by ICELAND and how ICELAND has to deal with these individually until the problem has been technically resolved by SUTRA.

C     SYSTEM ERRORS, USAGE AND DEVELOPMENTS

SUTRA shall inform ICELAND:
a. about known system errors and how ICELAND has to deal with these individually until the problem has been technically resolved by SUTRA;
b. about the incorrect use of *AIRKIOSK* by ICELAND Staff if detected by SUTRA;
c. about new developments and updates incorporated into *AIRKIOSK*.

D     ADDITIONAL REQUIREMENTS

*AIRKIOSK* is made available to ICELAND complete and as is in commercial use.
At the request of ICELAND thereto and at the discretion of SUTRA, SUTRA shall add functions to *AIRKIOSK* on terms and conditions to be mutually agreed between the Parties.

## ARTICLE 3 ACTIVITIES TO BE PERFORMED BY ICELAND

### 3.1 GENERAL

The activities as mentioned in Article 3.2 and 3.3 shall be completed before the cutover date as mentioned in Article 2.1. B.

### 3.2 PREPARATION

**A   SITE PREPARATION**

ICELAND shall perform, at its own expense, all site preparations to enable proper connection to and use of the AIRKIOSK system.

**B   EQUIPMENT**

ICELAND shall be responsible for the purchasing and installation of the equipment to be connected to AIRKIOSK for the purpose of ICELAND's use of the system. ICELAND agrees that the remote equipment to be used and connected to AIRKIOSK shall be in compliance with SUTRA's specifications for the AIRKIOSK environment, which shall be made available to ICELAND by SUTRA.

**C   COMMUNICATIONS**

ICELAND shall be responsible for the installation of Internet communication facilities, or other communication facilities as mutually agreed between the Parties, which are adequate for AIRKIOSK system throughput requirements, for its connection to AIRKIOSK. All communication costs and any links with third-party networks shall be the responsibility of ICELAND.

**D   PROVIDE INITIAL DATA FOR THE AIRKIOSK DATABASE**

ICELAND shall provide to SUTRA, for SUTRA's initial loading, data required for ICELAND's inventory, schedules, fares, and first control agent access and authorization.

**E   PROVIDE RELEVANT OPERATIONS AND PROCEDURE S INFORMATION**

ICELAND shall provide information on its operations and procedures relevant to its use of the AIRKIOSK system in order for SUTRA to configure the AIRKIOSK system for ICELAND's use.

**F   PROVIDE RELEVANT THIRD-PARTY LINK INFORMATION**

ICELAND shall provide a technical contact with the agreed online credit card authorization provider, and shall ensure that this provider give SUTRA sufficient information and cooperation for SUTRA's development and testing of a system interface to this provider's service.

### 3.3 EDUCATION

**A    ICELAND TRAINING PROGRAM**

ICELAND shall organize for the training program for AirKiosk system use. ICELAND Staff provided for training shall be experienced in their relevant duties and of a caliber to train other ICELAND Staff and ICELAND travel agents.

**B    ACCOMMODATION FOR TRAINING**

ICELAND shall make available at its own expense adequate accommodation and facilities for training, if training is to take place at ICELAND's location.

**C    USE AIRKIOSK AS DESCRIBED IN GUIDES**

ICELAND shall instruct its staff and agents o operate AIRKIOSK as described in AIRKIOSK Guides supplied by SUTRA to ICELAND.

### 3.4 SYSTEM USE

**A    INSTALLED EQUIPMENT AND COMMUNICATIONS**

It is the sole responsibility of ICELAND to ensure the proper functioning of its own installed equipment and communications facilities for access to the AIRKIOSK system, and of its communications links with third-party networks.

**B    SYSTEM SECURITY**

ICELAND shall provide and maintain one static IP address, to be registered with SUTRA, for Control Agent Interface access by ICELAND Staff assigned to perform reservations control functions through AIRKIOSK. It is the responsibility of ICELAND to ensure that all ICELAND Staff and agent authorization and sign-in level security is sufficiently maintained.

**D    FIRST LINE HELPDESK AND AIRKIOSK USER CONTACTS**

ICELAND shall establish and staff a first-line HelpDesk for its users of AIRKIOSK and shall designate up to one member of ICELAND staff as its contact with SUTRA for Functional Support and up to one member of ICELAND Staff as its contact with SUTRA for Technical Support. Each of these designees may have an alternate. AIRKIOSK User Contacts shall be sufficiently qualified to make a first determination if a problem has resulted from user error, user communications outages, user equipment failure or other situations outside the AIRKIOSK system. Only designated AIRKIOSK User Contacts shall have access to SUTRA's Functional Support and Technical Support facilities.

**E    STAFF**

ICELAND guarantees that AIRKIOSK shall only be operated for or on behalf of ICELAND by properly trained and qualified staff.

### 3.5 MAINTENANCE

#### A  DATA MAINTENANCE

ICELAND shall load and maintain the database of *AIRKIOSK* ("*AIRKIOSK* Database") with the data required for its operation, including but not limited to, inventory, schedules, fares, offices and user access and authorization information.
ICELAND shall continue to furnish the *AIRKIOSK* Database with the required data and other information in such a way that all applicable national and international legal and operational rules and regulations are observed.

#### B  CAPACITY AND YIELD CONTROL

ICELAND shall perform Capacity and Yield Control activities for all ICELAND flights.

#### C  EQUIPMENT

ICELAND shall maintain all equipment in use with ICELAND for connection to *AIRKIOSK*. Such maintenance shall be of the highest standard, and ICELAND shall ensure that all equipment in use with ICELAND for the use of *AIRKIOSK* shall be kept in or restored to an excellent and running condition and performance.

#### D  MALFUNCTION

ICELAND shall report to SUTRA on a timely basis any malfunctioning of *AIRKIOSK*.


## ARTICLE 4 ACTIVITIES TO BE PERFORMED BY BOTH PARTIES

### 4.1  PROJECT MANAGEMENT

Each party, ICELAND and SUTRA, shall assign a Project Manager. Project Managers shall take care of all activities and contacts within their respective companies. They shall meet or correspond on a regular basis, before and during cutover of the system.

### 4.2  SUBCONTRACTING

A party may subcontract any or all of its obligations and duties to persons, companies or firms as its agents or subcontractors only upon the mutual agreement in writing of both Parties.

## ARTICLE 5 FINANCE

### 5.1 PROJECT AND EDUCATION COSTS

Total costs for the activities mentioned in Article 2.1 and 2.2 are **USD 20,000** (twenty thousand US Dollars).

### 5.2 SYSTEM USE COSTS

The service charge for the use of the *AIRKIOSK* ASP shall be a Monthly Fee of **USD 1,500** one thousand five hundred US Dollars) per month.

This fee of USD **1,500** per month covers the processing of up to 9,000 (nine thousand) revenue passengers boarded per month ("peak month"), but no more than a total of 100,000 one hundred thousand) revenue passengers boarded in any consecutive 12 (twelve) month period. Processing in excess of these limits is charged at USD **0.20** (**twenty** U.S. cents) per additional revenue passenger boarded.

In the event that the number of RPB cannot be clearly established, the number of bookings will be used to calculate System Use Costs.

### 5.3 ADDITIONAL MANPOWER COST

Additional manpower for all kinds of activities requested by ICELAND, in such areas as mentioned in Article 5.1 or in any other area of automated reservation sales and reservation control, shall be provided upon mutual agreement of the parties by SUTRA at a rate of **USD 1,000** (one thousand US Dollars) per man day.

### 5.4 GENERAL FINANCE CONDITIONS

**A    TRAVEL EXPENSES AND DAILY ALLOWANCE**

All costs mentioned in article 5.1, 5.2 and 5.3 do not include travel expenses of SUTRA staff. ICELAND shall either arrange at its own expense for the travel and accommodation of SUTRA staff or shall reimburse SUTRA for the travel, accommodation expenses of SUTRA staff, and shall pay to SUTRA a daily allowance of <AMOUNT> per day per SUTRA staff traveling on assignment for ICELAND.
All expenses for ICELAND staff are for the account of ICELAND.

**B    TAXES**

ICELAND shall hold SUTRA free and harmless from liability for taxes, duties, fees or other assessments (including the amount of interest and penalties in connection therewith), imposed by any government or other authority as a result of this Agreement, except taxes levied or assessed by the U.S. Government on SUTRA's net income profit.

## ARTICLE 6 PAYMENT

### 6.1  PROJECT AND EDUCATION COSTS

ICELAND shall pay the project and education costs as mentioned in Article 5.1 prior to project commencement.

### 6.2  SYSTEM USE COSTS

For payment of the System Use Cost, as described in Article 5.2, SUTRA as from the date of cutover, but not later than 90 days after contract execution, shall present to ICELAND at the beginning of each month an invoice for that month's minimum Monthly Fee. Additional processing costs for previous months, if any, shall be included in these monthly invoices. Monthly invoice payments are due within 30 days after the date of invoice.

### 6.3  ADDITIONAL MANPOWER COSTS

ICELAND shall pay additional manpower costs as mentioned in Article 5.3 upon presentation of an invoice by SUTRA.

### 6.4  OTHER PAYMENT PROVISIONS

a. ICELAND shall pay all travel expenses and daily allowance costs as mentioned in Article 5.4 upon presentation of an invoice by SUTRA.

b. ICELAND shall make payments of all invoices related to the activities of the implementation of *AIRKIOSK*, which are sent to SUTRA, but which are according to this Agreement for the account of ICELAND.

c. All payments shall be made by ICELAND by bank wire transfer to SUTRA in US Dollars into SUTRA's account with the 'The Institution for Savings', Newburyport, Massachusetts, no. 79 005079 3.

d. In the event that any payments are not received when due, SUTRA may suspend ICELAND's connection to and use of the *AIRKIOSK* system, following a notice period of 10 days, until such time as all payments due are made.