UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

| | |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**DEFENDANT ICELAND EXPRESS, EHF'S
MOTION FOR LEAVE TO FILE REPLY TO SUTRA'S MEMORANDUM
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Defendant Iceland Express, ehf hereby moves for leave to file a reply to Sutra's Memorandum in Opposition to Defendant's Motion for Summary Judgment. In support of this motion, the Defendant states that the Defendant's proposed Reply filed herewith is reasonably necessary to address certain limited points raised by Sutra in its opposition to Defendant's Motion for Summary Judgment.

WHEREFORE, the Defendant Iceland Express, ehf respectfully requests that this Honorable Court grant the Defendant leave to file its proposed Reply to Sutra's Memorandum in Opposition to Defendant's Motion for Summary Judgment.

DEFENDANT ICELAND EXPRESS, EHF

By its attorneys,

/s/ Matthew P. Zayotti
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts  02110-3113
(617) 951-1400

Dated:  September 25, 2007

> **CERTIFICATE OF SERVICE**
> I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on ___September 25, 2007___.
> /s/ Matthew P. Zayotti

2