UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

| | |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**AFFIDAVIT OF MATTHEW P. ZAYOTTI, ESQ. IN
SUPPORT OF DEFENDANT ICELAND EXPRESS, EHF'S
[PRPOSED] REPLY TO SUTRA'S MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Matthew P. Zayotti, Esquire, do hereby state and depose as follows:

1. I am an associate with the law firm Keegan Werlin LLP, and I am an attorney in good standing of the bar of the Commonwealth of Massachusetts.

2. Attorney Richard Kirby and I represent the Defendant Iceland Express, ehf in connection with the above-captioned action.

3. Attached to this affidavit as <u>Exhibit A</u> is a true and accurate copy of the transcript of the Deposition of Omar Orn Olafsson.

4. Contrary to Sutra's argument raised for the first time in opposition to the Defendant's Motion for Summary Judgment, Sutra's counsel has never indicated to me that preparation of the report of Peter Nimerius was delayed because of any failure on the part of Iceland Express to provide Dorny did not state in his letter, nor did he ever state to counsel for Iceland Express during any discussions, that the delay in completing the Nimerius report was due in any way to any failure on the part of Iceland Express. In fact,

he gave no explanation at all, and the first time I ever heard Sutra claim that preparation of the expert report was delayed because of any failure on the part of Iceland Express to provide requested materials was when Sutra filed its Opposition to Iceland Express's Motion for Summary Judgment.

5.  Moreover, during a two-way discovery conference on June 20, 2007, I specifically told Mr. Dorny that if Sutra still intended to use Peter Nimerius as an expert witness, Sutra's failure to timely make expert witness disclosures was a "major problem," or words to that effect, in light of the late stages of the litigation. Nevertheless, Mr. Dorny never asked me for any further extension, nor did he ever file any motion with the Court.

6.  Attached to this affidavit as <u>Exhibit B</u> is a true and accurate copy of a letter from Mr. Dorny to me dated June 7, 2007.

7.  Although Mr. Dorny indicated in his May 25, 2007 letter that Peter Nimerius would be a technical expert, he also indicated that he would produce the AirKiosk source code and allow Iceland Express to inspect the AirKiosk System pursuant to its discovery requests, but then never did so.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
_____25th_____ DAY OF SEPTEMBER, 2007.

_____
Matthew P. Zayotti

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _September 25, 2007_.

_/s/ Matthew P. Zayotti_

# EXHIBIT A

# In The Matter Of:

*Sutra, Inc. v.*
*Iceland Express EHF*

---

*Omar Orn Olafsson*
*April 11, 2007*

---

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*Videoconference Center*
*50 Franklin Street, Boston, MA 02110*
*Phone: (617) 426-2432*

Original File olafsson.v1, Pages 1-47

**Word Index included with this Min-U-Script®**

### Page 1

Volume I
Pages 1 to 47
Exhibits: None

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - -x
SUTRA, INC.,                  :
        Plaintiff,            :
                              :
    vs.                       : Civil Action No.
                              : 04-CV-11360 DPW
ICELAND EXPRESS EHF,          :
        Defendant.            :
                              :
- - - - - - - - - - - - - - -x

DEPOSITION OF OMAR ORN OLAFSSON, a witness called on behalf of the Plaintiff, taken pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure before Carol H. Kusinitz, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Jonsson & Hall Law Firm, Sudurlandsbraut 4, 108 Reykjavik, Iceland, on Wednesday, April 11, 2007, commencing at 10:13 a.m.
PRESENT:
    Law Office of Brett N. Dorny (by Brett N. Dorny,
        Esq.) 386 West Main Street, Suite 12A,
        Northborough, MA  01532 for the Plaintiff.
    Keegan Werlin LLP (by Matthew P. Zayotti, Esq.)
        265 Franklin Street, Boston, MA
        02110-3113, for the Defendant.
                    * * * *

### Page 2

                    I N D E X
WITNESS              DIRECT   CROSS   REDIRECT   RECROSS
OMAR ORN OLAFSSON
    BY MR. DORNY        3
                    * * * *

### Page 3

[1]        P R O C E E D I N G S
[2]            OMAR ORN OLAFSSON
[3]   a witness called for examination by counsel for the
[4]   Plaintiff, having been satisfactorily identified by
[5]   the production of his passport and having first
[6]   promised, before the Notary Public, to tell the
[7]   truth, was examined and testified as follows:
[8]         **DIRECT EXAMINATION**
[9]   **BY MR. DORNY:**
[10]      Q.  This is a deposition. I'm going to ask you
[11]  some questions, which you will answer. She
[12]  (indicating) will be recording everything that we
[13]  say, which then can be presented to the Court in the
[14]  United States. So if I ask you a question, you will
[15]  need to answer vocally, "Yes," "No." Nodding the
[16]  head doesn't get picked up by the court reporter.
[17]      And sometimes I'll ask you some questions
[18]  just to make things clear. Even though you
[19]  understand something and I understand something,
[20]  people who are reading it may not, and so we will
[21]  have to ask some questions to help explain things.
[22]      To start with, I'm going to ask, what is
[23]  your full name?
[24]      A.  Omar Olafsson. Omar Orn Olafsson.

### Page 4

[1]      Q.  And by whom are you employed?
[2]      A.  I'm employed by Iceland Express.
[3]      Q.  What is your position with Iceland Express?
[4]      A.  IT manager.
[5]      Q.  How long have you been employed by Iceland
[6]  Express?
[7]      A.  Since February 2005. Just over two years.
[8]      Q.  Have you been IT manager during the whole
[9]  time that you've been employed with Iceland Express?
[10]     A.  Yes.
[11]     Q.  What are your responsibilities as IT
[12] manager?
[13]     A.  Everything that has to do with our computer
[14] system, I'm responsible for that, the daily -- its
[15] running all the time and how we go forward with the
[16] system. That goes for, I mean, both hardware and
[17] software, the office and everything that has to do
[18] with our customers, accessing our booking system and
[19] so on.
[20]     Q.  To whom do you report?
[21]     A.  CEO.
[22]     Q.  And do you have anyone that reports to you?
[23]     A.  Not actually, no.
[24]     Q.  Are you familiar with the Ticket.NET

**Page 5**

[1] booking system?  
[2]   A.  Yes. That's part of my daily job.  
[3]   Q.  In the course of your employment as IT  
[4] manager, have you made changes to the booking  
[5] system?  
[6]   A.  Made changes?  
[7]   Q.  Made changes.  
[8]   A.  Depends on what do you mean by changes. I  
[9] haven't done any changes with the system itself,  
[10] not -- as software. Of course I work with data.  
[11]   Q.  You have made no changes to the software?  
[12]   A.  No.  
[13]   Q.  Have any changes been made to the software  
[14] since you've been IT manager?  
[15]   A.  Yes. Sure.  
[16]   Q.  Who has made those changes?  
[17]   A.  Thomas Wiberg.  
[18]   Q.  And why has Mr. Wiberg made changes to the  
[19] software?  
[20]   A.  Why?  
[21]   Q.  Why.  
[22]   A.  We or the company is developing new  
[23] businesses all the time, and as a core part of our  
[24] operation, the booking system has to adapt to the  

**Page 6**

[1] company all the time.  
[2]   Q.  How does Mr. Wiberg determine what changes  
[3] to make?  
[4]   A.  We ask him.  
[5]   Q.  Who does the asking to Mr. Wiberg?  
[6]   A.  In most cases it's me.  
[7]   Q.  Who else may ask Mr. Wiberg to make  
[8] changes?  
[9]   A.  Our E business manager.  
[10]   Q.  Who is the E business manager?  
[11]   A.  His name is George Haraldsson.  
[12]   Q.  Are you familiar with how the Ticket.NET  
[13] system runs, what all the screens are?  
[14]   A.  As a user, yes. I'm using it every day.  
[15]   Q.  Okay.  
[16]   A.  As a user I know some -- I know quite a lot  
[17] about the data structure and how we -- but I'm not a  
[18] programmer and don't know much about that.  
[19]   Q.  Is there more than one module in the  
[20] Ticket.NET system?  
[21]   A.  Modules... What do you mean by modules? I  
[22] mean...  
[23]       MR. ZAYOTTI: It's fine if you don't  
[24] understand a question.  

**Page 7**

[1]   Q.  If you don't understand something, ask it,  
[2] because we want to make sure it's clear.  
[3]   A.  Yes.  
[4]   Q.  It's a term that Gunnar used yesterday in  
[5] terms of modules, but I'll use something else. Is  
[6] there more than one interface to the Ticket.NET  
[7] system?  
[8]   A.  Well, we group users in terms of  
[9] permission. Like, we have what we call a customer  
[10] interface, what's accessible from the Internet. And  
[11] then we have, of course, our agents, our sales  
[12] agents. They have different access to the system.  
[13] They get different screens, because they have more  
[14] permission.  
[15]       We have people in the back office of the  
[16] company doing things like changing prices and -- so,  
[17] yield management, you could say. They have a  
[18] different access, again, the most, the highest  
[19] permission.  
[20]       So you could say different modules in that  
[21] sense, but -- seen from the user, yes. Three  
[22] different interfaces, probably.  
[23]   Q.  In terms of the back office, in terms of  
[24] permissions, are there things that some people can  

**Page 8**

[1] do and other people cannot do?  
[2]   A.  Yes, sure. Otherwise we wouldn't be able  
[3] to run it.  
[4]   Q.  How many different sets of permissions are  
[5] there for the back office end?  
[6]   A.  How many different --  
[7]   Q.  Let me ask it this way: How many people  
[8] can access the back office part of the system?  
[9]   A.  I can only try to remember. Probably ten  
[10] people. I don't have these figures exact. It's  
[11] always too many.  
[12]   Q.  And generally, what are the roles that  
[13] those people have? For example, you're IT manager;  
[14] I assume you can access the back end of it?  
[15]   A.  Yes.  
[16]   Q.  Who else can access the back end of the  
[17] system?  
[18]   A.  Our finance manager, our yield manager, our  
[19] E business manager, of course, our sales manager.  
[20] There are one or two agents that work with refunds  
[21] and that kind of stuff; they have access to the  
[22] system in that way. The CEO, of course.  
[23]       There are a couple of people more -- yes,  
[24] we have -- yes. There are three people in

Page 9

[1] operations that have access to the system as
[2] necessary, as the management, yes.
[3]  Q. In terms of the finance manager, what
[4] functions can the finance manager access in the
[5] Ticket.NET system?
[6]  A. Book functions -- he can change prices. He
[7] can do refunds. He can see data that has to do with
[8] load on the aircrafts, how many seats are sold and
[9] so on. He can basically do everything --
[10]  Q. Is there anything --
[11]  A. -- that a user can.
[12]  Q. Is there anything that the finance manager
[13] cannot do, any functions the finance manager cannot
[14] use on the Ticket.NET system?
[15]  A. No. He has the same privileges I have.
[16]  Q. How about the E business manager -- let's
[17] ask it this way: Does the E business manager have
[18] any functions that he cannot do on the Ticket.NET
[19] system?
[20]  A. He has the same privileges as -- he has
[21] this highest privilege that is in the system. And
[22] most of the people or all of the people I have
[23] mentioned before.
[24]  Q. All of those people have the highest

Page 10

[1] privilege?
[2]  A. Yes.
[3]  Q. They can all do everything on the system?
[4]  A. Everything that has to do with, yes, data
[5] in our system, prices, and -- yes.
[6]  Q. So they can all do the same things that you
[7] do, that you can do?
[8]  A. Yes. We have a policy in our company that
[9] we trust people. We don't use the system to, what
[10] do you call it, manage how we trust people.
[11]  Q. We'll talk about how you do some of these
[12] functions. How do you change prices in the
[13] Ticket.NET system?
[14]  A. This is not something I do normally. We
[15] have -- there are menus. There are view or menu
[16] that you would go into and you would get seats for
[17] all different classes on the aircrafts. Then you
[18] can simply change it and save the changes.
[19]  Q. How do you get to that menu?
[20]  A. From the main menu. There's a main menu
[21] where you access everything.
[22]  Q. So when someone would log into the
[23] Ticket.NET system -- I presume there is a log-in.
[24] They have a user name and password or --

Page 11

[1]  A. Yes. For those that have higher privileges
[2] than the public customer, yes, you have to log in.
[3]  Q. And when they log in, they will get a main
[4] menu?
[5]  A. Uh-huh.
[6]  Q. Now, you talked about sales agents. Do
[7] they have to log in as well?
[8]  A. Yes.
[9]  Q. When they log in, they will get a main
[10] menu; is that right?
[11]  A. Yes.
[12]  Q. Their menu will be different than for the
[13] people you referred to that had access, full access;
[14] is that correct?
[15]  A. Yes. You have more -- there are more
[16] choices on the main menu if you have higher
[17] privilege.
[18]  Q. Do you know what all the choices are on the
[19] main menu?
[20]  A. No -- well, I remember some of them.
[21]  Q. Approximately how many choices are there on
[22] the main menu?
[23]  A. If you have the highest privilege, it's
[24] probably 20 -- 15, 20 choices. And it can go down

Page 12

[1] to, for the lowest privilege, handling agent, for
[2] instance, you can have probably five.
[3]  Q. Can you tell me, the ones you remember,
[4] what are those approximately 20 choices for the
[5] highest privilege?
[6]  A. I work on this every day, but, I mean...
[7]   Obviously you can book, create a book,
[8] booking. You have another choice where you review
[9] or change booking. You can look into flights. You
[10] have passenger lists. I can't remember...
[11]   Then you have several choices which have to
[12] do with reports, where you go directly into some
[13] flight or sales reports. There are quite a few that
[14] have to do with yield management. Actually, some of
[15] them have the name of a lady which, I think, helped
[16] with creating those menus. You have choices for
[17] adjustments of the system.
[18]   What else... It would be easier for me to
[19] show you. It could take me two minutes.
[20]  Q. I wouldn't mind that, if your lawyer
[21] wouldn't.
[22]  A. There is nothing to hide in our system. I
[23] can't remember more of them at the moment, but there
[24] are.

Omar Orn Olafsson  
April 11, 2007

Sutra, Inc. v.  
Iceland Express EHF

**Page 13**

[1] Q. Do you have any documentation about your
[2] system describing what the menus are or how you use
[3] it?
[4] A. There is documentation. It's not up to
[5] date, but I know there is. We don't use it daily.
[6] Q. And where is that documentation kept?
[7] A. Where?
[8] Q. Where.
[9] A. It's only in electronic form. It's a
[10] document that is kept on our system.
[11] Q. Who created that documentation, do you
[12] know?
[13] A. I don't know.
[14] Q. Do you know when it was created?
[15] A. No.
[16] Q. Was it created before you started at --
[17] A. Yes.
[18] Q. You talked about reports. How many reports
[19] are there in the main menu?
[20] A. Again, this is something I don't use daily,
[21] but I would guess about five. But that's a guess.
[22] Q. Who uses those report functions?
[23] A. Mostly yield management, people that are
[24] responsible for pricing and routes, choosing routes

**Page 14**

[1] and -- I mean, destinations and that kind of stuff.
[2] Also finance, they have a look -- they take a look
[3] at sales reports or -- yes. Sales management too,
[4] of course.
[5] Q. Now, you said there are several of the
[6] functions that have the name of a lady who helped
[7] create it. Do you remember the name of that person?
[8] A. Bryndis.
[9] Q. Do you know who Bryndis was or is?
[10] A. If I remember correctly, it's Gunnar's
[11] wife. Gunnar was here yesterday. She worked -- she
[12] used to work in yield management.
[13] Q. And you said that some of those functions
[14] have her name?
[15] A. Yes.
[16] Q. Are they functions that she created?
[17] A. I think this is something that came out of
[18] her work, yes. She created the ideas, yes, I think.
[19] As a software, Thomas Wiberg did.
[20] Q. Now, are these reports or are these other
[21] functions?
[22] A. Both, I think. It has to do with managing
[23] classes and prices for seats on the aircrafts.
[24] Q. And how does it help with managing classes

**Page 15**

[1] or prices?
[2] A. It's just -- I mean, this is something that
[3] you do every day. You're always adjusting your
[4] offerings. I mean, we -- load factor on the
[5] aircrafts is the biggest issue for an airline. You
[6] want to fill up your machines, your aircrafts all
[7] the time. So this helps you with doing changes
[8] quickly. I mean -- yes.
[9] Q. What do you mean by classes?
[10] A. In this business there is, I think,
[11] basically two kinds of classes. You have classes on
[12] the aircraft with customers, like business class or
[13] economy class. But classes I'm talking about is
[14] price classes.
[15] You change the price. Normally the price
[16] gets higher as more customers buy a seat in the
[17] aircraft on the route. That's the low fare model.
[18] So the first customers get the cheapest prices, and
[19] you have different price classes on each route, each
[20] flight. That's what I mean by classes.
[21] Q. And so these functions that were for yield
[22] management or Bryndis's name have to do with
[23] creating new classes or changing the classes on --
[24] A. Or moving seats between classes, basically.

**Page 16**

[1] Q. You also said about changing prices. Is
[2] that changing the prices in the class or changes in
[3] prices of specific seats?
[4] A. I really don't know. This is not something
[5] I -- I can't remember that, specifically.
[6] Q. I want to talk a little bit more about
[7] moving seats between classes. Are there so many
[8] seats in each class on an airline or on a flight?
[9] A. Sorry?
[10] Q. On a specific flight, does Iceland Express
[11] have a certain number of seats in each class that
[12] are available on that flight?
[13] A. Normally, yes. You put up a number of
[14] classes for each flight and the number of seats on
[15] each class, and there are different prices between
[16] classes. And then, depending on the demand of the
[17] market, you change how the classes are priced.
[18] Q. Now, does a class correspond to a specific
[19] price or --
[20] A. Yes.
[21] Q. -- or are there different prices for each
[22] class depending on other factors?
[23] A. Normally you have a specific price for each
[24] class, and then you change the number of seats on

### Page 17

[1] the class. This is something all airlines do.
[2]     Q. Partly I'm asking you the question so it
[3] gets explained to people who may not understand how
[4] the airlines are working. So some of them may be
[5] real simple questions.
[6]        Does the Ticket.NET system store the
[7] classes and numbers of seats with respect to each
[8] flight?
[9]     A. Yes. You have to do that. I don't know
[10] how others do it, but, yes.
[11]    Q. And how does it store that information, if
[12] you know?
[13]    A. How does it store it?
[14]    Q. How does it store it?
[15]    A. In a database.
[16]    Q. Do you know how it's stored in the
[17] database?
[18]    A. Yes.
[19]    Q. How is it stored in the database?
[20]    A. You have tables in the database where you
[21] store -- I mean, you organize different -- you
[22] organize the information in tables in the database.
[23]        What do you mean by how? I don't know, how
[24] specific do you want to --

### Page 18

[1]     Q. Do you know what the tables are in the
[2] Ticket.NET database?
[3]     A. What the tables are?
[4]     Q. Yes.
[5]     A. Yes. I have some -- I have access to that.
[6]     Q. What tables are there in the Ticket.NET
[7] database?
[8]     A. The name of the tables?
[9]     Q. The name of the tables or what data is in
[10] it.
[11]    A. There are many tables.
[12]    Q. Okay. What tables are there?
[13]    A. This is beginning to sound like an exam.
[14]        You have a table for aircrafts. You have
[15] tables for -- a table for classes, for bookings,
[16] tickets. That's probably the most used tables.
[17] Others? Agents. Clients. There are more of them.
[18]    Q. Do you recall any others?
[19]    A. No, not exactly.
[20]    Q. What information is in the aircrafts table?
[21]    A. It's everything that has to do with the
[22] aircrafts that we use. Boeing 737 has a certain
[23] amount of seats and so on. And there is a record
[24] for each aircraft in that aircraft table.

### Page 19

[1]     Q. What's in the information about class --
[2] what's in the table for classes?
[3]     A. Classes? I mean, classes for each flight,
[4] the price for the class, number of seats.
[5]     Q. So in that classes table there's a line for
[6] each flight?
[7]     A. Lines. There are more than one record for
[8] each flight, yes.
[9]     Q. There is more than one record for each
[10] flight in the class table?
[11]    A. Yes. It's a big table.
[12]    Q. Is there a table for flights themselves?
[13]    A. Yes.
[14]    Q. What information is in the table for
[15] flights?
[16]    A. Destination, dates, aircraft, times of
[17] departure and arrival. Everything that has to do
[18] with that specific flight, there is a record for
[19] each flight or each route, like we call it -- no,
[20] sorry. We call it flight, yes.
[21]    Q. Is there separate information for routes?
[22]    A. No. It's exactly -- no. In effect it's
[23] the same -- we call the table routes, but --
[24]    Q. But it's flight information?

### Page 20

[1]     A. Yes, it's for each flight.
[2]     Q. Do you call these tables using English
[3] words, or that's a translation of the Icelandic word
[4] that you use for it?
[5]     A. It's all in -- most of it's in English,
[6] yes. That's the language that we use normally. We
[7] deal with UK, Denmark, Germany. So the common
[8] language is English.
[9]     Q. How would somebody access information about
[10] the number of seats sold or available on a flight?
[11]    A. Depends on who it is. A sales agent would
[12] simply try to book a seat, and if he is an internal
[13] sales agent, he will see how many seats are
[14] available.
[15]       Yield manager would go into one of those
[16] menus that we talked about, and he would have an
[17] overview of the flight and see how many seats are on
[18] each class and how many seats are available in total
[19] and so on, and prices and everything.
[20]    Q. How about an outside salesperson? Could
[21] they see how many seats are available in each class?
[22]    A. No.
[23]    Q. We talked before about the main menu and
[24] people could have different access for things. Is

Page 21

[1] there a selection for somebody who is an internal
[2] salesperson that can select something that an
[3] external salesperson cannot?
[4]     A.  Yes.  A salesperson can be -- there are, I
[5] think, at least three or four different permission
[6] levels for a salesperson.
[7]     Q.  Do you have names for those levels?
[8]     A.  I can't remember exactly.  Sales and sales
[9] management is something I can recall.  I can't
[10] remember exactly.
[11]    Q.  Who has permission to create new flights?
[12]    A.  Yield management.
[13]    Q.  And how would somebody in yield management
[14] create a new flight?
[15]    A.  I've never done that myself.  I really -- I
[16] don't know.
[17]    Q.  You don't know how a new flight is created
[18] on the Ticket.NET system?
[19]    A.  No.  I would find out, but I have never
[20] done it, so I can't describe it at this moment.
[21] It's not something we do every day.  I mean, this is
[22] done twice a year when we create a new schedule.
[23]    Q.  And is it the yield manager that creates
[24] those new flights?

Page 22

[1]     A.  Yes.
[2]     Q.  Did I ask you who the yield manager was?
[3] No.  Who is the yield manager?
[4]     A.  His name is Valgeir, V-a-l-g-e-i-r,
[5] Bjarnason, B-j-a-r-n-a-s-o-n.
[6]     Q.  I want to go back to changing the classes
[7] for the number of seats in a class.  Who has
[8] permission to change the seats in a class within a
[9] flight?
[10]    A.  Normally that's yield management.
[11]    Q.  Does anybody else -- well, you said
[12] everybody has the same permission, so they could do
[13] it?
[14]    A.  As a management, like, CFO and CEO could do
[15] that if they knew how to.
[16]    Q.  Are you familiar with the process for
[17] changing the number of seats in the classes within a
[18] flight?
[19]    A.  I've seen it, but it's not something I work
[20] with.  I'm not familiar with it.
[21]    Q.  Do you recall how it is done?
[22]    A.  No, not exactly.  You go into a menu.  I
[23] guess it's quite easy to go into this screen for the
[24] specific flight and change the numbers and store it.

Page 23

[1]     Q.  Now, is that screen for the specific flight
[2] available from the main menu?
[3]     A.  You go into this and you choose the flight.
[4] This is something -- like I said, nothing I work
[5] with every day.
[6]     Q.  Now, in the Ticket.NET system can you
[7] create new classes?
[8]     A.  I really don't know.
[9]     Q.  Who would know whether you can create new
[10] classes?
[11]    A.  Sorry?
[12]    Q.  Who would know whether you can create new
[13] classes on the Ticket.NET system?
[14]    A.  Obviously Thomas Wiberg and our yield
[15] manager.  Some of the -- the question is whether
[16] it's fixed in the system or can be changed by us?  I
[17] don't know really.
[18]    Q.  Does the Ticket.NET system allow you to
[19] indicate who actually flew on flights?
[20]    A.  Can you ask me again.
[21]    Q.  Let me ask it this way:  Does the
[22] Ticket.NET system do airline check-in that they
[23] would do at the airport?
[24]    A.  The check-in, no.

Page 24

[1]     Q.  Does the Ticket.NET system collect
[2] information about who flew on a specific flight?
[3]     A.  No.  We have handling agents at the
[4] airports.  They just get the information from our
[5] system about who should be on the aircraft, but we
[6] don't know who actually flew.
[7]     Q.  What happens if somebody doesn't get on the
[8] aircraft?  Do they get a refund for their ticket?
[9]     A.  Yes, sure.  We have to go manually into the
[10] Ticket.NET system and tell it if somebody did not
[11] board so we can refund him.  Well, no, actually we
[12] don't refund if you don't show up.  It has to do
[13] with taxes or something.  I'm not sure.
[14]    Q.  So you go -- but you have to manually enter
[15] people who do not appear or do not fly?
[16]    A.  Yes.
[17]    Q.  The Ticket.NET system, can you change -- we
[18] talked about creating a new flight, but can you
[19] change a schedule for a flight?
[20]    A.  You mean time and date?
[21]    Q.  Time, date --
[22]    A.  Sure.
[23]    Q.  Do you know how you change a schedule for a
[24] flight?

Page 25

[1] A. Yes. You simply go into that flight.
[2] There is one of those choices you have on the main
[3] menu where you can go into what we call flights, I
[4] think, and you choose which flight, and you can
[5] change the data, if you have that privilege.
[6]   Q. What other -- what information can you
[7] change about a flight from that menu?
[8]   A. You can change -- obviously you can change
[9] aircraft type, departure, arrival time. What
[10] else... I can't remember that screen. These are
[11] the main.
[12]   Q. From the main menu, if you select this
[13] "Flights" function, do you recall what do you see as
[14] the next screen?
[15]   A. You see a choice for which flight you want
[16] to change, and then you select, and then you get the
[17] data for that flight. You select the flight number
[18] and the date of the flight.
[19]   Q. After you select your flight number and
[20] date, you then get a screen with the data, the
[21] information for that flight?
[22]   A. Yes.
[23]   Q. And then you can -- can you change any
[24] information on that next screen with the data for

Page 26

[1] the flight?
[2]   A. Most of it, I think.
[3]     MR. DORNY: Why don't we take a brief
[4] break.
[5]     (Recess)
[6]     MR. DORNY: Back on the record.
[7]   Q. We talked about the main menu. You said
[8] one of the functions available was adjustments of
[9] the system.
[10]   A. Yes.
[11]   Q. What do you mean by adjustments of the
[12] system?
[13]   A. These are -- well, for instance, our
[14] content manager or content management people, those
[15] who manage the web, what the customers access, they
[16] do changes to texts in that -- I mean, when you book
[17] a flight, there are all kinds of texts that you have
[18] on each screen, each step in the booking process,
[19] and you can change those texts in there.
[20]     We do manage the aircrafts in there. This
[21] is kind of static information.
[22]     What else do we do there... It's not in my
[23] head at the moment.
[24]   Q. You say you manage the aircraft. Is that

Page 27

[1] the descriptions of the aircrafts?
[2]   A. Yes. Name, capacity, type, registration
[3] numbers, how many dogs are allowed. You can't --
[4] most of the aircrafts, you can only have four dogs
[5] on the aircraft. I don't know why.
[6]   Q. You referred to giving passenger
[7] information to the people that do check-in. How
[8] does that occur?
[9]   A. You have -- there's a standard in this
[10] business you call PNL message. This is something
[11] that all airports are able to receive or interpret.
[12] So I guess all booking systems are able to send the
[13] passenger lists in this PNL message to the airports.
[14] This is how we do it. We send it to the different
[15] airports that we fly to.
[16]   Q. And when do you send the PNL message?
[17]   A. Normally you do that 24 hours before
[18] flight. That's standard, at least in Europe.
[19]   Q. What happens with changes made in the 24
[20] hours before the flight?
[21]   A. Then you send another kind of message
[22] called ADL. That's additional -- PNL is Passenger
[23] Name List. ADL is Additional something List. I
[24] can't remember.

Page 28

[1]   Q. And do you ever cancel flights in the
[2] Ticket.NET system?
[3]   A. Yes.
[4]   Q. And what do you do to cancel a flight?
[5]   A. Actually, we just move all the passengers
[6] to a new flight and lock that flight we have
[7] cancelled for sale. There is no special function
[8] for cancelling flights, I think.
[9]   Q. In terms of locking, what do you do to lock
[10] a flight?
[11]   A. You just mark -- go into the flight, and
[12] you change a, what do you call it, a mark, when you
[13] say that it's locked.
[14]   Q. When else would you lock a flight besides
[15] when you cancel it?
[16]   A. That's a good question. I think we use it
[17] sometimes if we sell a whole flight to, like, a
[18] charter or a travel agent that buys all the seats in
[19] one flight. We simply lock it for -- we don't
[20] sell -- or lock it for sale. I think so. And you
[21] lock a flight when it's flown. That's one of the
[22] things you do after each flight.
[23]   Q. Does someone manually go in and enter to
[24] lock that flight after it's flown?

Omar Orn Olafsson  
April 11, 2007

Sutra, Inc. v.  
Iceland Express EHF

Page 29

[1] A. Always.
[2] Q. Who would do that?
[3] A. Normally either yield management, because
[4] of cancellation, for instance, or some of our
[5] employees at the airports, after a flight they lock
[6] it.
[7] Q. In terms of the airport employees doing it,
[8] what access do they have to the system?
[9] A. We call the access "handling," if I
[10] remember correctly. It's an access that has mostly
[11] to do with passengers' excess baggage and that kind
[12] of stuff that you have to deal with at the airport.
[13] Q. We talked before about if someone doesn't
[14] get on the airplane you have to manually enter that
[15] they did not fly. Is that something that the
[16] handling access does?
[17] A. Yes.
[18] Q. So employees at the airport would access
[19] the system and do that?
[20] A. Yes.
[21] Q. You talked about a function to review a
[22] booking. Who would review a booking, or who has
[23] access to review a booking?
[24] A. Sales agents -- that's their job -- and all

Page 30

[1] that have higher privileges in the system.
[2] Q. When reviewing your booking, can you make
[3] changes to that booking?
[4] A. Some can and some cannot. Different --
[5] like I said, there are different sales privileges.
[6] Some can even change prices on the booking. Some
[7] cannot. Some can refund a booking. Others cannot.
[8] Q. Do they go into different parts of the main
[9] menu to do those functions, or is that -- just some
[10] can do things that others cannot?
[11] A. In most cases choices simply disappear on
[12] the screen if you don't have privilege. So if a
[13] sales agent cannot refund, he won't have any choice
[14] for refunding on the screen for the booking when
[15] he's reviewing the booking.
[16] Q. So when somebody would enter the "Review
[17] Booking" function, they would get -- what do they
[18] see first?
[19] A. Name of the passengers, flight number, time
[20] of the flight.
[21] Q. How do they choose a booking? Do they need
[22] a number? Do they need a name?
[23] A. There are a couple of -- you're searching
[24] for a booking. So you can enter e-mail address,

Page 31

[1] first name, last name, booking number, any of those
[2] or one of them or -- and you would get a list,
[3] depending on how your search criteria was.
[4] Q. So if you're in the main menu and you
[5] select "View a Booking," you will then go to a
[6] screen that gives you a search screen?
[7] A. Yes.
[8] Q. And you can put in information about that
[9] booking?
[10] A. Yes.
[11] Q. And the booking will come up?
[12] A. (Nods head)
[13] Q. What if more than one booking fits that?
[14] Will you get a list of bookings?
[15] A. Yes.
[16] Q. From there you can then select a booking, I
[17] presume?
[18] A. Yes.
[19] Q. Once you've selected a booking, there will
[20] be a set of options; is that right?
[21] A. You would get the booking itself with all
[22] the details of the booking and some options you can
[23] choose: add a passenger to the booking or cancel
[24] the booking or change names, so on.

Page 32

[1] Q. If they make a change to the booking, does
[2] the system keep track of all those changes?
[3] A. Yes.
[4] Q. You said in the database there's a table
[5] for bookings; is that correct?
[6] A. Yes.
[7] Q. What information is kept in the table for
[8] bookings?
[9] A. Obviously there's a creation date, who
[10] created the booking, what -- let me see -- what
[11] client owns the booking, what agent, total value of
[12] the booking, I think, and some other. There are a
[13] lot of columns.
[14] Q. Would it have passenger names?
[15] A. No, not in the booking table.
[16] Q. Where are the passenger names kept?
[17] A. In another table that has to do with all --
[18] there is a record for each ticket belonging to a
[19] booking. There can be one, two, or ten tickets
[20] belonging to a booking, and there you have all the
[21] passenger names.
[22] Q. Now, when someone does the "Retrieve
[23] Booking" from the main menu or "View Booking", does
[24] it get the information for the tickets as well?

**Page 33**

[1] A. Yes, sure.
[2] Q. Can you directly access the ticket
[3] information, or is that only done through bookings?
[4] A. Excuse me?
[5] Q. So you have bookings is one set of data and
[6] tickets is another. Is there a function to directly
[7] access the ticket information, or is that only done
[8] through the bookings?
[9] A. Through the booking. You start with
[10] selecting the booking. Then, depending on what
[11] you're doing in the booking -- sometimes it has to
[12] do with the client. Sometimes it has to do with the
[13] tickets. If you're going to change the flight,
[14] obviously you would change the tickets.
[15] Q. You talk about clients. What does
[16] "clients" refer to?
[17] A. That's the one that pays the booking.
[18] There's a name and there is -- in most cases there's
[19] a credit card involved. So that's the same thing.
[20] Who is the owner of the credit card, that's the
[21] client.
[22] Q. I want to talk about reports that you said
[23] you could get from the main menu. When you're in
[24] main menu, is each report a separate function that

**Page 34**

[1] you select, or do you go to a reports section where
[2] you then select a specific report?
[3] A. No, you select the different reports from
[4] the main menu.
[5] Q. Now, you referred to a flight report.
[6] What's a flight report?
[7] A. Did I say flight report?
[8] Q. That's what I wrote down. It may not be.
[9] A. Most of the reports are sales reports. I
[10] can't remember a specific flight report.
[11] Q. Okay.
[12] A. It could be.
[13] Q. I may have written something down wrong.
[14] That's fine. In terms of sales reports, what sales
[15] reports are there?
[16] A. There are a few of them. One has to do
[17] with total sales, something that management usually
[18] use. They can see total sales for the day before or
[19] something like that, or the whole month. And
[20] another one I can remember is that you have, I think
[21] it's called, agent sales or something like that. So
[22] you can see your sales. If you are a sales agent,
[23] you can go in there and see how much did you sell
[24] for a certain period of time.

**Page 35**

[1] Q. In terms of the total sales report, does
[2] that include payments that are made, or does that
[3] include people that have flown?
[4] A. I'm not sure I understand. We never fly
[5] anybody who hasn't paid.
[6] Q. But sometimes people pay but don't fly?
[7] A. Yes.
[8] Q. So what's shown in the total sales report?
[9] Is that money received on a specific day? Is that
[10] passengers for a specific day?
[11] A. No. It's income based on sales date or
[12] flight date. You choose.
[13] Q. Now, from the main menu, when you select
[14] one of these reports, what's the next screen you
[15] see?
[16] A. Again, you get choices. You can choose,
[17] like, which booking period do you want to get into,
[18] what currencies, all or specific currency, and there
[19] are choices. And then you select "Run," and you get
[20] a list below of the results of the report. It's all
[21] in the same screen.
[22] Q. What's all in the same screen?
[23] A. I mean your choices and the report itself,
[24] it's all in one screen.

**Page 36**

[1] Q. Can you change the choices? Once you get a
[2] report, can you then change the choices --
[3] A. No.
[4] Q. -- and get a different --
[5] A. You just run it again.
[6] Q. Are you familiar with a company called
[7] Qust, Q-u-s-t?
[8] A. I've heard the name a couple of times, but
[9] I don't know anything about it. It has something to
[10] do with the past and booking systems.
[11] Q. Are you familiar with a booking system
[12] called Aton, A-t-o-n?
[13] A. A-t --
[14] Q. -- o-n.
[15] A. Never heard of that, not that I can
[16] remember.
[17] Q. When an employee leaves Iceland Express,
[18] what happens to their electronic files?
[19] A. Sorry? When --
[20] Q. If an employee leaves Iceland Express, what
[21] happens to their electronic files?
[22] A. Depends on whether it has something to do
[23] with your private. Normally I ask people to or we
[24] do a clean-up of all private e-mails and that kind

Omar Orn Olafsson  
April 11, 2007

Sutra, Inc. v.  
Iceland Express EHF

**Page 37**

[1] of stuff. Then it's kept, unless you need the
[2] space. Normally it's all kept. This is how I do
[3] it. I don't know what happened before me.
[4]    Q.  And when Gunnar Karl Nielsson left Iceland
[5] Express, you were the IT manager at that point, were
[6] you not?
[7]    A.  Yes.
[8]    Q.  Did you keep all of his e-mails?
[9]    A.  Normally -- I would have to check. That's
[10] two years ago. As I said, normally I would have
[11] asked him to take all his private e-mail.
[12]    Q.  What about company e-mails?
[13]    A.  Should be there, unless -- I mean, this is
[14] so long time ago. It could have been purged because
[15] of space problems. We had some space problems, but
[16] I don't -- I really -- I would guess that it's still
[17] there, hopefully.
[18]    Q.  Have you ever been asked to look for
[19] Gunnar's e-mails?
[20]    A.  No. He did himself, I think, short after
[21] he left. This is two years ago. I...
[22]    Q.  Have you ever been asked to look for any
[23] documents in connection with this lawsuit?
[24]    A.  No. I've tried to find some documents

**Page 38**

[1] myself, mainly some contracts or agreements on
[2] paper, but not in our computer system, no.
[3]    Q.  And why did you try to find contracts or
[4] agreements?
[5]    A.  I just wanted to know more about this
[6] ongoing case.
[7]    Q.  When did you look for those contracts or
[8] agreements?
[9]    A.  This winter we were asked one more time
[10] about some numbers, I guess from you guys, and I
[11] tried to find something. Yes. That was the last
[12] time.
[13]    Q.  Prior to this winter, were you asked for
[14] information about this lawsuit?
[15]       MR. ZAYOTTI:  Are you talking about other
[16] than by an attorney?
[17]       MR. DORNY:  Asked by anybody. I'm trying
[18] to find out what he's been asked to do. An attorney
[19] can ask him to do it. That's not privileged
[20] information.
[21]       MR. ZAYOTTI:  Sure.
[22]    A.  This office here has forwarded some
[23] requests from you guys. That's all.
[24]    Q.  And you received those requests?

**Page 39**

[1]    A.  Yes.
[2]    Q.  When did you --
[3]    A.  And responded --
[4]    Q.  When did you receive those requests?
[5]    A.  Who? Sorry.
[6]    Q.  You said the office here has forwarded
[7] requests. Were they sent to you?
[8]    A.  No. To Matthias, our CEO, and he asked me
[9] and, I guess, the finance officer and some others
[10] for answers.
[11]    Q.  And when did he ask you for answers?
[12]    A.  I don't know exactly. This winter.
[13]    Q.  Recently?
[14]    A.  No. It was before -- it was last year.
[15]    Q.  Beginning of last year or end of last year?
[16]    A.  No, no. Last -- this winter, probably
[17] November, December, something. October, November,
[18] December. I can't remember. I think -- I'm not
[19] very good at dates.
[20]    Q.  Time frame is good enough. I'm just trying
[21] to understand if it was the beginning of last year,
[22] January, February, or end of last year, November,
[23] December. You think it was the end of last year?
[24]    A.  Well, I can remember it was Matthias, and

**Page 40**

[1] he has only been with us for, what, four months or
[2] something. So it must have been around New Year.
[3]    Q.  So prior to that, were you ever asked for
[4] any other documents?
[5]    A.  No. I don't think so.
[6]    Q.  Do you know whether you have anything on
[7] the computer system relating to the AirKiosk
[8] reservation system?
[9]       MR. ZAYOTTI:  Objection. You can answer.
[10] I'm just objecting to the form for the record.
[11]    A.  No. I've never seen anything. I've never
[12] seen the system, this AirKiosk system. I don't know
[13] about it. I wouldn't know.
[14]       But I know very well about our system and
[15] what is there, and I haven't seen anything. As a
[16] matter of fact, I don't think there was anything
[17] ever on Iceland Express's systems. We own a system
[18] today. As I understand, AirKiosk was run by
[19] AirKiosk on their systems.
[20]    Q.  But do you know if there are any documents
[21] related to AirKiosk on your system?
[22]    A.  No. Not that I know about. As I said, I
[23] have asked. All I've seen are some papers, some old
[24] agreements or something. Obviously there would be

Page 41

[1] some conversation on the e-mail, other people's
[2] e-mail, but I'm not -- that's not something I read.
[3]     Q. Okay. You've never been asked to look for
[4] information on the e-mail, have you?
[5]     A. Not myself. I think there was, long time
[6] ago, some requests about communications. This is
[7] something I recall not very well. Not something I
[8] was involved myself. It may have been somewhere
[9] else. I don't know. I recall that maybe one or two
[10] years ago, some -- not two years. One and a half
[11] year, probably, there were some requests about
[12] information.
[13]     Q. Was that a request to you?
[14]     A. No. To our former CEO.
[15]     Q. And did the former CEO ask you for any
[16] information?
[17]     A. No, I don't think so. I think I would have
[18] remembered if I was involved myself. But that was
[19] when I heard about this case for the first time.
[20]     Q. Who was the former CEO?
[21]     A. At that time it was Birgir Jonsson is his
[22] name.
[23]     Q. You talked before about making changes to
[24] the Ticket.NET system and that you would suggest

Page 42

[1] changes to Mr. Wiberg; is that correct?
[2]     A. Yes.
[3]     Q. Now, would you make those requests in
[4] person or in e-mail? How would you make those
[5] requests?
[6]     A. Depends on how urgent it is. I would
[7] prefer e-mail so I have some tracking. Sometimes I
[8] do it by phone if it's quite urgent.
[9]     Q. Have you made requests by e-mail to Mr.
[10] Wiberg?
[11]     A. Yes, sure. Sure.
[12]     Q. And has he responded by e-mail to those
[13] requests?
[14]     A. Yes. Yes, he has. I request him to do
[15] that, but he doesn't always do that.
[16]     Q. Have you ever been requested by someone,
[17] either at the company or by one of its lawyers, to
[18] look for e-mails that you have relating to the
[19] Ticket.NET system?
[20]     A. No.
[21]     Q. Have you ever been requested by anyone to
[22] provide the documentation, those electronic files we
[23] talked about earlier, on the Ticket.NET system?
[24]     A. I remember a German handling agent asked me

Page 43

[1] for a manual.
[2]     Q. And did you provide him a manual?
[3]     A. Yes.
[4]     Q. Did you provide it electronically or --
[5]     A. Yes, I e-mailed it to him.
[6]     Q. Now, that manual, did it relate just to the
[7] handling agent, or did it relate to many functions?
[8]     A. I have never looked at it myself. It's
[9] not... I'm not very much a use-a-manual guy. It's
[10] not a difficult thing to learn, so...
[11]     Q. When you said you sent him the manual, was
[12] there just one manual or was there more than one?
[13]     A. There is only one. A small description of
[14] how you use the system.
[15]     MR. DORNY: Let's take a brief break. I
[16] may be just about done.
[17]     (Brief recess)
[18] BY MR. DORNY:
[19]     Q. Do you know how much Iceland Express pays
[20] Tommy Wiberg for the Ticket.NET system?
[21]     A. Initial cost or --
[22]     Q. Whatever costs you know about.
[23]     A. I have no idea of the initial cost. Today
[24] we pay him for services he does to the system,

Page 44

[1] modifications and issues that we have and need his
[2] help. That's --
[3]     Q. How much do you pay him?
[4]     A. We pay him -- there's a fixed fee. It's a
[5] month. It's a kind of service agreement. It's
[6] about -- I can't remember exact figures, but --
[7]     Q. Approximately?
[8]     A. Roughly 3,000 Euros monthly. And then we
[9] pay him per hour if there are some special projects
[10] or special changes going on.
[11]     Q. Do you know how much you pay him per hour?
[12]     A. It's roughly 100 Euros.
[13]     Q. Do you know approximately how much you paid
[14] him last year for special projects?
[15]     A. In total?
[16]     Q. In total.
[17]     A. It could be about three million Icelander
[18] Krona.
[19]     Q. That's fine. Three million krona?
[20]     A. Iceland. That's estimate. I don't have
[21] the figures in my head.
[22]     Q. How often is Mr. Wiberg at Iceland
[23] Express's office?
[24]     A. Per year?

**Page 45**

[1] Q. Per year? Per month?
[2] A. Last year was not that often. It's very
[3] different. Depends on how -- what kind of project
[4] we have ongoing. If it's a big project, I prefer to
[5] have him here. Last year it wasn't that often. It
[6] was more small changes and adjustments. Probably it
[7] was twice last year. I don't know. This year will
[8] be probably different. He will come here the second
[9] time probably this month or next.
[10]     MR. DORNY: I have no further questions.
[11]     MR. ZAYOTTI: Thank you very much.
[12]        (Whereupon the deposition was
[13]         concluded at 11:57 a.m.)

**Page 46**

[1]                C E R T I F I C A T E
[2]     I, OMAR ORN OLAFSSON, do hereby certify that I
[3] have read the foregoing transcript of my testimony,
[4] and further certify under the pains and penalties of
[5] perjury that said transcript (with/without)
[6] suggested corrections is a true and accurate record
[7] of said testimony.
[8]     Dated at _____, this ____ day of _____,
[9] 2007.
[11]                    _____

**Page 47**

[1] COMMONWEALTH OF MASSACHUSETTS)
[2] SUFFOLK, SS.                )
[3]     I, Carol H. Kusinitz, Registered Professional
[4] Reporter and Notary Public in and for the
[5] Commonwealth of Massachusetts, do hereby certify
[6] that there came before me on the 11th day of April,
[7] 2007, at 10:13 a.m., the person hereinbefore named,
[8] who before me promised to testify to the truth of
[9] his knowledge touching and concerning the matters in
[10] controversy in this cause; that he was thereupon
[11] examined upon his oath, and his examination reduced
[12] to typewriting under my direction; and that the
[13] deposition is a true record of the testimony given
[14] by the witness.
[15]     I further certify that I am neither attorney or
[16] counsel for, nor related to or employed by, any
[17] attorney or counsel employed by the parties hereto
[18] or financially interested in the action.
[19]     In witness whereof, I have hereunto set my hand
[20] and affixed my notarial seal this ____ day of April,
[21] 2007.
[22]                    _____
[23]                        Notary Public
[24]             My commission expires  6/7/13

**EXHIBIT B**



**Law Office of Brett N. Dorny**

386 West Main Street, Suite 12A
Northborough, Massachusetts 01532
508-709-0501

Brett N. Dorny
bndorny@dornylaw.com

508-709-0493 Direct
508-519-9185 Fax

June 7, 2007

VIA FACSIMILE AND US MAIL

Matthew P. Zayotti, Esquire
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110

    Re:    Sutra, Inc. v. Iceland Express ehf
             Civil Action No. 04-11360-DPW

Dear Matt:

    I hereby request a discovery conference pursuant to Local Rule 37.1 of the U.S. District Court of Massachusetts in connection with the above identified case.

    I sent you a letter on March 19, 2007 with respect to deficiencies in Iceland Express' document production based upon the deposition testimony. Despite several voicemail messages to you regarding that letter, I have not received a response. Also, Iceland Express's recent objections to Plaintiff's Second Set of Document Requests are improper. The reservation system is in the possession of Iceland Express. We request that all documents be produced.

    I would like to hold this conference on Wednesday, June 13, 2007 at 1:00 pm by telephone. If this day and time are not convenient, please let me know when would be an acceptable time. If I do not hear from you, I will call you at the designated time for the conference.

Very truly yours,

Brett N. Dorny

*Specializing In Intellectual Property Law*