UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11360-DPW

|  |  |
|---|---|
| SUTRA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ICELAND EXPRESS, EHF, | ) |
| Defendant. | ) |

**DEFENDANT ICELAND EXPRESS, EHF'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

The Defendant Iceland Express, ehf hereby moves for leave to file the proposed Supplemental Memorandum of Law in Support of Defendant's Motion for Summary Judgment and supporting affidavit. In support of this motion, the Defendant states that the Defendant's proposed Supplemental Memorandum of Law is limited in scope to addressing certain specific questions and issues raised during the hearing on the Defendant's Motion for Summary Judgment held on September 26, 2007.

WHEREFORE, the Defendant Iceland Express, ehf respectfully requests that this Honorable Court grant the Defendant leave to file its proposed Supplemental Memorandum of Law in Support of its Motion for Summary Judgment.

DEFENDANT ICELAND EXPRESS, EHF

By its attorneys,

*/s/ Matthew P. Zayotti*
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: September 27, 2007

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on __September 27, 2007__.

*/s/ Matthew P. Zayotti*

---