UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>ICELAND EXPRESS EHF<br><br>    Defendant. | Civil Action No. 04-cv-11360-DPW |

## NOTICE OF APPEARANCE

Now comes the undersigned, Arnold Rosenblatt and enters his Appearance as counsel for plaintiff Sutra, Inc.

Respectfully submitted,

Sutra, Inc.

By their attorneys:

COOK, LITTLE, ROSENBLATT
  & MANSON, P.L.L.C.


Dated: May 20, 2008        By:   /s/Arnold Rosenblatt
                                  Arnold Rosenblatt (BBO No. 638526)
                                  650 Elm Street
                                  Manchester, NH  03101
                                  (603) 621-7100

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 20, 2008, I caused true and correct copies of the foregoing to be electronically served upon Brett N. Dorny, Esquire, Matthew P. Zaoyatti, Esquire and Richard B. Kirby.

                /s/Arnold Rosenblatt_____
                Arnold Rosenblatt