UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUTRA, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ICELAND EXPRESS EHF<br><br>　　　　　Defendant. | Civil Action No. 04-cv-11360-DPW |

### NOTICE OF SCHEDULING CONFLICT OF PLAINTIFF'S COUNSEL

Undersigned counsel for plaintiff Sutra, Inc. notifies the Court of his scheduling conflicts based on previous matters that were scheduled. While Local Rule 40.2 may not apply in this instance, undersigned counsel is filing this notice in order to make the Court aware of these scheduling or potential scheduling conflicts.

On July 10, 2008, undersigned counsel received notice that the pretrial conference in this case is scheduled for August 19, 2008, and that the trial of this matter is set to begin on September 8, 2008.

On August 19, 2008 at 9:00 a.m., undersigned counsel is scheduled to begin an arbitration in Manchester, NH of the pending matter *Bird Bath Commercial Laundry, LLC v. Bird Bath Commercial Laundry Services, Inc. and Karen Parker and Gerald Parker*, American Arbitration Association Case Number 11 137 02480 07. There is little likelihood of settlement in that matter so the arbitration probably will go forward as scheduled. Accordingly, undersigned counsel has a conflict with the pretrial hearing date set for the above-captioned case.

Undersigned counsel has informed opposing counsel of the conflict, and will work with opposing counsel to suggest alternative dates for such a conference to the Court if acceptable to the Court.

At 9:00 a.m. on September 8, 2008, the same date and time set for the trial of the captioned claim, undersigned counsel is scheduled to appear for the jury trial of *Highdata Software Corporation v. Karthik Ranganathan*, Case No. 07-C-0181, pending in the New Hampshire Superior Court for Rockingham County. There is a possibility that the case will settle out of court, but for now undersigned counsel has an irreconcilable scheduling conflict. Although the *Highdata* trial is scheduled in an out-of-state court, it is a civil case with a previously scheduled trial date. If the *Highdata* trial does not settle, undersigned counsel anticipates requesting a continuance of the trial in this matter.

        Respectfully submitted,

        Sutra, Inc.

        By their attorneys:

        COOK, LITTLE, ROSENBLATT
          & MANSON, P.L.L.C.

Dated: July 15, 2008      By:  /s/Arnold Rosenblatt
        Arnold Rosenblatt (BBO No. 638526)
        650 Elm Street
        Manchester, NH  03101
        (603) 621-7100

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I caused true and correct copies of the foregoing to be electronically served upon Brett N. Dorny, Esquire, Matthew P. Zayotti, Esquire and Richard B. Kirby.

3

/s/Arnold Rosenblatt
Arnold Rosenblatt