UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SUTRA, INC.

    Plaintiff,

v.                                                                  Civil Action No. 04-cv-11360-DPW

ICELAND EXPRESS EHF
    Defendant,

## NOTICE OF APPEARANCE

Now comes the undersigned, Daniel J. Bourque and enters his Appearance as counsel for plaintiff Sutra, Inc.

Respectfully submitted,

Sutra, Inc.

By their attorneys:

BOURQUE AND ASSOCIATES, PA

Dated: June 20, 2008    By:    /s/Daniel J. Bourque, Esquire
    Daniel J. Bourque (BBO No. 554361)
    835 Hanover Street
    Suite 301
    Manchester, NH 03104
    (603)623-5111

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I caused true and correct copies of the foregoing to be electronically served upon Brett N. Dorny, Esquire, Matthew P. Zaoyatti, Esquire and Richard B. Kirby.

/s/Daniel J. Bourque
Daniel J. Bourque