```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

SUTRA, INC.,                    )
        Plaintiff,              )
                                )           CIVIL ACTION
v.                              )           NO. 04-11360-DPW
                                )
ICELAND EXPRESS EHF,            )
        Defendant.              )
```

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

The Court having been advised that the above-entitled action has been settled on **AUGUST 14, 2008** with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **30 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **SEPTEMBER 15, 2008.**

                                            BY THE COURT,

                                            /S/ Jarrett Lovett

DATED: August 14, 2008                      Deputy Clerk