UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*************************
                          *
Sutra, Inc.               *
                          *
            Plaintiff,    *
                          *   Civil Action No. 04-11360-DPW
v.                        *
                          *
Iceland Express, ehf      *
                          *
            Defendant.    *
                          *
*************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sutra, Inc. and defendant Iceland Express, ehf, by their undersigned counsel, stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this matter be dismissed with prejudice and without costs.

                                       Respectfully submitted,

                                       Sutra, Inc.
                                       by their attorneys,

                                       COOK, LITTLE, ROSENBLATT
                                       & MANSON, P.L.L.C.

Dated: September 15, 2008          By: /s/ Arnold Rosenblatt
                                                        Arnold Rosenblatt (BBO# 638526)
                                                        650 Elm Street
                                                        Manchester, NH 03101
                                                         (603) 621-7102

                          BOURQUE AND ASSOCIATES, PA

                    By: /s/ Daniel J. Bourque
                        Daniel J. Bourque (BBO #554361)
                        835 Hanover Street
                        Suite 301
                        Manchester, NH  03104


                        Iceland Express, ehf

                        By their attorneys,

Dated: September 15, 2008      By: /s/ Matthew P. Zayotti
                        Richard Kirby (BBO #273600)
                        Matthew P. Zayotti, (BBO #638265)
                        Keegan Werlin LLP
                        265 Franklin Street
                        Boston, MA  02110-3113
                        (617) 951-1400